Doreen Klein
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, et al., ex rel. JOHN HENDRIX, Plaintiff(s) v. J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, et al. Defendant(s). | CASE NUMBER ED CV06-0055-GW |
|---|---|
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Doreen Klein__,
                                                                *Applicants Name*

of __Day Pitney LLP, One Canterbury Green, Stamford, CT 06901__
              *Firm Name / Address*

__(203) 977-7595__                                    __dklein@daypitney.com__
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Plaintiff[s]

__See Attachment A to Application__

and the designation of __Michael S. Rapkin/ Bar Number 67220__
                          *Local Counsel Designee /State Bar Number*

of __Law Offices of Michael S. Rapkin, 233 Wilshire Blvd., 7th Floor, Santa Monica, CA 90401__
                          *Local Counsel Firm / Address*

__(301) 319-5465__                                    __msrapkin@gmail.com__
*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X   GRANTED

☐   DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated: March 17, 2010                       */s/ George H. Wu*
                                            GEORGE H. WU, U. S. District Judge