1  HOLLAND & KNIGHT LLP
     Richard T. Williams (State Bar No. 52896)
2    Kristina S. Azlin (State Bar No. 235238)
3  633 West Fifth Street, 21st Floor
   Los Angeles, California 90071-2040
4  Telephone (213) 896-2400
5  Facsimile (213) 896-2450
   Email: richard.williams@hklaw.com,
6  kristina.azlin@hklaw.com

7
   Attorneys for Defendant
8  FORMOSA PLASTICS CORPORATION, U.S.A.

9
                    **UNITED STATES DISTRICT COURT**
10          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA ex rel. JOHN HENDRIX,<br><br>                Plaintiffs,<br><br>vs.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. ED CV06-0055-GW<br>Assigned to Hon. George H. Wu<br><br>**DEFENDANT FORMOSA PLASTICS CORPORATION, U.S.A.'S REQUEST FOR FINAL ORDERS RULING ON PENDING MOTIONS**<br><br><br><br><br><br>Trial Date: December 6, 2011 |

# FPC-USA'S REQUEST FOR FINAL ORDERS RULING ON PENDING MOTIONS

On November 8, 2010, the Court set a scheduling order for this case with a trial date of December 6, 2011. At the same time, the Court also set a non-appearance hearing for November 18, 2010, and indicated that by that date it would issue final Orders ruling on the Parties' various pending motions. No final Orders have yet been issued.

Accordingly, Defendant Formosa Plastics Corporation, U.S.A. ("FPC-USA") very respectfully requests that the Court issue final Orders on the following pending motions and thanks the Court for its consideration:

| DESCRIPTION OF MOTION(S) | APPLICABLE DATE(S) AND DOCKET NOS. | HEARING DATE AND STATUS OF COURT'S RULING (IF ANY) |
|---|---|---|
| FPC-USA's Motion to Dismiss Relator's Second Amended Complaint | • Motion filed May 10th [DKT 183]. <br> • Joinder in Motion filed May 13th by J-M [DKT 192]. <br> • Opposition filed June 29th [DKT 210]. Joinder in Opp. filed same date [DKT 211]. <br> • Reply filed July 16th [DKT 222]. <br> • Supp. Authority in Opp. filed Aug. 16th [DKT 222]. <br> • FPC-USA's Response to Supp. Authority in Opp. filed Aug. 20th [DKT 242]. <br> • Post-Hearing Submissions: <br> ○ Plaintiffs' supp. brief in further Opp. filed Sept. 3rd [DKT 259 & | FPC-USA's Motion was heard on Sept. 2nd. <br><br> The Court issued a tentative ruling on that date [DKT 258] granting the Motion in part and denying it in part. Oral argument was heard from both sides, with an emphasis on Plaintiffs' theory of "Causation" against FPC-USA. <br><br> The Court took the Motion under submission and set a non-appearance for Sept. 9th, by which it indicated an intention to issue a final ruling. <br><br> Supplemental briefing was submitted on the issue of "Causation" by both sides on Sept. 3rd. <br><br> No final ruling was issued on or after Sept. 9th. <br><br> On Nov. 8th the Court again set a non-appearance hearing, this time for Nov. 18th, and indicated an intention to issue a final ruling by |

| | DESCRIPTION OF MOTION(S) | APPLICABLE DATE(S) AND DOCKET NOS. | HEARING DATE AND STATUS OF COURT'S RULING (IF ANY) |
|---|---|---|---|
| | | 260].<br>○ FPC-USA's response filed same date [DKT 262]. | that date. |
| | J-M Manufacturing Company, Inc.'s Motion to Dismiss Relator's Second Amended Complaint | • <u>Motion</u> filed May 10th [DKT 188 & 189].<br>• <u>Joinder in Motion</u> filed May 13th by FPC-USA [DKT 190].<br>• <u>Opposition</u> filed June 29th [DKT 204]. Joinder in Opp. filed on that same date [DKT 205].<br>• <u>Reply</u> filed July 16th [DKT 220].<br>• <u>Supp. Authority in Opp.</u> filed Aug. 16th [DKT 222].<br>• <u>J-M's Response</u> to Supp. Authority in Opp. filed Aug. 19th [DKT 240]. | J-M's Motion was heard on Sept. 2nd.<br>The Court issued a tentative ruling on that date [DKT 258] granting the Motion in part and denying it in part.<br>After hearing oral argument, the Court took the Motion under submission and set a non-appearance for Sept. 9th, by which it indicated an intention to issue a final ruling.<br>No final ruling was issued on or after Sept. 9th.<br>On Nov. 8th the Court again set a non-appearance hearing, this time for Nov. 18th, and indicated an intention to issue a final ruling by that date. |
| | J-M Manufacturing Company, Inc.'s Motion To Strike Portions of Relator's Second Amended Complaint | • <u>Motion</u> filed May 10th [DKT 185].<br>• <u>Opp.</u> filed on June 29th [DKT 209].<br>• <u>Reply</u> filed on July 16th [DKT 221]. | J-M's Motion was heard on Sept. 2nd.<br>The Court issued a tentative ruling on that date [DKT 258] granting the Motion.<br>The Court then took the Motion under submission and set a non-appearance for Sept. 9th, by which it indicated an intention to issue a final ruling.<br>No final ruling was issued on or after Sept. 9th. |

| DESCRIPTION OF MOTION(S) | APPLICABLE DATE(S) AND DOCKET NOS. | HEARING DATE AND STATUS OF COURT'S RULING (IF ANY) |
|---|---|---|
| Intervenors' Motions to File Complaints-in-Intervention (*Four Motions*) | • Motions filed July 30th, Aug. 30th and Aug. 31st [DKT 227, 252, 253 & 254].<br>• FPC-USA's Opp. filed Sept. 8th [DKT 266].<br>• J-M's Opp. filed Sept. 8th [DKT 267].<br>• Reply filed on Sept. 21st [DKT 273].<br>• Supp. Submissions:<br>  ○ Plaintiffs' supp. brief and chart filed Oct. 20th [DKT 289].<br>  ○ FPC-USA's response and chart filed Oct. 27th [DKT 297].<br>  ○ J-M's response and chart filed Oct. 27th [DKT 296 & 298].<br>  ○ Plaintiffs' add'l. supp. brief filed Nov. 1st [DKT 304].<br>  ○ FPC-USA's response to Plaintiffs' add'l. supp. brief filed Nov. 3rd [DKT 313].<br>  ○ J-M's joinder in FPC-USA's response filed Nov. 4th [DKT 314]. | Intervenors' Motions originally came for hearing on Oct. 4th.<br>On that date, the Court directed the Parties to file supplemental materials on Oct. 20th and Oct. 27th, and continued the hearing until Nov. 8th [DKT 276 & 277].<br>On Nov. 8th, the Court issued a tentative ruling [not located on the docket] denying Intervenors' Motions as to all proposed non-FCA state law claims. Oral argument was heard from both sides, with an emphasis on whether the Court has discretion to decline supplemental jurisdiction over such state law claims.<br>After hearing oral argument, the Court took the Motions under submission and set a non-appearance date for Nov. 18th, by which time it indicated an intention to issue final rulings. |

| DESCRIPTION OF MOTION(S) | APPLICABLE DATE(S) AND DOCKET NOS. | HEARING DATE AND STATUS OF COURT'S RULING (IF ANY) |
|---|---|---|
| Applicant California Cities' Motions to Intervene (*Cities of Brentwood, Oceanside, Chula Vista and Sanger*) | • Motions filed on Sept. 20th [DKT 272] and Oct. 18th [DKT 285].<br>• FPC-USA's Opps. filed on Oct. 18th [DKT 284] and Oct. 25th [DKT 291].<br>• J-M's Opps. filed on those same dates [DKT Nos. 282 & 290].<br>• Applicants' Replies filed on Oct. 25th [DKT 292] and Oct. 29th [DKT 303]. | Applicants' Motions came for hearing on Nov. 8th.<br><br>The Court indicated on the record that it was inclined to deny Applicants' Motions, but the motions were not specifically addressed in the tentative ruling issued on that date.<br><br>The Court took the Motions under submission and set a non-appearance date for Nov. 18th, by which time it indicated an intention to issue final rulings. |

Respectfully submitted,

Date: November 19, 2010            HOLLAND & KNIGHT LLP


By:     /s/ -- Richard T. Williams
            Richard T. Williams
         Attorneys for Defendant
      Formosa Plastics Corporation, U.S.A.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On November 19, 2010, I served the document described as **DEFENDANT FORMOSA PLASTICS CORPORATION, U.S.A.'S REQUEST FOR A RULING ON PENDING MOTIONS** on the interested parties in this action as follows:

[X] (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the U.S. District Court Central District of California's Electronic Case Filing (CM/ECF) system on this date. The transmission was reported as complete and without error.

[X] (**BY U.S. Mail**) Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope addressed to the following persons:

Carmen A. Trutanich, City Attorney
Joseph A. Brajevich
Los Angeles Department of Water and Power
111 N. Hope Street, Rm 340
Los Angeles, CA 90012

Michael George Colantuono
Colantuono and Levin PC
11406 Pleasant Valley Road
Penn Valley, CA 95946-9024

Virginia Gennaro, City Attorney
Joshua H. Rudnick, Deputy City Attorney
1600 Truxtun Avenue, 4th Fl.
Bakersfield, CA 93301

Yana Welinder
Colantuono and Levin PC
11406 Pleasant Valley Road
Penn Valley, CA 95946

Richard Doyle
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905

John A. Nagel
Assistant City Attorney
Office of the City Attorney
555 Santa Clara Street
Vallejo, CA 94590

| | | |
|---|---|---|
| Patricia Giannone<br>Bowie, Arneson, Wiles & Giannone<br>4920 Campus Drive<br>Newport Beach, CA 92660 | Eric A. Gregory<br>Assistant Attorney General<br>900 East Main Street<br>Richmond, Virginia 23219 | Matthew Connolly<br>Assistant Attorney General<br>Public Protection Bureau, Room 1814<br>One Ashburton Place<br>Boston, MA 02108 |
| Russell S. Kent, Special Counsel/Litigation<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Philip Bangle<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | Mary E. Coburn<br>Best Best & Krieger LLP<br>655 West Broadway, 15th Fl.<br>San Diego, CA 92101 |
| Eric R. Havian<br>Mary A. Inman<br>Jessica T. Moore<br>Phillips & Cohen LLP<br>131 Steuart Street, Suite 501<br>San Francisco, CA 94105<br>Tel: (415) 836-9000<br>Fax: (415) 836-9001 | Harry P. Litman<br>Litman Law Firm<br>One Oxford Center, 34th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 456-2000<br>Fax: (412) 456-2020 | Brent N. Rushforth<br>Day Pitney LLP<br>1100 New York Ave., NW<br>Washington, D.C. 20005<br>Tel: (202) 218-3900<br>Fax: (202) 218-3910 |

    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and, in the ordinary course of business, such correspondence is deposited with the U. S. Postal Service on the day on which it is collected at the business.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 19, 2010, Los Angeles, California.

<div style="text-align:center">/S/<br>Kristina S. Azlin</div>