CATHERINE CORTEZ MASTO
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada  89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**
(**APPEARANCES CONTINUED ON NEXT PAGE**)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA <u>ex rel</u>. JOHN HENDRIX,<br><br>       Plaintiffs,<br><br>   v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>       Defendants. | Case No. EDCV 06-55-GW(PJWx)<br><br>Hon. George H. Wu<br><br>**ORDER ADDRESSING BIFURCATION**<br><br><br><br>Hearing Date: December 1, 2011<br>Time: 8:30 a.m.<br>Ctrm: 10 |

1  CHARLES E. JAMES, JR.
   Chief Deputy Attorney General of Virginia
2  KIVA BLAND PIERCE
3  Assistant Attorney General
   KPierce@oag.state.va.us
4  OFFICE OF THE ATTORNEY GENERAL
5  COMMONWEALTH OF VIRGINIA
6  900 East Main Street
   Richmond, Virginia 23219
7  Tel: (804) 225-3197
8  Fax: (804) 371-8718

9  ERIC R. HAVIAN (State Bar No. 102295)
10 erh@pcsf.com
   MARY A. INMAN (State Bar No. 176059)
11 mai@pcsf.com
12 HARRY P. LITMAN (State Bar No. 127202)
   hlitman@litman-law.com
13 JESSICA T. MOORE (State Bar No. 183431)
14 jtm@pcsf.com
   PHILLIPS & COHEN LLP
15 131 Steuart Street, Suite 501
16 San Francisco, California  94105
   Tel: (415) 836-9000
17 Fax: (415) 836-9001

18 BRENT N. RUSHFORTH (State Bar No. 45873)
19 brushforth@daypitney.com
20 DAY PITNEY LLP
   1100 New York Avenue, NW
21 Washington, D.C. 20005
22 Tel: (202) 218-3900
   Fax: (202) 218-3910
23

24 **Attorneys for Commonwealth of Virginia**

25

26

27

28

GARY K. KING
New Mexico Attorney General
SETH T. COHEN (State Bar No. 223716)
Assistant Attorney General
scohen@nmag.gov
P. O. Drawer 1508
Santa Fe, New Mexico 87504-1508
Tel: (505) 827-6087
Fax: (505) 827-4440

**Attorneys for the State of New Mexico**

ERIC R. HAVIAN (State Bar No. 102295)
erh@pcsf.com
MARY A. INMAN (State Bar No. 176059)
mai@pcsf.com
HARRY P. LITMAN (State Bar No. 127202)
hlitman@litman-law.com
JESSICA T. MOORE (State Bar No. 183431)
jtm@pcsf.com
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, California  94105
Tel: (415) 836-9000
Fax: (415) 836-9001

BRENT N. RUSHFORTH (State Bar No. 45873)
brushforth@daypitney.com
DAY PITNEY LLP
1100 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 218-3900
Fax: (202) 218-3910

**Attorneys for Alameda County Water District, City of Calexico, City of Calistoga, Calleguas Municipal Water District, Castaic Lake Water Agency, City of Chino, Dublin San Ramon**

1 **Services District, City of Livermore, Los**
2 **Angeles Department of Water and Power,**
3 **Moulton Niguel Water District, North**
4 **Marin Water District, City of Oxnard,**
5 **Palmdale Water District, Paradise**
6 **Irrigation District, City of Pomona, City**
7 **of Ripon, City of Sacramento, City of San**
8 **Bernardino, City of San Buenaventura,**
9 **San Diego County, City of San Ramon,**
10 **City of Santa Cruz, City of Santa Maria,**
11 **Soquel Creek Water District, South**
12 **Tahoe Public Utility District, Spring**
13 **Valley Sanitation District, City of Vallejo,**
14 **and Town of Yountville**

JAMES B. GILPIN (State Bar No. 151466)
james.gilpin@bbklaw.com.
MELISSA W. WOO (State Bar No. 192056)
melissa.woo@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542
Tel: (619) 525-1300
Fax: (619) 233-6118

**Attorneys for City of Colton, City of**
**Corona, Elsinore Valley Municipal**
**Water District, Florin Resource**
**Conservation District, Helix Water**
**District, Padre Dam Municipal Water**
**District, Ramona Municipal Water**
**District, Rancho California Water**
**District, Sweetwater Authority, Valley**
**Center Municipal Water District, and**
**Western Municipal Water District**

1   JOAN C. ARNESON (State Bar No. 75721)
2   jarneson@bawg.com
    BOWIE, ARNESON, WILES & GIANNONE
3   4920 Campus Drive
    Newport Beach, CA 92660
4   Tel: (949) 851-1300
5   Fax: (969) 851-2014

6
    **Attorneys for Irvine Ranch Water District**
7

8
    JAN I. GOLDSMITH (State Bar No. 70988)
9   City Attorney
    DONALD R. WORLEY (State Bar No. 48892)
10  Assistant City Attorney
11  R. CLAYTON WELCH (State Bar No. 147484)
    Deputy City Attorney
12  cwelch@sandiego.gov
13  OFFICE OF THE CITY ATTORNEY
14  1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
15  Tel: (619) 533-5800
16  Fax: (619) 533-5856

17  **Attorneys for City of San Diego**

18
19  RICHARD DOYLE (State Bar No. 88625)
    City Attorney
20  NORA FRIMANN (State Bar No. 93249)
    Assistant City Attorney
21  MARGO LASKOWSKA (State Bar No. 187252)
22  Deputy City Attorney
    cao.main@sanjoseca.gov
23  OFFICE OF THE CITY ATTORNEY
24  200 East Santa Clara Street
    San Jose, California 95113-1905
25  Tel: (408) 535-1900
    Fax: (408) 998-3131
26

27  **Attorneys for City of San Jose**

28

[PROPOSED] ORDER ADDRESSING BIFURCATION

ERIC R. HAVIAN (State Bar No. 102295)
erh@pcsf.com
MARY A. INMAN (State Bar No. 176059)
mai@pcsf.com
JESSICA T. MOORE (State Bar No. 183431)
jtm@pcsf.com
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, California  94105
Tel: (415) 836-9000
Fax: (415) 836-9001

BRENT N. RUSHFORTH (State Bar No. 45873)
brushforth@daypitney.com
DAY PITNEY LLP
1100 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 218-3900
Fax: (202) 218-3910

**Attorneys for City of Santa Rosa**

ERIC R. HAVIAN (State Bar No. 102295)
erh@pcsf.com
MARY A. INMAN (State Bar No. 176059)
mai@pcsf.com
HARRY P. LITMAN (State Bar No. 127202)
hlitman@litman-law.com
JESSICA T. MOORE (State Bar No. 183431)
jtm@pcsf.com
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, California  94105
Tel: (415) 836-9000
Fax: (415) 836-9001

BRENT N. RUSHFORTH (State Bar No. 45873)
brushforth@daypitney.com
DAY PITNEY LLP
1100 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 218-3900
Fax: (202) 218-3910

**Attorneys for <u>Qui</u> <u>Tam</u> Plaintiff John Hendrix**

VINCENT J. MARELLA (State Bar No. 57702)
vjm@birdmarella.com
EKWAN E. RHOW (State Bar No. 174604)
eer@birdmarella.com
PAUL S. CHAN (State Bar No. 183406)
psc@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT.
NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East - 23rd Floor
Los Angeles, California 90067-2561
Tel: (213) 201-2100
Fax: (213) 201-2110

**Attorneys for Defendant J-M Manufacturing Co., Inc.**

RICHARD T. WILLIAMS (State Bar No. 52896)
richard.williams@hklaw.com
VINCE FARHAT (State Bar No. 183794)
Vince.farhat@hklaw.com
KRISTINA S. AZLIN (State Bar No. 235238)
Kristina.azlin@hklaw.com
HOLLAND & KNIGHT LLP
400 S. Hope St., 8th Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400
Fax: (213) 896-2450

**Attorneys for Defendant Formosa Plastics Corporation, U.S.A.**

# ORDER ADDRESSING BIFURCATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THE COURT ORDERS THAT:

(1)    Trial and discovery in this case are hereby bifurcated.  The first-phase trial will address Falsity, Materiality, and Scienter under the Federal False Claims Act and the state False Claims Acts asserted in this action. The scope of discovery prior to the first-phase trial will be limited to those matters to be tried in the first-phase trial.

(2)    Plaintiffs allege that J-M falsely represented that (a) **all** (not just some) J-M pipe satisfied the requirements, rules, and standards of the various standards bodies, which pipe and standards were identified with particularity in their November 30th submission; and (b) **all** (not just some) of the pipe was manufactured in a substantially identical manner to the pipe that was originally determined to comply with the standards.  Plaintiffs allege that J-M's statements were false because J-M did not properly manufacture "all" its pipe as represented in (a) and (b) above.  Plaintiffs further allege that J-M's statements were false because J-M did not uniformly test its pipe as represented in (a) and (b) above.  Plaintiffs allege that instead, J-M manufactured or tested its pipe in a manner that did not comply with the foregoing industry standards.  Plaintiffs allege that, as a result of J-M's inconsistent and substandard manufacturing and testing, J-M's customers received a "lottery ticket," in which there was no assurance that the pipe was made and tested in the manner represented.  The first jury will decide whether J-M's manufacturing and testing deficiencies deviated from its representations to such a degree as to render J-M's representations false. Defendants reserve the right to challenge the legal sufficiency of Plaintiffs' falsity theory, as appropriate.

(3)     The issue of "Scienter" will be whether J-M had "actual knowledge," "deliberate ignorance," or "reckless disregard" of the truth or falsity of the allegedly false statements to the Plaintiffs.  [*See* 31 U.S.C. § 3729(b).]

(4)     The parties will submit briefing on the proper definition of "Materiality" prior to trial.

(5)     The first jury will decide whether J-M's representations as described in (2) above were true or false.  If the first jury finds that the representations were false, that jury will decide whether J-M made the representations with the requisite scienter, as defined in (3) above.  If the first jury finds that J-M had the requisite scienter, that jury will decide whether J-M's knowingly false representations were "material" within the meaning of the FCA, as defined by the Court.

(6)     Plaintiffs will introduce at the first trial five examples of "false claims." The evidence to be introduced through these examples includes the payments made, how such payments were made, and the relevance of industry standards in the payment process.  Plaintiffs will identify these examples no later than December 22, 2011.

(7)     The elements of Defendant FPC-USA's liability under the inadvertent beneficiary provisions will be reserved for a subsequent phase except for the Falsity and Materiality elements that will be tried in the first phase.

(8)     (a)  Defendants may conduct Plaintiff-specific discovery of the examples of claims identified by Plaintiffs only on issues to be tried in the first-phase trial.  Defendants are not permitted to conduct Rule 30(b)(6) depositions or serve document requests or other written discovery on other Plaintiffs or Real Parties in the first phase absent advance notice to Plaintiffs' counsel and an opportunity for Plaintiffs' counsel to seek a protective order from this Court.  Any such applications are to be addressed to the Honorable George H. Wu in the first instance.

1    (b) Subject to paragraph 8(a) and the numerical deposition limits set by
2  the Court, Defendants may conduct Plaintiff-specific discovery as to: (1) Any
3  Plaintiff-related witness that Plaintiffs intend to call at trial; (2) Any issues relevant
4  to subject matters to be tried in the first-phase trial.  Plaintiffs shall identify by
5  December 22, 2011 those Plaintiff-related witnesses that Plaintiffs intend to call at
6  trial, and those issues about which the Plaintiff-related witnesses will be called to
7  testify.

8    (9)    If Plaintiffs are successful in the first phase, there will be a second
9  phase in which it is expected that, without limitation, the following questions will be
10 determined with respect to each individual Plaintiff:

11    a.  Were J-M's false representations made to the individual Plaintiff?
12    b.  How many false claims did the individual Plaintiff receive?
13    c.  What damage did the individual Plaintiff suffer as a result of the
14        false claims?
15    d.  Did FPC benefit from the false claims and fail to report them within
16        a reasonable time?
17    e.   If so, what are the total damages FPC-USA  is liable for?

18

19    IT IS SO ORDERED.

20

21  DATED: December 7, 2011    _____

22    Honorable George H. Wu
23    U.S. DISTRICT COURT JUDGE

24

25

26

27

28

- 3 -

1

**PROOF OF SERVICE**

2    I am an attorney admitted to practice in the State of California.  I am over the

3    age of 18 and not a party to this action.  My business address is Day Pitney LLP,

4    1100 New York Avenue, NW, Suite 300, Washington, DC 20005.

5    On December 5, 2011, I caused to be served copies of the forgoing document

6    on each interested party as follows:

7    **[X]** (**By Electronic Transfer to the CM/ECF System**) In accordance with
     Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and General Order 10-
8    07, I uploaded via electronic transfer a true and correct copy scanned into an
     electronic file in Adobe "pdf" format of the above-listed document to the United
9    States District Court Central District of California's Case Management and
     Electronic Case Filing (CM/ECF) system on this date. It is my understanding that
10   by transmitting these documents to the CM/ECF system, they will be served on all
     parties of record according to the preferences chosen by those parties within the
11   CM/ECF system. The transmission was reported as complete and without error.

12

13   **[X] (US Mail)** A true and correct copy of the document described above has

14   also been mailed to the following parties via US Mail:

15

16       Joseph A Brajevich
17       Los Angeles City Attorney's Office
         Department of Water and Power
18       111 North Hope Street Suite 340
         Los Angeles, CA 90012
19

20   I declare under penalty of perjury under the laws of the State of California

21   that the foregoing is true and correct and that I am admitted as a member of the bar

22   of this court.

23   Executed on December 5, 2011, in Washington, D.C.

24

25       By:    /s/ Brent N. Rushforth
                Brent N. Rushforth
26

27

28

- 1 -