# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 06-55-GW(PJWx) | | Date | February 11, 2013 |
|---|---|---|---|---|
| Title | *United States of America et al v. J-M Manufacturing Company, Inc.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**       **(IN CHAMBERS): COURT ORDER**

   Defendant FPC-USA's Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment/Adjudication of Counts III, X, XII, and XVI in the Fifth Amended Complaint, filed on May 11, 2012, is **DENIED**. Said motion can be set following the Phase One Trial.

   IT IS SO ORDERED.

                                                                                                        :

                                                            Initials of Preparer   JG