1

2

3

4

5

6

7

8

9

*NO JS-6*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel*. JOHN HENDRIX, | CASE NO. EDCV 06-55-GW(PJWx) Assigned to Hon. George H. Wu<br><br>**ORDER**<br><br>**FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST FPC-USA** |

               Plaintiffs,

       vs.

J-M MANUFACTURING COMPANY, INC. d/b/a JM EAGLE, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,

               Defendants.

## ORDER FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST FPC-USA

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, the California, Massachusetts, and Nevada  False Claims Act and the Virginia Fraud Against Taxpayers Act, the Plaintiffs, Relator John Hendrix (the "Relator") and Defendant Formosa Plastics Corporation, U.S.A. ("FPC-USA") (collectively the "Parties"), acting through their counsel of record, have stipulated to this Court and agreed that they have negotiated a written Settlement Agreement and Mutual Release; that such Settlement Agreement and Mutual Release has been executed by the Relator, the State of Nevada, the Commonwealth of Virginia, and FPC-USA; that the Parties anticipate that the Settlement Agreement and Mutual Release in due time will be fully executed by all parties to it, including all of the Plaintiffs in this action; that all moneys required under the Settlement Agreement and Mutual Release will be deposited into an interest-bearing escrow account at U.S. Bank, N.A. in Los Angeles within three business days after entry of this Order; and that this Court will retain jurisdiction to consider approval of the Settlement Agreement and Mutual Release when it has been fully executed, and good cause appearing therefore,

WHEREFORE, IT IS HEREBY ORDERED, that

1.    The above captioned Civil Action is immediately dismissed without prejudice as to FPC-USA;

2.    The Clerk shall promptly enter this Order;

3.    Each party shall be responsible for his or its own expenses, attorneys' fees, expert fees and costs, except as otherwise provided for in the Settlement Agreement and Mutual Release; and

1

1

2      4.    The Court shall retain jurisdiction to consider approval of the Settlement

3            Agreement and Mutual Release, and to enforce its terms, conditions, and

4            releases to the extent reasonably necessary and appropriate.

5

6            IT IS SO ORDERED this 13th day of September, 2013.

7

8            _____

9            GEORGE H. WU, United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2