HOLLAND & KNIGHT LLP
    Richard T. Williams (State Bar No. 52896)
    Vince Farhat (State Bar No. 183794)
    Kristina S. Azlin (State Bar No. 235238)
400 South Hope Street, 8th Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450
Email: richard.williams@hklaw.com
Email: vince.farhat@hklaw.com
Email: kristina.azlin@hklaw.com

Attorneys for Defendant
Formosa Plastics Corporation, U.S.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel.* JOHN HENDRIX,<br><br>Plaintiffs,<br><br>vs.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>Defendants. | CASE NO. ED CV06-00055-GW(PJWx)<br>Assigned to Hon. George H. Wu<br><br>**NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT**<br><br>Hearing Date:     Dec. 19, 2013<br>Time:                  8:30 a.m.<br>Location:            Courtroom 10 |

<u>**JOINT STATEMENT OF CLARIFICATION**</u>

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 28, 2013, Plaintiffs and FPC-USA filed a joint motion for approval of the Settlement Agreement[1] as "fair, adequate, and reasonable" as provided for in the applicable state False Claims Acts ("FCAs").  (Dkt. #1742) ("Joint Motion").  The State of California, the Commonwealth of Massachusetts, and the State of Tennessee (collectively "non-intervening States") are Real Parties in Interest in this action, which have not intervened and which did not negotiate or sign the Settlement Agreement (collectively with the other non-intervening Real Parties in Interest to this action "non-intervening Real Parties in Interest").  After the Joint Motion was filed, the non-intervening States, through their respective Attorneys General, sought clarification from Plaintiffs and FPC-USA regarding the meaning and intent of certain provisions of the Settlement Agreement as applied to the non-intervening Real Parties in Interest.

In order to clarify the Parties' intent, Plaintiffs and FPC-USA represent and acknowledge as follows:

<u>Scope of Releases:</u>

As set forth in Paragraph 8.1 of the Settlement Agreement, the releases of FPC-USA are limited to "the fullest extent that the Relator and each of the other Plaintiffs are capable under applicable law."  Notwithstanding any language to the contrary, and consistent with applicable law, with respect to the non-intervening Real Parties in Interest who are not otherwise signatories to the Settlement Agreement, the releases set forth in the Settlement Agreement are intended,

---

[1] A true and correct copy of the Settlement Agreement is located in the Court's Docket as Exhibit "1" to both the Declaration of Richard T. Williams (Dkt. # 1744) and Eric R. Havian (Dkt. # 1745) in support of the Parties' Joint Motion For Approval of Settlement.

1 understood, and agreed only to release causes of action arising under the federal

2 and state false claims acts based on the facts alleged in the Federal Action.

3     Notwithstanding anything to the contrary herein, the non-intervening Real

4 Parties in Interest are not intended to and shall not be deemed to release any claim

5 that has been or could be brought against J-M, or any of J-M's respective past and

6 present affiliates, subsidiaries, divisions, branches, departments, agencies,

7 predecessors, successors, and the heirs, principals, employees, associates, owners,

8 stockholders, assigns, devisees, agents, distributors, directors, officers,

9 representatives, insurers, lawyers, and predecessors and successors in interest, and

10 each of them, and all persons acting by, through, under, or in concert with J-M,

11 other than and excluding the FPC-USA Released Parties.  The non-intervening

12 Real Parties in Interest are not intended to and shall not be deemed to have waived

13 any protections, rights, or benefits conferred to the non-intervening Real Parties in

14 Interest under California Civil Code § 1542, or by any law of any state or territory

15 of the United States, or any principle of common law, which is similar,

16 comparable, or equivalent to California Civil Code § 1542.

17     Notwithstanding any language to the contrary in the Settlement Agreement

18 or herein, none of the releases provided by the Plaintiff Releasors are intended to

19 or shall be deemed to release any claims that are not related to or do not arise out

20 of the facts and circumstances alleged in the Federal Action or the State Action.

21     Allocation of Settlement Sum:

22     FPC-USA will not be involved in the allocation and distribution of payment

23 amounts among individual Plaintiffs and non-intervening Real Parties in Interest.

24 (*See* Joint Motion at 18).  After the settlement with FPC-USA has been approved

25 and completed, Plaintiffs will submit a proposed Plan of Allocation of the

26 Settlement Sum to this Court for its review and approval.  (*Id.*).

27

28

3

NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT
STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF
SETTLEMENT

1   Plaintiffs hereby represent and acknowledge that they shall seek Court
2   approval of the Plan of Allocation by way of notice and motion, in accordance with
3   applicable court rules.  Non-intervening Real Parties in Interest may oppose any
4   proposed Plan of Allocation on the grounds it is not fair, adequate and reasonable.
5   For any non-intervening Real Party in Interest that so requests, Relator shall
6   provide the proposed Plan of Allocation within ten (10) business days prior to the
7   filing of any motion.

8   <u>Further Representations and Request to the Court</u>:

9   It is the intent of the Plaintiffs and FPC-USA that this Clarification shall be a
10  binding interpretation of the Settlement Agreement as if it were incorporated
11  therein, and the non-intervening States have relied on such incorporation for
12  purposes of consenting to the Settlement.  Plaintiffs and FPC-USA request that the
13  Court consider this Clarification in evaluating whether the Settlement Agreement
14  is "fair, adequate, and reasonable."

15  Following the hearing on the Joint Motion, Plaintiffs and FPC-USA will
16  lodge with the Court a proposed Order granting the Joint Motion, and
17  memorializing that the Court read and considered all the papers filed in connection
18  with the Joint Motion, including, specifically, this Clarification.

19  Each person signing this Clarification represents and warrants that he or she
20  has full authority to sign this Clarification on behalf of the Party for whom he or
21  she is signing and warrants that he or she has the ability to bind that Party to the
22  obligations and commitments set forth herein.

23

24  Respectfully submitted,

25

26  DATED:  December 5, 2013       By:  /S/ Vince Farhat
                                        _____
27                                      RICHARD T. WILLIAMS
                                        VINCE FARHAT
28                                      KRISTINA S. AZLIN

4

HOLLAND & KNIGHT LLP
400 S. Hope St., 8th Floor
Los Angeles, CA  90071-2040
Tel:  (213) 896-2400
Fax: (213) 896-2450

**Attorneys for Defendant Formosa Plastics Corporation, U.S.A.**

DATED:  December 5, 2013    By: _Susan Stewart / By KM_

CATHERINE CORTEZ MASTO
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**

DATED: December 5, 2013    By: _Elizabeth J Sher / By KM_

ELIZABETH J. SHER (Admitted Pro Hac Vice)
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey 07054
Tel: (973) 966-6300
Fax: (973) 966-1015

PATRICIA L. WEST
Chief Deputy Attorney General of Virginia
KIVA BLAND PIERCE
Assistant Attorney General
KPierce@oag.state.va.us
OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF VIRGINIA
900 East Main Street
Richmond, Virginia 23219
Tel: (804) 225-3197
Fax: (804) 371-8718

ERIC R. HAVIAN (State Bar No. 102295)
erh@pcsf.com

5

NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT

1    MARY A. INMAN (State Bar No. 176059)
     mai@pcsf.com
2    HARRY P. LITMAN (State Bar No. 127202)
     hlitman@litman-law.com
3    JESSICA T. MOORE (State Bar No. 183431)
     jtm@pcsf.com
4    PHILLIPS & COHEN LLP
     100 The Embarcadero, Suite 300
5    San Francisco, California 94105
     Tel: (415) 836-9000
6    Fax: (415) 836-9001

7    BRENT N. RUSHFORTH (State Bar. No. 45837)
     brushforth@mckoolsmith.com
8    McKOOL SMITH HENNIGAN P.C.
     1999 K. Street, N.W., Suite 600
9    Washington, D.C. 20006
     Tel: (202) 370-8300
10   Fax: (202) 370-8344

11   **Attorneys for Commonwealth of Virginia**

12   DATED: December 5, 2013    By: *Seth T. Cohen / By KM*

13   GARY K. KING
     New Mexico Attorney General
14   SETH T. COHEN (State Bar No. 223716)
     Assistant Attorney General
15   scohen@nmag.gov
     P. O. Drawer 1508
16   Santa Fe, New Mexico 87504-1508
     Tel: (505) 827-6087
17   Fax: (505) 827-4440

18   **Attorneys for the State of New Mexico**

19
20   DATED:  December 5, 2013    By: *Elizabeth J. Sher / By KM*

21   ELIZABETH J. SHER (Admitted Pro Hac Vice)
     esher@daypitney.com
22   DAY PITNEY LLP
     1 Jefferson Road
23   Parsippany, New Jersey 07054
     Tel: (973) 966-6300
24   Fax: (973) 966-1015

25   ERIC R. HAVIAN (State Bar No. 102295)
     erh@pcsf.com
26   MARY A. INMAN (State Bar No. 176059)
     mai@pcsf.com
27   HARRY P. LITMAN (State Bar No. 127202)
     hlitman@litman-law.com
28   JESSICA T. MOORE (State Bar No. 183431)

                              6
     NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT
     STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF
     SETTLEMENT

jtm@pcsf.com

PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, California 94105
Tel: (415) 836-9000
Fax: (415) 836-9001

**Attorneys for Alameda County Water District, City of Calexico, City of Calistoga, Calleguas Municipal Water District, Castaic Lake Water Agency, City of Chino, Dublin San Ramon Services District, City of Livermore, Moulton Niguel Water District, North Marin Water District, City of Oxnard, Palmdale Water District, Paradise Irrigation District, City of Pomona, City of Ripon, City of Sacramento, City of San Bernardino, City of San Buenaventura, San Diego County, City of San Ramon, City of Santa Cruz, City of Santa Maria, Soquel Creek Water District, South Tahoe Public Utility District, Spring Valley Sanitation District, City of Vallejo, and Town of Yountville**

DATED: December 5, 2013      By: _James B. Gilpin       / By KM_

JAMES B. GILPIN (State Bar No. 151466)
james.gilpin@bbklaw.com.
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101-3542
Tel: (619) 525-1300
Fax: (619) 233-6118

**Attorneys for City of Colton, City of Corona, Elsinore Valley Municipal Water District, Florin Resource Conservation District, Helix Water District, Padre Dam Municipal Water District, Ramona Municipal Water District, Rancho California Water District, Sweetwater Authority, Valley Center Municipal Water District, and Western Municipal Water District**

DATED:  December 5, 2013     By: _Joan C. Arneson       / By KM_

JOAN C. ARNESON (State Bar No. 75721)
jarneson@bawg.com
BOWIE, ARNESON, WILES & GIANNONE
4920 Campus Drive
Newport Beach, California 92660

7

1    Tel: (949) 851-1300
     Fax: (969) 851-2014

2    **Attorneys for Irvine Ranch Water District**

3

4    DATED:  December 5, 2013          By: _Jan T Goldsmith / By KN_

5    JAN J. GOLDSMITH (State Bar No. 70988)
     City Attorney
6    DONALD R. WORLEY (State Bar No. 48892)
     Assistant City Attorney
7    R. CLAYTON WELCH (State Bar No. 147484)
     Deputy City Attorney
8    cwelch@sandiego.gov
     OFFICE OF THE CITY ATTORNEY
9    1200 Third Avenue, Suite 1100
     San Diego, California 92101-4100
10   Tel: (619) 533-5800
     Fax: (619) 533-5856
11

12   **Attorneys for City of San Diego**

13   DATED:  December 5, 2013          By: _Margo Laskowska / by KN_

14   RICHARD DOYLE (State Bar No. 88625)
     City Attorney
15   NORA FRIMANN (State Bar No. 93249)
     Assistant City Attorney
16   MARGO LASKOWSKA (State Bar No. 187252)
     Deputy City Attorney
17   cao.main@sanjoseca.gov
     OFFICE OF THE CITY ATTORNEY
18   200 East Santa Clara Street
     San Jose, California 95113-1905
19   Tel: (408) 535-1900
     Fax: (408) 998-3131
20

21   **Attorneys for City of San Jose**

22
                                       By: _Elizabeth J. Sher / By KN_
23   ELIZABETH J. SHER (Admitted Pro Hac Vice)
     DATED:  December 5, 2013
     esher@daypitney.com
24   DAY PITNEY LLP
     1 Jefferson Road
25   Parsippany, New Jersey 07054
     Tel: (973) 966-6300
26   Fax: (973) 966-1015

27   ERIC R. HAVIAN (State Bar No. 102295)
     erh@pcsf.com
28                                  8

NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT
STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF
SETTLEMENT

| | |
|---|---|
| 1 | MARY A. INMAN (State Bar No. 176059)<br>mai@pcsf.com |
| 2 | JESSICA T. MOORE (State Bar No. 183431)<br>jtm@pcsf.com |
| 3 | PHILLIPS & COHEN LLP<br>100 The Embarcadero, Suite 300 |
| 4 | San Francisco, California 94105<br>Tel: (415) 836-9000 |
| 5 | Fax: (415) 836-9001 |
| 6 | **Attorneys for City of Santa Rosa** |
| 7 | DATED:  December 5, 2013   By: _Elizabeth J. Sher / by KW_ |
| 8 | ELIZABETH J. SHER (Admitted Pro Hac Vice)<br>esher@daypitney.com |
| 9 | DAY PITNEY LLP |
| 10 | 1 Jefferson Road<br>Parsippany, New Jersey 07054 |
| 11 | Tel: (973) 966-6300<br>Fax: (973) 966-1015 |
| 12 | ERIC R. HAVIAN (State Bar No. 102295)<br>erh@pcsf.com |
| 13 | MARY A. INMAN (State Bar No. 176059)<br>mai@pcsf.com |
| 14 | JESSICA T. MOORE (State Bar No. 183431)<br>jtm@pcsf.com |
| 15 | PHILLIPS & COHEN LLP<br>100 The Embarcadero, Suite 300 |
| 16 | San Francisco, California 94105<br>Tel: (415) 836-9000 |
| 17 | Fax: (415) 836-9001 |
| 18 | BRENT N. RUSHFORTH (State Bar. No. 45837)<br>brushforth@mckoolsmith.com |
| 19 | McKOOL SMITH HENNIGAN P.C.<br>1999 K. Street, N.W., Suite 600 |
| 20 | Washington, D.C. 20006<br>Tel: (202) 370-8300 |
| 21 | Fax: (202) 370-8344 |
| 22 | **Attorneys for <u>Qui Tam</u> Plaintiff John Hendrix** |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

9

NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT
STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF
SETTLEMENT

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On December 5, 2013, I served the document described as **NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.  The transmission was reported as complete and without error.

**[X]** (**BY U.S. Mail**) I also caused a true and correct conformed copy of the document to be sent by U.S. Mail to each of the 300+ potential Real Parties listed in the Service List attached as Exhibit "A" to the DECLARATION OF KRISTINA S. AZLIN REGARDING SERVICE OF JOINT NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT AS FAIR, ADEQUATE AND REASONABLE ON REAL PARTIES, as filed with this Court on Tuesday, October 29, 2013 and located in the Court's Docket as Doc. No. 1751.  It is my understanding and belief that Exhibit "A" constitutes a full listing of the names and

10

1    addresses for all of the non-intervening Real Parties identified in Exhibit "1" to the

2    various Complaints filed in this action (*See, e.g.,* Doc. Nos. 1, 41, 96, 159, 324,

3    412, 568-571 (several versions of the Complaint and Exhibits filed under seal)), as

4    well as the names and addresses for the few additional non-intervening/non-Real

5    Party States that have requested to receive notices from this case. Each document

6    was enclosed in a sealed envelope addressed to the persons at the addresses listed

7    in such Exhibit "A" and placed for collection and mailing on December 6, 2013,

8    following H&K's ordinary business practices. I am readily familiar with H&K's

9    practice for collecting and processing correspondence for mailing. On the same

10    day that the correspondence is placed for collection and mailing, it is deposited in

11    the ordinary course of business with the United States Postal Service, in a sealed

12    envelope with postage fully prepaid.

13

14         I declare under penalty of perjury under the laws of the United States of

15    America that the above is true and correct.

16

17         Executed on December 5, 2013, Los Angeles, California.

18

19

20         By: _____/S/_____

                                     Stacey H. Wang

21

22

23

24

25

26

27

28

NOTICE OF PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT
STATEMENT OF CLARIFICATION IN FURTHER SUPPORT OF MOTION FOR APPROVAL OF
SETTLEMENT