# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 06-55-GW(PJWx) | Date | December 5, 2013 |
| Title | *United States of America et al v. J-M Manufacturing Company, Inc.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Eric R. Havian
Kirk D. Dillman
Harry Litman
Elizabeth J. Sher
Thomas Watson
Margo Laskowska - by telephone
Brent Rushforth - by telephone

Attorneys Present for Defendants:

Ekwon E. Rhow
Paul S. Chan
Camilla M. Eng

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. The Court sets the following schedule:

| | |
|---|---|
| Deadline to file post trial motions - not to exceed 30 pages | January 7, 2014 |
| Opposition - not to exceed 30 pages | January 28, 2014 |
| Reply - not to exceed 20 pages | February 11, 2014 |
| Hearing on post trial motions | February 24, 2014 at 8:30 a.m. |

The above-entitled action is stayed pending post trial motions.

: 12

Initials of Preparer   JG