1  Terry W. Bird - State Bar No. 049038
      twb@birdmarella.com
2  Ekwan E. Rhow - State Bar No. 174604
      eer@birdmarella.com
3  Paul S. Chan - State Bar No. 183406
      psc@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT,
      NESSIM, DROOKS & LINCENBERG, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant J-M
8  Manufacturing Company, Inc.
   d/b/a JM Eagle
9
10                    **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
12

| | |
|---|---|
| 13 UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA ex rel. JOHN HENDRIX, | CASE NO. EDCV 06-0055-GW(PJWx) |
| | Assigned to:  Hon. George H. Wu |
| | **ORDER ON OFFER OF PROOF RE: DEFENDANT J-M MANUFACTURING COMPANY, INC.'S MOTION TO DISQUALIFY AND FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL FOR INVASION OF ATTORNEY CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION** |
| Plaintiffs, | |
| vs. | Date:    September 12, 2013 |
| J-M MANUFACTURING COMPANY, INC. d/b/a JM EAGLE, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation, | Time:    8:30 a.m. |
| | Crtrm.: 10 |
| Defendants. | |

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Having reviewed Defendant J-M Manufacturing Company, Inc.'s ("J-M's") Offer Of Proof Re: Defendant J-M Manufacturing Company, Inc.'s Motion To Disqualify And For Sanctions Against Plaintiffs' Counsel For Invasion Of Attorney Client Privilege And Work Product Protection, electronically-filed as *Doc. No. 1501,* all opposition papers, arguments of counsel, and other matters properly before the Court in relation to these motions,

IT IS HEREBY ORDERED THAT:

J-M's request for this Court to disqualify the law firms of Day Pitney LLP, Phillips & Cohen LLP and McKool Smith Hennigan P.C. for their actions related to J-M's privileged materials is DENIED; and

Plaintiffs are prohibited from using any of the interview memoranda produced by J-M in any way, including at trial, unless specifically permitted by the Court based upon further motion.

IT IS SO ORDERED.

DATED:  December 27, 2013

_____

Hon. George H. Wu
United States District Judge

1