| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel*. JOHN HENDRIX,<br><br>        Plaintiffs,<br><br>vs.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>        Defendants. | CASE NO. EDCV 06-0055-GW(PJWx)<br>Assigned to Hon. George H. Wu<br><br>**ORDER**<br><br>**GRANTING PLAINTIFFS' AND DEFENDANT FORMOSA PLASTICS CORPORATION, USA'S JOINT *EX PARTE* APPLICATION FOR LEAVE TO FILE A REPONSE TO DEFENDANT J-M'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR APPROVAL OF SETTLEMENT**<br><br>Date:        January 16, 2014<br>Time:       8:30 a.m.<br>Location:   Courtroom 10 |

**ORDER ON PLAINTIFFS' AND FPC-USA'S JOINT EX PARTE APPLICATION TO FILE RESPONSE TO J-M'S SUPPLEMENTAL BRIEF RE: MOTION FOR APPROVAL OF SETTLEMENT AS FAIR, ADEQUATE AND REASONABLE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having duly considered the Joint *Ex Parte* Application For Leave to File a Response to J-M's Supplemental Brief in Opposition to Motion For Approval of Settlement filed on Friday, January 10, 2014, by Plaintiffs and Defendant Formosa Plastics Corporation, U.S.A.'s (FPC-USA), and all opposition, reply and supplemental papers, arguments of counsel and all other matters presented to the Court in relation thereto, and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' and FPC-USA's *Ex Parte* Application For Leave to File a Response to J-M's Supplemental Brief in Opposition to Motion For Approval of Settlement is GRANTED.

2. The Court will Consider Plaintiffs' and FPC-USA's "Joint Reply Memorandum in Response to Defendant J-M'S Supplemental Brief in Opposition to Motion For Approval of Settlement", as attached to the January 10, 2014 *Ex Parte* Application, in relation to the pending Motion For Approval of Settlement as Fair, Adequate and Reasonable (Docket No. 1742 and related papers).

IT IS SO ORDERED.

DATED: January 17, 2014

_____
Hon. George H. Wu, United States District Judge

---

1

**ORDER ON PLAINTIFFS' AND FPC-USA'S JOINT EX PARTE APPLICATION TO FILE RESPONSE TO J-M'S SUPPLEMENTAL BRIEF RE: MOTION FOR APPROVAL OF SETTLEMENT AS FAIR, ADEQUATE AND REASONABLE**