# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 06-55-GW(PJWx) | Date | February 24, 2014 |
| Title | *United States of America et al v. J-M Manufacturing Company, Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Eric R. Havian
Kirk D. Dillman
Harry Litman
Susan K. Stewart
Elizabeth J. Sher
Brent Wilner

Attorneys Present for Defendants:

Ekwon E. Rhow
Camilla M. Eng
Mark E. Masters
Paul S. Chan

Joan C. Arneson - by telephone
Ellen Head - by telephone
R. Clayton Welch - by telephone

**PROCEEDINGS:** **DEFENDANT J-M MANUFACTURING COMPANY, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY, FOR NEW TRIAL [1833]**

Court hears oral argument. For reasons stated on the record, Defendant's Motion is continued to **March 13, 2014 at 9:30 a.m.**

1 : 00

Initials of Preparer   JG