ADAM PAUL LAXALT
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**
**(AND OTHER PLAINTIFFS/ATTORNEYS AS LISTED ON THE DOCKET)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel.* JOHN HENDRIX,<br><br>   Plaintiffs,<br><br>   v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>   Defendants. | Case No. ED CV-06-00055-GW(PJWx)<br><br>Hon. George H. Wu<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE AND NEXT HEARING**<br><br>Location: Courtroom 9D<br>Phase 2 Damages<br><br>Hearing Date: February 28, 2019<br>Trial Date:  N/A |

# REQUEST FOR BRIEFING SCHEDULE AND HEARING DATE

This Joint Stipulation and request is made and entered into by and between Defendant J-M Manufacturing Company, Inc. ("J-M") and Exemplar Plaintiffs by and through their respective counsel with regard to the briefing and hearing schedule for J-M's pending Motion for Judgment as a Matter of Law ("JMOL Motion").

**IT IS HEREBY STIPULATED AND AGREED** by and between J-M and Exemplar Plaintiffs, and the Court's approval is requested, that the following schedule be entered:

1. Plaintiffs' opposition to the JMOL Motion shall be filed no later than January 14, 2019.

2. J-M's reply in further support of its JMOL Motion shall be filed no later than February 14, 2019.

3. The Court shall hear argument on the JMOL Motion on February 28, 2019 at 9:30 a.m.

4. The status conference currently scheduled for January 17, 2019 shall be adjourned until February 28, 2019.  The parties shall submit a joint status report no later than February 25, 2019.

**Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.**

Respectfully submitted,

DATED:     12/31/2018          By: /s/ Susan K. Stewart

ADAM PAUL LAXALT
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office

1
STIPULATION RE: BRIEFING SCHEDULE

|     |                |            |                                                      |
| --- | -------------- | ---------- | ---------------------------------------------------- |
| 1   |                |            | 100 North Carson Street                              |
| 2   |                |            | Carson City, Nevada  89701-4717                      |
|     |                |            | Tel: (775) 684-4173                                  |
| 3   |                |            | Fax: (775) 684-1108                                  |
| 4   |                |            | **Attorneys for State of Nevada**                    |
| 5   |                |            |                                                      |
| 6   | DATED:         | 12/31/2018 | By: /s/  Elizabeth J. Sher                           |
| 7   |                |            |                                                      |
|     |                |            | ELIZABETH J. SHER (Admitted Pro Hac Vice)            |
| 8   |                |            | esher@daypitney.com                                  |
| 9   |                |            | DAY PITNEY LLP                                       |
|     |                |            | 1 Jefferson Road                                     |
| 10  |                |            | Parsippany, New Jersey  07054                        |
| 11  |                |            | Tel: (973) 966-6300                                  |
|     |                |            | Fax: (973) 966-1015                                  |
| 12  |                |            |                                                      |
| 13  |                |            | CYNTHIA E. HUDSON                                    |
|     |                |            | Chief Deputy Attorney General of Virginia            |
| 14  |                |            | PETER BROADBENT                                      |
| 15  |                |            | Assistant Attorney General                           |
|     |                |            | PBroadbent@oag.state.va.us                           |
| 16  |                |            | OFFICE OF THE ATTORNEY GENERAL                       |
| 17  |                |            | COMMONWEALTH OF VIRGINIA                             |
|     |                |            | 202 North Ninth Street                               |
| 18  |                |            | Richmond, VA 23219                                   |
| 19  |                |            | Tel: (804) 786-6055                                  |
|     |                |            | Fax: (804) 786-1991                                  |
| 20  |                |            |                                                      |
| 21  |                |            | ERIC R. HAVIAN (State Bar No. 102295)                |
|     |                |            | ehavian@constantinecannon.com                        |
| 22  |                |            | HARRY P. LITMAN (State Bar No. 127202)               |
| 23  |                |            | hlitman@verizon.net                                  |
|     |                |            | CONSTANTINE CANNON LLP                               |
| 24  |                |            | 150 California Street, Suite 1600                    |
| 25  |                |            | San Francisco, California 94111                      |
|     |                |            | Tel:  (415) 639-4001                                 |
| 26  |                |            | Fax:  (415) 639-4002                                 |
| 27  |                |            |                                                      |
|     |                |            | STUART RENNERT (Admitted Pro Hac Vice)               |
| 28  |                |            | srennert@mckoolsmith.com                             |

|    |    |    |    |
|----|----|----|----|
| 1  |    |    | McKOOL SMITH HENNIGAN P.C. |
| 2  |    |    | 1999 K. Street, N.W. Suite 600 |
|    |    |    | Washington, D.C. 20006 |
| 3  |    |    | Tel: (202) 370-8300 |
| 4  |    |    | Fax: (202) 370-8344 |

```
                              McKOOL SMITH HENNIGAN P.C.
                              1999 K. Street, N.W. Suite 600
                              Washington, D.C. 20006
                              Tel: (202) 370-8300
                              Fax: (202) 370-8344


                              THOMAS B. WATSON (State Bar No. 181546)
                              KIRK DILLMAN (State Bar No. 110486)
                              twatson@mckoolsmithhennigan.com
                              kdillman@mckoolsmithhennigan.com
                              McKOOL SMITH HENNIGAN P.C.
                              One California Plaza
                              300 South Grand Avenue, Suite 2900
                              Los Angeles, CA 90071
                              Tel: (213) 694-1200
                              Fax: (213) 694-1234
```

**Attorneys for Commonwealth of Virginia**

DATED:     12/31/2018            By: /s/  Elizabeth J. Sher

```
                              ELIZABETH J. SHER (Admitted Pro Hac Vice)
                              esher@daypitney.com
                              DAY PITNEY LLP
                              1 Jefferson Road
                              Parsippany, New Jersey  07054
                              Tel: (973) 966-6300
                              Fax: (973) 966-1015


                              ERIC R. HAVIAN (State Bar No. 102295)
                              ehavian@constantinecannon.com
                              HARRY P. LITMAN (State Bar No. 127202)
                              hlitman@verizon.net
                              CONSTANTINE CANNON LLP
                              150 California Street, Suite 1600
                              San Francisco, California 94111
                              Tel:  (415) 639-4001
                              Fax:  (415) 639-4002


                              STUART RENNERT (Admitted Pro Hac Vice)
                              srennert@mckoolsmith.com
```

3

STIPULATION RE: BRIEFING SCHEDULE

|   |   |
|---|---|
| 1 | McKOOL SMITH HENNIGAN P.C. |
| 2 | 1999 K. Street, N.W. Suite 600 |
|   | Washington, D.C. 20006 |
| 3 | Tel: (202) 370-8300 |
| 4 | Fax: (202) 370-8344 |

THOMAS B. WATSON (State Bar No. 181546)
KIRK DILLMAN (State Bar No. 110486)
twatson@mckoolsmithhennigan.com
kdillman@mckoolsmithhennigan.com
McKOOL SMITH HENNIGAN P.C.
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 694-1200
Fax: (213) 694-1234

**Attorneys for Calleguas Municipal Water District, Palmdale Water District, and South Tahoe Public Utility District**

DATED:      12/31/2018          By: /s/ Paul S. Chan

EKWAN E. RHOW (State Bar No. 174604)
eer@birdmarella.com
PAUL S. CHAN (State Bar No. 1834060
psc@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel:  (310) 201-2100
Fax: (310) 201-2110

DAVID BERNICK (Admitted Pro Hac Vice)
dbernick@paulweiss.com
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

4
STIPULATION RE: BRIEFING SCHEDULE

| | |
|---|---|
| 1 | Tel:  (212) 373-3000 |
| 2 | Fax: (212) 757-3990 |
| 3 | **Attorneys for Defendant J-M Manufacturing Co., Inc., d/b/a JM Eagle** |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |