1 ADAM PAUL LAXALT
Attorney General
2 SUSAN K. STEWART (State Bar No. 174985)
3 Deputy Attorney General
SStewart@ag.nv.gov
4 Attorney General's Office
5 100 North Carson Street
Carson City, Nevada  89701-4717
6 Tel: (775) 684-4173
7 Fax: (775) 684-1108
8
**Attorneys for State of Nevada**
9
**(AND OTHER PARTIES/ATTORNEYS AS LISTED ON THE DOCKET)**
10

11 UNITED STATES DISTRICT COURT
12 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA ex rel. JOHN HENDRIX,<br><br>Plaintiffs,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>Defendants. | Case No. ED CV-06-00055-GW(PJWx)<br><br>Hon. George H. Wu<br><br>**[PROPOSED] ORDER GRANTING THE JOINT REQUEST RE: BRIEFING SCHEDULE**<br><br>Location:  Courtroom 9D<br>Phase 2 Damages<br><br>Hearing Date:  February 28, 2019<br>Trial Date: n/a |

[PROPOSED] ORDER

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Joint Stipulation and Request to Set a Briefing Schedule and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Joint Request is hereby **GRANTED**;

2. Plaintiffs' opposition to the JMOL Motion shall be filed no later than January 14, 2019.

3. J-M's reply in further support of its JMOL Motion shall be filed no later than February 14, 2019.

4. The Court shall hear argument on the JMOL Motion on February 28, 2019 at 9:30 a.m.

5. The status conference currently scheduled for January 17, 2019 shall be adjourned until February 28, 2019.  The parties shall submit a joint status report no later than February 25, 2019.

IT IS SO ORDERED.

DATE: _____, 2019                    _____
                                              Honorable George H. Wu
                                              UNITED STATES DISTRICT JUDGE