ADAM PAUL LAXALT
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**
**(AND OTHER PLAINTIFFS/ATTORNEYS AS LISTED ON THE DOCKET)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA <u>ex rel</u>. JOHN HENDRIX, <br><br> Plaintiffs, <br><br> v. <br><br> J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation, <br><br> Defendants. | Case No. ED CV-06-00055-GW(PJWx) <br><br> Hon. George H. Wu <br><br> **DECLARATION OF ELIZABETH J. SHER IN SUPPORT OF EXEMPLAR PLAINTIFFS' OPPOSITION TO J-M'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> Date:  February 20, 2019 <br> Time:  9:30 a.m. <br><br> Phase 2 Damages |

# DECLARATION OF ELIZABETH J. SHER

I, ELIZABETH J. SHER, declare the following:

1.      I am an attorney admitted *pro hac vice* to this Court.  I am also a partner of the law firm of Day Pitney LLP, which along with Constantine Cannon and McKool Smith Hennigan P.C., represents *qui tam* plaintiff/relator John W. Hendrix and the following 26 government entities that have intervened in this action ("Intervenors"): the Commonwealth of Virginia, the Cities of Calexico, Chino, Livermore, Oxnard, Pomona, Ripon, Sacramento, San Buenaventura, Santa Cruz, Santa Maria, Santa Rosa, Vallejo, and the Town of Yountville, California, Alameda County Water District, Calleguas Municipal Water District, Castaic Lake Water Agency, Dublin San Ramon Services District, Moulton Niguel Water District, North Marin Water District, Palmdale Water District, Paradise Irrigation District, South Tahoe Public Utility District, Soquel Creek Water District, Spring Valley Sanitation District, and the County of San Diego.

2.      I make this declaration in support of Exemplar Plaintiffs' Opposition to J-M's Renewed Motion For Judgment as a Matter of Law [Dkt 2809].  I have personal knowledge of the facts contained herein, and, if called upon, could and would testify competently thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the September 7, 2018 Hearing before this Court.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the transcript of the September 21, 2018 Hearing before this Court.

5.      Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the transcript of the October 3, 2018 Hearing before this Court.

6.      Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the transcript of the October 5, 2018 Hearing before this Court.

7.      Attached hereto as **Exhibit E** are true and correct copies of excerpts from the transcripts of the Phase 2 Trial.

8.      Attached hereto as **Exhibit 244** is a true and correct copy of Trial Exhibit 244 from the Phase 2 Trial.

9.      Attached hereto as **Exhibit 7690-18A** is a true and correct copy of Trial Exhibit 7690-18A (redacted) from the Phase 2 Trial.

10.      Attached hereto as **Exhibit 31148** is a true and correct copy of Trial Exhibit 31148 from the Phase 2 Trial.

11.      Attached hereto as **Exhibit 31149** is a true and correct copy of Trial Exhibit 31149 from the Phase 2 Trial.

12.      Attached hereto as **Exhibit 31150** is a true and correct copy of Trial Exhibit 31150 from the Phase 2 Trial.

13.      Attached hereto as **Exhibit 31151** is a true and correct copy of Trial Exhibit 31151 from the Phase 2 Trial.

14.      Attached hereto as **Exhibit 31152** is a true and correct copy of Trial Exhibit 31152 from the Phase 2 Trial.

15.      Attached hereto as **Exhibit 31153** is a true and correct copy of Trial Exhibit 31153 from the Phase 2 Trial.

16.      Attached hereto as **Exhibit 31154** is a true and correct copy of Trial Exhibit 31154 from the Phase 2 Trial.

17.      Attached hereto as **Exhibit 31155** is a true and correct copy of Trial Exhibit 31155 from the Phase 2 Trial.

18.      Attached hereto as **Exhibit 31156** is a true and correct copy of Trial Exhibit 31156 from the Phase 2 Trial.

19.      Attached hereto as **Exhibit 31157** is a true and correct copy of Trial Exhibit 31157 from the Phase 2 Trial.

20.      Attached hereto as **Exhibit 31158** is a true and correct copy of Trial Exhibit 31158 from the Phase 2 Trial.

21.      Attached hereto as **Exhibit 31159** is a true and correct copy of Trial Exhibit 31159 from the Phase 2 Trial.

DECLARATION OF ELIZABETH J. SHER

22. Attached hereto as **Exhibit 31160** is a true and correct copy of Trial Exhibit 31160 from the Phase 2 Trial.

23. Attached hereto as **Exhibit 31293** is a true and correct copy of Trial Exhibit 31293 from the Phase 2 Trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on January 14, 2019.

/s/ Elizabeth J. Sher

Elizabeth J. Sher, Esq.

DECLARATION OF ELIZABETH J. SHER

# EXHIBIT A

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3             HONORABLE GEORGE WU

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6
United States of America, et al.,  )
7                    PLAINTIFF,     )
                                   )
8   VS.                            )   NO. CV 6-55 GW
                                   )
9   J-M Manufacturing Co., Inc.,    )
                     DEFENDANT,    )
10  _____)

11

12

13      REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15         FRIDAY, SEPTEMBER 7, 2018

16

17

18      _____

19          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
20          312 North Spring Street, #436
            Los Angeles, California 90012
21

22

23

24

25

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

```
 1        THE COURT:  Well, let me put it this way.  Let me

 2   stop you.  I understand what you are saying, but to my

 3   mind this is a factual dispute.

 4        MR. BERNICK:  Sure it is.

 5        THE COURT:  And so the evidence will come in on

 6   this.

 7        MR. BERNICK:  Yes.

 8        THE COURT:  So then what are we arguing about?

 9        MR. BERNICK:  Well, because the pipe failures that

10   they want to talk about have two problems.

11        One is that for the Calluegas pipe, as your

12   Honor asked the question, this actually was purchased and

13   installed prior to 1996.  So the misrepresentations that

14   were proven up in Phase I were for pipe from 1996 to

15   2006.  That does not include this pipe.

16        THE COURT:  The 1994 pipe.

17        MR. BERNICK:  1994 pipe.

18        THE COURT:  Yes.  I would agree.  Because that was

19   my question.  In other words, the problem supposedly

20   arose in 1996 and thereafter, and so if the pipe was not

21   only manufactured way before that but also installed in

22   '94, when the projects were by then completed, I don't

23   understand how they could be -- those failures, if any,

24   relate to anything because those were for all intents and

25   purposes compliant pipe.
```

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    report, and it is not in his testimony as far as we are

2    aware.

3             I am happy to have Mr. Bernick point it out if

4    he has a particular place in the report or deposition at

5    the appropriate time.

6         THE COURT:  Just finish what you want to say and

7    then I will allow him to respond.

8         MR. HAVIAN:  The issue with Calluegas, I also --

9    and we said this in our briefs as well -- there are other

10   issues with Calluegas besides just the fact that it

11   responds to the argument that your model predicts

12   failures and there haven't been any failures, which is

13   incredibly misleading if we are not allowed to put the

14   failures in.

15            The other things with Calluegas that are

16   important to understand is one of their arguments is you

17   guys are not going to replace pipes that not bad pipe.

18   Well, Calluegas after they had a handful of failures with

19   J-M pipe at their own $4 million expense replaced the

20   entire line, even the good parts of the line of J-M pipe.

21            And so that evidence directly rebuts one of

22   the central arguments they want to make, which is

23   plaintiffs are just going to pocket this money, and if

24   pipe hasn't failed they are not going to replace it.

25            Calluegas learned that they had multiple

1    failures of the J-M pipe and as a result it called into

2    question the quality of the remaining pipe that they

3    bought --

4         THE COURT: Let me stop you. If J-M makes the

5    contention that -- you know, any of the five plaintiffs

6    if they get money for these repairs aren't going to do

7    the repairs, then you can trot that out.

8         MR. BERNICK: We are now going off into another

9    rabbit hole. So if I could deal with the first rabbit

10   hole first. We will file briefs. Your Honor knows we

11   will file briefs, but this is -- this is a rabbit hole,

12   the pre-'96 rabbit hole. For him to say that we are now

13   going to allow --

14        THE COURT: I didn't say I was going to allow. I

15   said I just want to know for my own knowledge because it

16   may affect my rulings on other matters, but insofar as

17   this one is concerned -- this is the problem I still

18   have -- again, if the plaintiffs' experts are utilizing

19   in their formulation of their models the 26 projects on

20   the basis of events which occurred between '96 and 2006,

21   then to go all of a sudden to what transpires in 1994 I

22   think would change the model, in which case then I have a

23   problem with the model.

24        MR. HAVIAN: It doesn't change the model, your

25   Honor. What it does do is because the model was never

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

```
1   what he says in his deposition transcripts and things of

2   that sort, because I will allow them to make a motion to

3   strike it.

4           Unless he has an explanation for why it is all

5   of a sudden different, I will strike it from the jury.

6       MR. WATSON:  So, your Honor, first, I disagree

7   with counsel's characterization of our expert testimony.

8   But an important point, and Mr. Dillman alluded to this,

9   is I think your Honor is trying to cabin or require, for

10  example, Mr. Cathcart to present the full array of

11  evidence.

12      THE COURT:  No.  I am trying to -- we don't have

13  the train wreck that Phase I was.  That is precisely the

14  problem we have.

15      MR. WATSON:  We actually disagree with Phase I

16  being a train wreck, your Honor.

17      THE COURT:  I am not saying a train wreck as to

18  one side or the other.  I am just calling it a train

19  wreck because that is really what it was.

20      MR. WATSON:  Your Honor, we will leave that aside.

21      THE COURT:  Let's put it this way.  It wasn't so

22  much of a train wreck that I overturned the verdict.

23      MR. WATSON:  Correct, your Honor.  We expect to

24  present evidence from J-M's witnesses, from our

25  witnesses, percipient and expert taken together, then
```

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

# EXHIBIT B

1        UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3           HONORABLE GEORGE WU

4      UNITED STATES DISTRICT JUDGE PRESIDING

5                 - - -

6

United States of America, et al.,   )
7                     PLAINTIFF,     )
                                     )
8    VS.                             )   NO. CV 6-55 GW
                                     )
9    J-M Manufacturing Co., Inc.,    )
                      DEFENDANT,     )
10   _____)

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14             LOS ANGELES, CALIFORNIA

15           FRIDAY, SEPTEMBER 21, 2018

16

17

18   _____

19          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
20          312 North Spring Street, #436
            Los Angeles, California 90012
21

22

23

24

25

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

```
 1    then again you guys keep on arguing the Seventh Amendment

 2    problem.  Who knows what that will mean.

 3            All these things come up in that type of

 4    situation.  So my answer would be no.  I will agree with

 5    the defense that as long as they limit their arguments

 6    appropriately, they will not have opened the door to a

 7    1994, you know, problem with pipe that we do not know

 8    whether or not falls within the exact parameters of the

 9    1996 pipe, because again, it certainly was not litigated.

10        MR. HAVIAN:  Your Honor, okay, I accept that

11    ruling.  May I speak to South Tahoe, please?

12        THE COURT:  All right.

13        MR. HAVIAN:  South Tahoe was the spoliation issue.

14    That pipe is relevant.  There is no question it is

15    relevant.  It is in the 1996 to 2006 time period that

16    pipe was sold to South Tahoe.  It failed.  Again, another

17    failure they don't want the jury to hear about.  Now, the

18    Court only excluded it because of spoliation, because

19    they discarded the pieces of pipe.

20            However, after the Court made that ruling, we

21    did get the piece that was actually remaining of the

22    pipe.  And we offered to J-M.  And at that point -- and

23    this was years ago -- we told them we have now the

24    remaining piece of pipe.  If you want to test it, you are

25    welcome to test it.  And they never took us up on it.
```

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

# EXHIBIT C

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3            HONORABLE GEORGE WU

4       UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6
United States of America, et al.,   )
7                    PLAINTIFF,      )
                                     )
8     VS.                            )   NO. CV 6-55 GW
                                     )
9     J-M Manufacturing Co., Inc.,   )
                    DEFENDANT,       )
10    _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15          WEDNESDAY, OCTOBER 3, 2018

16

17

18     _____

19          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
20          312 North Spring Street, #436
            Los Angeles, California 90012
21

22

23

24

25

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1     THE COURT:  Let me ask you this, though.  If the

2  plaintiff intends to put on witnesses from the various

3  agencies to testify as to their damages, why can't the

4  defense use the deposition transcripts of the 30(b)(6)'s

5  to question that witness about that?

6     MS. SHER:  I am not saying they can't, your Honor.

7  I think maybe we are talking about past each other.

8     THE COURT:  All right.  Why don't I do this.  I

9  will say on that one I will at this point in time deny it

10 without prejudice because it really will depend upon what

11 happens at trial.  Whether I would preclude or not

12 depends upon the nature of the testimony that is

13 proffered.

14          Okay.

15          As to No. 5, to preclude expert testimony or

16 to permit admission of Calleguas and South Tahoe

17 failures.

18     MR. HAVIAN:  Your Honor, did you skip No. 4

19 intentionally?

20     THE COURT:  No.  I am only listing the ones that

21 I -- that were indicated that it was continued.  On the

22 other ones, I thought I had previously ruled.  So I am

23 only ruling on these that were noted to be continued.

24          So No. 5, I thought I had made a ruling on

25 this one.

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

 1         MR. HAVIAN:  You did.

 2         THE COURT:  Okay.

 3         MR. HAVIAN:  You made a door-opening kind of

 4    ruling that you would deny it unless J-M opened the door.

 5         THE COURT:  Yes.  Okay.  Then as to defendant's

 6    motions in limine, the hundred-year pipe one.  On that

 7    one --

 8         MR. HAVIAN:  Your Honor, before we go past No. 6,

 9    this is more of a logistical question I think than

10    anything.  We are not arguing the merits at this point.

11         On the agency witnesses, we have -- J-M has

12    designated some of these agency witnesses to testify.

13    And the Court sort of indicated it would depend on what

14    they were going to say.  And we would like to get a

15    proffer from J-M so we can deal with this before trial

16    instead of trying to see what they say when they show up.

17         We would like to just get a proffer from them

18    as to what these witnesses -- we have kind of gotten a

19    four-word proffer, but I think we would like a little

20    more.

21         THE COURT:  Let me just ask, when you are talking

22    about agency witness, you are talking about their being

23    called as adverse witnesses?

24         MR. HAVIAN:  Well, they are calling them.  I don't

25    know.  Standards bodies, I'm sorry.  I meant standards

# EXHIBIT D

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3             HONORABLE GEORGE WU

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                   - - -

6
United States of America, et      )
7    al.,                          )
                    PLAINTIFF,     )
8                                  )
VS.                                )   NO. CV 06-00055 GW
9                                  )
J-M Manufacturing Co., Inc.,       )
10                   DEFENDANT,    )
_____)

11

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15            LOS ANGELES, CALIFORNIA

16           FRIDAY, OCTOBER 5, 2018

17                 **MOTIONS**

18

19    _____

20          DEBORAH K. GACKLE, CSR 7106
          U.S. Official Court Reporter
21            350 W. First Street
          Los Angeles, California 90012
22             (213) 894-8913

23

24

25

```
 1  example, like the Roby situation, or the Compton situation, I

 2  could do that, and I could see that, you know, as a means --

 3  frankly, that was what I was considering in terms of when I

 4  ruled on the summary judgment motion.  One of the reasons why I

 5  did not grant summary judgment in the defendant's favor is

 6  because of that type of situation.

 7          So, again, I think that I understand the plaintiff's

 8  position, but, you know what can I say?

 9          MR. HAVIAN:  Your Honor, we would like --

10          MR. BERNICK:  Your Honor --

11          THE COURT:  Let him finish, Mr. Bernick.

12          MR. KELLY:  I understand the court's ruling.

13          And I -- just to get a clarification on the court's

14  last point, we are now -- we are no longer seeking replacement

15  costs or pipe that was just sitting there, we are only seeking

16  replacement cost for the pipe that is predicted to fail.  So in

17  terms of the danger, would the court kind it acceptable if we

18  show when the pipe fails, because we are only seeking the cost

19  to replace it if it fails.  If we can show that when it fails,

20  it does present those kinds of dangers, would the court

21  entertain that sort of evidence in the case?

22          MR. BERNICK:  Your Honor, he is now asking you to

23  unwind a ruling that Your Honor already has made because there

24  is no -- their expert -- their expert had no evidence was --

25  the expert was Mr. Cathcart -- had no -- didn't even address
```

# EXHIBIT E

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3              HONORABLE GEORGE WU

4       UNITED STATES DISTRICT JUDGE PRESIDING

5                   - - -

6
   United States of America, et al.,   )
7                        PLAINTIFF,     )
                                        )
8     VS.                               )   NO. CV 6-55 GW
                                        )
9     J-M Manufacturing Co., Inc.,      )
                         DEFENDANT,     )
10    _____  )

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              JURY TRIAL - DAY SIX

15               VOLUME II OF II

16            LOS ANGELES, CALIFORNIA

17          WEDNESDAY, OCTOBER 17, 2018

18

19

20        _____

21            KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
22           312 North Spring Street, #436
             Los Angeles, California 90012

23

24

25

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

```
 1   doing.  And then there were some that were -- one report

 2   was actually a continuation of another set of tests, so I

 3   combined those.  That type of thing.  So we ended up with

 4   44 rather than 50.

 5   Q    Okay.  And you said them, the data was unsuitable.

 6   Can you explain what you mean by that?

 7   A    Right.  In order to -- if you recall the chart we

 8   had up earlier, where we were drawing a straight line

 9   through all of the data, the data needs to sort of fall

10   along that line for you to draw a straight line.

11           And if you have very wide -- a lot of wide

12   variation in the data points, you can't draw that

13   straight line with any confidence.  The data is scattered

14   around too much to really even look like a line, and so

15   we didn't use that data.

16   Q    I will try to put the line back up for you so that

17   you can refer to that.

18           So this is the line you were referring to?

19   A    Right.

20   Q    So excluding that data that you said that was poor

21   data, what did that indicate, if anything, about the

22   quality of the pipe that was being tested in the data

23   sets that you threw out?

24   A    Well, in general it indicates it was also a

25   poor-quality pipe.  Most likely either insufficient
```

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1  fusion.  That is fusion of the PVC that we have talked

2  about already.  Or possible degradation during the

3  extrusion process, where they have actually degraded or

4  worsened the actual PVC molecules in the polymer during

5  that extrusion process.

6          So you end up getting to the point where it is

7  just not behaving like you would expect a normal good

8  rigid PVC pipe to behave.

9  Q    If you had used those test results, would it have

10  had the effect of projecting fewer failures or more

11  failures.  Do you know?

12  A    More failures.

13  Q    So the test, the abbreviated HDB tests that you

14  used, were those all either accelerated regression or E2

15  tests, rather?

16  A    They were -- although there were I believe a couple

17  of sets that went beyond 2000.  I think to 3 or 4000

18  hours.  But in that range.  Yes.

19  Q    And again, in this '96, 2006 timeframe, did you

20  have any E10 tests?

21  A    No.  There weren't any that did the full

22  10,000-hour test.

23  Q    Did you review J-M documents to figure out whether

24  the pipe that was being tested in these abbreviated HDB

25  tests was representative of J-M's regular production

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    pipe?

2    A      Yes.  To the extent that that information was

3    available, yes.

4    Q      And what conclusion did you come to?

5    A      That the data sets that I used certainly were.

6    They were production pipe, production material.  The PVC

7    compound that we are talking about here is referred to as

8    J-M 90.  And so that I used data from the J-M 90.  And

9    that compound in theory would keep that same

10   characteristic line throughout -- as long as they weren't

11   modifying it or processing it incorrectly, would keep

12   that same line and that same type of graph as we see here

13   throughout all of this production.

14   Q      And you said J-M 90.  What is J-M 90?

15   A      That is the name J-M uses for the PVC compound that

16   is used for making this pressure piping.

17   Q      So let's talk about -- let's talk about one source

18   of the test data that you have.  Are you familiar with

19   pipe that was referred to as A28 pipe?

20   A      Yes.

21   Q      And describe what you know about -- was that the

22   source of some of your test results that you used in your

23   analysis?

24   A      Yes, it was.

25   Q      Okay.  And describe what you know about A28 pipe.

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1  Q      So walk us through this chart and please explain to

2  us what it shows.

3  A      Actually, did you say, is this from my first

4  report?

5  Q      I'm sorry, this is from your rebuttal report.  It

6  says there right there on the top, so I misread that.  So

7  this is from the final report you submitted in this

8  matter; right?

9  A      Yes.

10  Q      So now please explain to us what the chart shows.

11  A      Okay.  So this is a summary of the 44 data sets

12  that I looked at, the data provided by J-M, and in each

13  case I was evaluating -- first of all, if I assumed that

14  the 3916, which is the LTHS of that combined three data

15  sets from back in 1987, that LTHS at that time was 3916

16  psi.

17          So if I looked at these 44 data sets and

18  compared the LTHS of each individual data set to the 3916

19  and calculated the lifetime based on a 100-year useful

20  life, in this first column, there were 20 data sets where

21  the useful life was less than a hundred years following

22  that calculation that I described earlier.  And then I

23  just converted it to a percentage of 44.5 percent.

24          In the middle column, I did the same thing,

25  but using the 3830 minimum.  So that is what I just

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    showed on the previous graph using the 3830 minimum and

2    then going back up to 3830 and determining what kind of

3    reduction in useful life or reduction in time there is by

4    doing that.

5            And in this case, if you used the lower 3830

6    minimum, you have 12 data sets where it was below the

7    100-year useful life.

8            And then in the third column, I was also asked

9    to do the same thing with -- using an upper confidence

10   limit.  So if you -- while the 3830 is a minimum, 4000 is

11   our target value.  We really want to use 4000.  That is

12   the HDB.  3830 is the minimum.  And you can think of the

13   upper confidence limit as a level above 4000.

14           So for each data set, you could calculate an

15   upper confidence element and say we will use that instead

16   of the long-term strength to give J-M a little bit more

17   of a benefit.  And in that scenario, then you only have

18   eight that are below the 100 years.  And again, converted

19   to percentage in the next row.

20   Q    Now, Mr.~Lehmann, who we will hear from later, who

21   did the insurance calculations and replacement cost

22   calculations, do you know which of those three he used?

23   A    I believe he used the middle one, the 3830 minimum.

24   Q    Okay.  Which one do you personally feel is the most

25   representative of what the pipe really is?  Or let me

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    strike that.

2              I will withdraw that question.

3              This one that shows an 18 percent failure

4    rate, why did you do that calculation?

5    A     I believe I was asked to by counsel.

6    Q     And did you -- in terms of your feeling about the

7    validity of that calculation, what is your reaction to

8    that?

9    A     I don't think it would be representative at all.

10   Q     Why not?

11   A     Because I think that is giving it an overly

12   generous -- because you are already dropping down to the

13   3830 minimum.  You are not using the 4000, which is the

14   true requirement in the standard.

15             You are dropping it to 3830.  And then by

16   using this upper confidence value, you are assuming

17   that -- you are being overly generous in terms of

18   assuming how the pipe is actually going to perform.

19             You are assuming that the best 1 percent

20   really represents all of the production.  And that is not

21   the case.

22   Q     Go back just for a moment to 9512, Luis, please.  I

23   don't think that is 9512.  There we go.

24             So here, if there were -- I can't really see

25   on this line, but if there were some dots up here above

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

```
 1          MR. BERNICK:  Excuse me.  Object to the form of
 2   the question.  The prefatory remark.
 3          THE COURT:  Rephrase the question.
 4          MR. HAVIAN:  Thank you, your Honor.  I will.
 5   Q    Did you do any calculation here pulling out some of
 6   the data that you were otherwise relying on to just sort
 7   of see where the percentage failure rate would end up?
 8   A    Yes.  It was my understanding that the J-M
 9   attorneys had specifically said that it was inappropriate
10   to be using some of the nonthickened section data, so I
11   removed that from the analysis.
12          There were also -- as I mentioned, this J-M 90
13   is the pressure pipe formulation.  They had done some
14   testing on a couple of other formulations which I
15   included for the sake of completeness.  So I removed
16   those as well.
17          When you do that analysis, take out the
18   nonthickened section and a couple of these that were not
19   J-M 90 materials, so they would never have been used in
20   this pipe, that little number right there goes from
21   27 percent to 39 percent.
22   Q    So actually the failure rate increases; is that
23   right?
24   A    The failure rate increases.
25   Q    Okay.  All right.  Now let's talk about some of the
```

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

```
 1    other tests that you testified you looked at.  Let's go

 2    to the LTS, longitudinal tensile strength testing.

 3                Can we bring up demonstrative Figure 2.

 4                Can you explain what this shows?

 5    A    Yes.  Can we erase that?

 6    Q    Yes.  Sorry.

 7    A    Yes.  So this is the -- again, the tensile strength

 8    test, so we are no longer talking about HDB data.  This

 9    is tensile strength.  And first you will notice a green

10    line.  And that green line is up there about 7800 psi.

11    That green line is actually the original -- that is the

12    level of tensile strength test that the pipe had when

13    they did the pipe testing, cutting the tensile bar out of

14    the pipe and doing the test for UL back in 1974, I

15    believe.  Whenever they got their first original

16    qualification, it was at 7800 or close to that.

17                Within this timeframe of this case, '96 to

18    2006, this is all of the tensile data that was provided.

19    You will see in in the upper left there are three data

20    sets or three values that I have circled in black.  Those

21    three values, the reason I circled them like that was to

22    show that even at this timeframe, right at the beginning

23    of this time frame, they still were meeting approximately

24    that 7800 psi tensile strength.

25                And then as you progress onward, you will see
```

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1    that they had very few that ever got up above 7800 again.

2    And 7000, if you recall, is the minimum in the standard.

3    And you will see that actually quite a few of these

4    didn't even meet the minimum in the standard.

5            And they certainly were well below the 7800

6    that they had been achieving previously.

7    Q     What does it say to you, if anything, that there

8    was that decline in the values that they were getting?

9    A      Well, I think, first of all, we need to remember

10   that this is a tensile strength test.  And HDB is loss a

11   long-term strength test.  They are part of what I

12   consider strength tests.  And I certainly believe they

13   can be related with a proper amount of correlation.  If

14   you do this tensile testing and other short-terms tests

15   on your pipe when you are first doing your HDB, then you

16   can use those tests.  You can continue to use those tests

17   as an indicator of what is happening with your HDB.

18           Now, this is my opinion.  This is also the

19   opinion of people within J-M and their QC and engineering

20   departments.  They have said the same thing.  This is

21   also -- it is not just me up here.  There is an

22   AWWA Research Foundation report that says the same thing.

23           Basically you see this kind of dropoff in

24   tensile strength, that should give you a lot of reason to

25   be concerned about your long-term strength of that pipe.

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1   Q    So that 72 percent, what does that mean in terms of

2   passing the test?

3   A    That means that over this 10-year period,

4   72 percent of the tests that were run, they failed.

5   Q    Failed?

6   A    Yes.

7   Q    In your career, can you recall seeing these kinds

8   of test results over that kind of period of time?

9   A    Well, I have had occasion to see significant

10  dropoffs in tensile strength, again referring back to

11  primarily my time at NSF.

12          We would -- typically any time we saw a low

13  tensile value, because we tested so many of these -- it

14  was such a routine thing to be doing that if we saw

15  anything out of the ordinary, the first thing I would do

16  is to go back and look at the historical data for that

17  company and for that material and then also look at the

18  historical data across the industry, depending on the

19  magnitude of the change.

20          So I have seen it.  I don't know that I would

21  have said over a 10-year period one way or the other, if

22  I could say that, but I have seen changes of this

23  magnitude when something has gone dramatically wrong with

24  the processing of the material.

25  Q    Let's go back to the previous graphic, please,

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1   Luis.

2          These blue dots here are all in between 7000

3   and 6000.  What is typical -- in the clients that you

4   deal with, what are the typical values that you see for

5   the LTS test?

6   A    I would say it is very common to see numbers

7   between, say, 7300 and 8000.

8   Q    You very often see numbers down below this --

9   between this level, below 7000, below 6800?

10  A    That would be much more consistent with a material

11  that is being used in a nonpressure, like a sewer type

12  application, something like that; the less critical, and

13  less material strength required application.

14  Q    Now, J-M -- at the time that J-M was doing these

15  tests, did the UL standard -- I think we have

16  discussed -- you described machining from the pipe.  You

17  took the coupon out of the finished piece of pipe; is

18  that right?

19  A    Yes.

20  Q    And are you aware that UL now permits people to do

21  this test, instead of using it with pieces cut out of the

22  pipe, with material that can be compression molded?

23  A    Yes.  They did make that change.  I believe it was

24  after this time period, but yes, that change has now been

25  made.

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    Q     Okay.  And can you describe that change and what

2    the significance of that is?

3    A     Well, what they are allowing now, and as I

4    mentioned earlier, if you recall one of the first things

5    you do when testing a PVC material is testing the

6    material itself, you do tensile strength testing.

7          And I mentioned that then in this case for the

8    UL standard you go back and you actually take the sample

9    from pipe.  But when you are testing the compound, you

10   can actually mold it into a flat piece of material and

11   cut that dog bone out of that flat piece of material so

12   it is never made into a piece of pipe to begin with.

13         That is done on the compounds all the time.

14   That is a routine test.

15         The UL standard has always required you to cut

16   the dog bone specimen out of the pipe so that gives you

17   an indication that the material has not lost any of that

18   strength in the processing of the pipe.  Now they have

19   made a change to where they allow the compound to be

20   tested or the sample to be molded rather than cut from

21   the pipe.

22   Q     What, if anything, does it tell you -- strike that.

23   Is there what is known as a refereed method?

24   A     There are refereed methods.

25   Q     In the context of this test, is there a referee

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1  method, do you know?

2  A      Well, in terms of the UL standard, they

3  specifically just refer to the method.  They don't refer

4  to a referee, and then what we refer to as normally a QC.

5            Some methods will allow you to use two

6  different methods to run a test and they will say if you

7  are qualifying this is the referee method.

8  Q      Okay.  And what is it -- I mean, hypothetically, if

9  a manufacturer consistently gets significantly higher

10  results using a molded sample compared to using a sample

11  that is removed from the pipe itself, does that tell you

12  anything about the manufacturer's -- the strength of the

13  manufacturer's pipe?

14  A      Oh, absolutely.  Because typically, if you are

15  properly extruding the pipe, if you can think of these

16  long polymer chains as they are being forced through this

17  extrusion dye process -- extruding it is stretching it

18  out and making it into this long pipe -- you will

19  actually get a little bit of orientation of those

20  molecules.  They aren't just going in every random order.

21  They will get kind of aligned with the direction of the

22  pipe.

23            That actually makes it stronger in that

24  direction.  So if you cut a specimen from the wall of

25  that pipe, you would expect it to be -- and we have done

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    studies to verify this -- that in fact you will get a

2    slightly higher tensile strength cutting it from the wall

3    of the pipe.

4          So if you are using a compound or if you are

5    just using a molded plaque and cutting the bar out of

6    that and you are getting better results than you got from

7    the pipe, then you are definitely damaging the polymer in

8    that processing of the pipe.

9    Q   So if J-M, for instance, hypothetically, did better

10   with compression molded samples than they did with pieces

11   cut out of the pipe, what would that mean?

12   A   That would mean the processing is actually damaging

13   the material, making it less strong in the process of

14   turning that material into pipe.

15   Q   Does that tell you anything about the long-term

16   strength of the pipe when you see that?

17   A   Yes.  It would have a similar negative effect on

18   the long-term strength as well.

19   Q   Let's talk about the Quick Burst test now,

20   Mr. Paschal.  Did you note any trends in your view of the

21   Quick Burst data that Mr. Edwards will talk about later?

22   A   Yes.  They seemed to actually follow -- it was

23   fairly consistent with what we have seen in the HDB and

24   tensile testing as well, that during this time period

25   there were difficult problems with achieving Quick Burst,

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1    and certainly with achieving the internal standard that

2    J-M had set of 7200 psi.

3    Q     Do you recall ever seeing an e-mail that discussed

4    how much J-M's HDB failure rate had declined?

5    A     That the failure rate had declined?

6    Q     For HDB testing, yes.  I'm sorry, the success rate

7    had declined.

8    A     Yes.  I have seen e-mail to that effect.

9    Q     And was there an e-mail that actually referenced

10   the fact -- do you recall an e-mail that referenced the

11   fact that the failure rate was 50 percent?

12   A     Yes.  I believe that is the number.

13   Q     Is that significant for purposes of your analysis,

14   the 50 percent HDB failure rate?

15   A     Yes.  It is very significant because here, again,

16   you are looking at a J-M 90 compound that hasn't changed

17   other than making some modification to suppliers of

18   ingredients, that type of thing.  So to see that kind of

19   a failure rate would be a -- should be a huge red flag to

20   the manufacturer that there is something going on.

21   Q     Oh, by the way, I forgot to ask you --

22         MR. BERNICK:  I'm sorry, your Honor.  Move to

23   strike the comment about huge red flag.  It is not

24   relevant to this part of the case.

25         THE COURT:  Sustain the objection.  I will strike

1   is all.

2   Q    BY MR. HAVIAN:  And 31155.  I don't care about the

3   110 years.  That is fine.

4            Second page, please.  I'm sorry, it is not the

5   second page.  It is the third page of the PVC Pipe

6   Longevity Report from Utah State University.  Here in

7   excess of a hundred years.

8            And finally, 31159.  This is an article from a

9   couple of authors.  And on the first page.  Can we have

10  that one, Luis, and one further down.  There, please.

11           "The plastics industry is relatively young.

12  Production of industrial volumes of PVC polymers and PVC

13  pipe is now about 70 years old, which is close to the

14  predicted service lifetime of 100 years for PVC pipe

15  applications."

16           Mr. Paschal, do these articles and others I

17  haven't shown you that are this binder, do they have any

18  impact on your use -- your decision to use 100 years as

19  your benchmark for well-made pipe?

20  A    Well, yes.  They supported the use of a hundred

21  years.

22  Q    And have you ever heard of any other figure besides

23  a hundred years that has greater support in the

24  literature for the lifetime -- expected lifetime of PVC

25  pipe?

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

```
 1          MR. BERNICK:  Objection.  Lack of expert

 2   foundation.  All we have had is a review of articles.  I

 3   don't believe that satisfies 702.

 4          THE COURT:  I will allow him to answer that

 5   question.

 6   Q     BY MR. HAVIAN:  Do you need it read back,

 7   Mr. Paschal?

 8   A     Yes, please.

 9             (Record read.)

10          THE WITNESS:  No.  The hundred years, actually, it

11   originated with other materials before PVC and

12   polyethylene started becoming widely used in the water

13   distribution industry.

14             As I mentioned earlier, it has gained a lot of

15   acceptance.  It has been a very well-performing product

16   in this industry.  But the hundred-year claim has been

17   made by alternative materials for many years prior to

18   this, so PVC really didn't have any choice but to also

19   adopt that same hundred year and provide the research to

20   support it.

21   Q     BY MR. HAVIAN:  From what you have reviewed, has

22   that research now been provided, the research to support

23   it?

24   A     Yes.

25   Q     Now I am going to change gears.  And the last of my
```

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3              HONORABLE GEORGE WU

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                   - - -

6
United States of America, et        )
7    al.,                            )
                    PLAINTIFFS,      )
8                                    )
VS.                                  )   NO. CV 06-00055 GW
9                                    )
J-M Manufacturing Co., Inc.,         )
10                   DEFENDANT,      )
_____)
11

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15           LOS ANGELES, CALIFORNIA

16          FRIDAY, OCTOBER 19, 2018

17          **PAGES 2801 - 3000**

18             **VOLUME I OF II**

19    _____

20          DEBORAH K. GACKLE, CSR 7106
          U.S. Official Court Reporter
21            350 W. First Street
          Los Angeles, California 90012
22             (213) 894-8913

23

24

25

1   A.   For HDB.

2   Q.   Okay.

3   A.   Looking at that and looking at what do our quick-burst

4   values, what estimate do we get of the LTHS, we see that

5   overall, the percent below 3916 which would be below what they

6   submitted for qualification, really is -- approaches 50

7   percent, 49.87 percent of the quick-burst values would indicate

8   that the LTHS is actually below 3916.

9   Q.   So that percentage, that would be the percentage of pipe

10  that is just less strong than what was qualified?

11  A.   Yes.

12  Q.   Okay.

13          Continue.

14  A.   We also ran this based on the minimum allowable LTHS of

15  3830 that would still give you a 4,000 psi HDB.  If we look at

16  that and we find that 43.87, almost 44 percent, of the pipes

17  based on this analysis of quick burst really fall below, would

18  be noncompliant pipe because they would not have the HDB,

19  minimum HDB that they should have.

20  Q.   Those would be not only lower but actually below the

21  minimum?

22  A.   Yes.

23  Q.   Okay.

24          Continue.

25  A.   Well, there's some other -- I mean, just in general, it's

1    A.    Yes.

2    Q.    What about declines in the accelerated regression and E-2

3    tests, the shortened HDB?

4    A.    Declines in the accelerated regression test, declines in

5    the calculated HDB or LTHS very directly speak to long-term

6    strength and durability reductions.

7    Q.    By the way, the E-2 test -- we've talked about it today --

8    do you have it in mind?

9    A.    Yes.

10   Q.    Is that something that a manufacturer has to do in order

11   to complete a full E-10, HDB test?

12   A.    Yes, at some point they're doing have that amount of data,

13   ten points, through 2,000 hours because that's part of

14   developing the full data set.

15   Q.    So let's put these together:  If you -- if all three -- if

16   LTS, longitudinal tensile strength, has declined from 7800 to

17   under 7,000 and quick burst has declined from 7800 to under

18   7,000 and the AR and E-2 tests are failing half the time, what,

19   if anything, does that tell you about the pipe's long-term

20   strength and durability?

21   A.    I think it's a very strong indication that the long-term

22   strength and durability is decreased.  You have three different

23   test methods that are showing the same decrease.

24   Q.    Do you see any other hypothesis that you would credit?

25   A.    No.

1   Q.   So what is your -- our ultimate conclusion about what the

2   quick-burst test and the other things you analyzed show about

3   J-M pipe during 1996 to 2006?

4   A.   What all of this data shows to me is that at least from

5   the quick-burst standpoint, the prediction is that almost 44

6   percent of the pipe produced from 1996 to 2006 is noncompliant,

7   meaning the LTHS value is below 3830 by our estimation.

8   Q.   Does that mean it will fail sooner than it otherwise would

9   have were it compliant?

10  A.   Yes, definitely fail sooner than a compliant pipe would.

11  Q.   Would that analysis apply to the pipe, the J-M pipe that

12  plaintiffs in particular bought?

13  A.   Yes.

14  Q.   Just one more short topic, Mr. Edwards.

15       I want to ask you about how you would gauge the

16  degree of noncompliance and its relationship to lifespan.

17       What would you need -- you have these de client quick

18  bursts and LTHS and AR, would that permit you to generate

19  predictions as to when exactly the pipe will fail?

20  A.   It wouldn't tell me exactly when a particular pipe would

21  fail, but it certainly very clearly gives you a ratio of

22  long-term strength of these values that are derived from the

23  quick burst and other tests, but in my case the quick burst

24  test.  It would tell you a percentage of life compared to pipe

25  that was compliant or met the HDB that was expected.

1    Q.   What would you -- so by relative, what do you mean by

2    relative ratio?

3    A.   What I mean by relative is two pipes, one compliant pipe

4    versus one that by the quick-burst test shows a noncompliant or

5    lower LTHS, expose both of those pipes to the same stress you

6    get a very different calculation of lifetime to failure

7    depending on the stress.  So for equivalent stresses, the

8    noncompliant pipe is going to fail much earlier.

9    Q.   Can you actually specify -- it sounds like you can't say

10   the date of failure.  Can you specify as a percentage how much

11   sooner the pipe will fail?

12   A.   Yes.

13   Q.   Can you give us an example.

14   A.   Well, an example would be if you have a compliant pipe

15   that's, say, at a very low stress value of 1600 psi, you would

16   get basically 100 percent of the life that you would expect

17   from that HDB or that LTHS value.  If you have one that's, say,

18   100 psi below that requirement in terms of LTHS, it may be

19   approximately 45 percent of the life of the compliant pipe..

20        MR. LITMAN:  Could you please put up slide 31.

21   Q.   Do you recognize that slide?

22   A.   Yes, I've seen that slide before.

23   Q.   And is it -- is it -- how are those numbers generated?

24   A.   Well, those numbers are generated by, number one, for the,

25   like the 4,000 HDB you have a line associated with that.  And

1    then all the other 3900, 3800, down to 3500 psi, there are

2    regression lanes associated with those saying that that is the

3    LTHS -- the column says HDB, but it's really referring to LTHS.

4    Associated with them, you put -- in this case, they put 1600

5    psi hoop stress into the regression equation and calculate a

6    lifetime with the 4,000 being 100 percent.  You calculate the

7    lifetime for the equation for the 3900.  In this case they're

8    showing 60 percent down to 6.78 percent for 3500.

9    Q.   All right.  For example, all things being equal, your HDB

10   was 4,000, and now it's 300 psi less.  What percentage of

11   lifetime will this pipe with an LTHS of 3700 have relative to

12   the pipe that has a 4,000 LTHS?

13   A.   Well, this slide is showing almost 21 percent, 20.79

14   percent.

15   Q.   All right.  So let's assume -- now, do you know exactly

16   how long, without any more information, this pipe will last?

17   A.   No, you would need to know the stresses that it's under

18   during its time in service.

19   Q.   For ease of computation let's call that 100 years.  How

20   long will the 3700 pipe last before failure?

21   A.   Assuming that 100 percent is 100 years, it would be 20.79

22   years.

23   Q.   Eighty years earlier?

24   A.   Yes.

25   Q.   Why is it that what seems like fairly small differences in

1
                    UNITED STATES DISTRICT COURT

2
        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3
          HONORABLE GEORGE WU, U.S. DISTRICT JUDGE

4

5

6
UNITED STATES OF AMERICA, et al.,)
                          )

7
           Plaintiffs,      )
                          )

8
             vs.         )
                          )  NO. CV 6-55-GW

9
J-M MANUFACTURING CO., INC.,   )
                          )

10
           Defendant.      )
_____)

11

12

13
          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14
             Los Angeles, California

15
                 PM Session

16
           Friday, October 19, 2018

17

18

19
        _____

20

21

22

23
             AMY DIAZ, RPR, CRR, FCRR
             Federal Official Reporter

24
           350 West 1st Street, #4455
            Los Angeles, CA 90012

25
  *Please order court transcripts here:  www.amydiazfedreporter.com*

           AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

3008
EDWARDS - DIRECT

1        A. The 7068 Quick Burst value equates to an HDB of 3830 PSI,

2    which is the minimum-allowed HDB -- LTHS value to achieve an

3    HDB of 4,000 PSI.

4        Q. And if it's under that?

5        A. If it's under that, then it -- the pipe -- the pipe, as

6    extruded, can't have the 4,000 HDB.  So it can't be sold as

7    pressure pipe.

8        Q. All right.  But you want to figure out -- if you wanted

9    to make some kind of concrete recommendation about not

10   relative change in the life span, but actual failure date,

11   what other data would you need?

12       A. The other data that you would need would be the

13   in-service stresses that the pipe would be subjected to for a

14   particular pipe.  To say it will fail in a certain time, you

15   need to know the total stress that that pipe is under.

16       Q. Do you also need to assume, or did you in this case

17   assume a benchmark level of how long compliant pipe would

18   last?

19       A. Yes.

20       Q. What was that?

21       A. 100 years.

22       Q. Why did you choose that number?

23       A. The industry, including J-M, claims a hundred years life

24   for their pipe, at a minimum.  The Uni-Bell PVC Pipe

25   Association very clearly claims 100 years.  It's pretty

EDWARDS - DIRECT

1    widespread in Europe, as well, a claim of at least a hundred

2    years lifetime for PVC pipe that is compliant.  And our

3    analysis and my analysis of the Quick Burst data and all of

4    the information that we have here, if we look at the HDB data

5    sets for either the qualification data sets or even, at the

6    minimum, 3,830 HDB data set, it's consistent with that as

7    well, medium- to medium-high level stresses which are

8    possible in the field.  You can get a hundred years for that

9    calculation.

10   Q. Now, are you asserting that it will be a hundred years on

11   the money?

12   A. No.

13   Q. You mentioned in-service stresses.  Just can you explain

14   a little bit more how the in-service stresses that you talked

15   about before relate to the hundred-year benchmark that you

16   selected.

17   A. Well, the range of stresses that I have in my report, the

18   middle range is like 3,420 PSI.  Actually, if you look at --

19             MR. BERNICK:  Objection.  This is the issue,

20   Your Honor.  It's a hundred years, but now we are getting

21   numbers assigned -- we are building up to a percentage that

22   is represented by those stresses.

23             THE COURT:  I'll sustain the objection.

24   BY MR. LITMAN:

25   Q. Why did you choose 100 years?

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3              HONORABLE GEORGE WU

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                    - - -

6
United States of America, et al.,  )
7                    PLAINTIFF,     )
                                    )
8     VS.                           )  NO. CV 6-55 GW
                                    )
9     J-M Manufacturing Co., Inc.,  )
                     DEFENDANT,     )
10    _____)

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14             JURY TRIAL - DAY NINE

15               VOLUME I OF II

16             LOS ANGELES, CALIFORNIA

17           MONDAY, OCTOBER 22, 2018

18

19

20    _____

21          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
22          312 North Spring Street, #436
            Los Angeles, California 90012
23

24

25

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1    $2.1 million number to $3.1 million.  The rest of the

2    numbers, as we have talked about, ultimately both in

3    Arcadis' case and also in Mr.~Lehmann's case, who uses

4    them, have gone down significantly, and there is no real

5    prejudice from it.

6         THE COURT:  Well, there is prejudice in the sense

7    that, again, when you litigate the case -- because it is

8    not just that number.  If it was just that number, yes, I

9    agree.  I don't see how the defendants could complain if

10   it was just that number because the number does go down.

11        The problem is that proportionally and also

12   the other factors and also the reasoning, et cetera, et

13   cetera, et cetera, it does affect their case.  And so it

14   is not like the plaintiffs are giving the defendants a

15   great big gift, because it is not.  It is kind of like a

16   Trojan horse.

17        So they are getting something, but they may

18   lose much more than they are getting.  So they don't want

19   to have that situation where they have to be in that

20   scenario.  So they have made the objection.  I understand

21   the objection.  I think the case law supports their

22   objection, so I will grant their ruling.

23        MS. JANGHORBANI:  Thank you, your Honor.  Now,

24   just as a practical matter there are two things that I

25   would prefer to sort out ahead of time.  One is their

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1        UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3            HONORABLE GEORGE WU

4    UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6

United States of America, et al.,  )
7                      PLAINTIFF,   )
                                    )
8    VS.                            )   NO. CV 6-55 GW
                                    )
9    J-M Manufacturing Co., Inc.,   )
                      DEFENDANT,    )
10   _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14           JURY TRIAL - DAY TEN

15             VOLUME II OF II

16          LOS ANGELES, CALIFORNIA

17        TUESDAY, OCTOBER 23, 2018

18

19

20   _____

21        KATIE E. THIBODEAUX, CSR 9858
          U.S. Official Court Reporter
22        312 North Spring Street, #436
          Los Angeles, California 90012
23

24

25

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

```
 1  familiarize yourself with J-M's position on the lifespan

 2  of its pipe; correct?

 3  A    Yes.

 4  Q    And as part of that, did you review J-M's response

 5  to interrogatories?

 6  A    Yes.

 7  Q    Specifically, interrogatory having to do with the

 8  lifespan of pipe according to J-M; correct?

 9  A    I don't recall it like that.

10  Q    Well, let me turn your attention to Exhibit 20135.

11          Again, I don't think we need to either display

12  or get this into evidence, but we need to get the

13  specific response into evidence.

14          You understand, sir, that this was --

15      MR. CHAN:  What exhibit number?

16      MR. DILLMAN:  31123.

17  Q    BY MR. DILLMAN:  I apologize, sir.  There we go.

18          These are J-M's responses to interrogatories

19  sent out by the plaintiffs; right?

20  A    Yes.

21  Q    You understand that an interrogatory is a question

22  by one side to the other that has to be responded to

23  under penalty of perjury?

24  A    I understand.

25  Q    And with respect to interrogatory No. 72, would you
```

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    just read the interrogatory into the record?

2    A      Read No. 72?

3    Q      Yes, sir.  Just the question there.

4    A      "At the time you sold J-M PVC pipe installed in the

5    projects, did you have any expectations as to how long

6    that PVC pipe would last?"

7    Q      And then the response follows it.  There were a

8    number of objections.  So I want to skip over those and

9    ask you to read from, however, comma, assuming?

10          THE COURT:  Again, counsel, page 53, line 11?

11          MR. DILLMAN:  Correct, your Honor.

12          THE COURT:  All right.

13          THE WITNESS:  "However, assuming that the pipe in

14   question was properly handled, installed and maintained,

15   and that the relevant systems are properly operated, J-M

16   states that its PVC pipe should last for a hundred years

17   or more consistent with numerous published studies

18   finding that PVC pipe has a proven durability in excess

19   of a hundred years."

20   Q      BY MR. DILLMAN:  Thank you, sir.  Would you also

21   turn to Exhibit 31149.

22          Do you recognize 31149?

23   A      Yes, I do.

24   Q      It is a J-M Eagle publication or brochure?

25   A      Yes.

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

1          MR. DILLMAN:  Move to admit, your Honor.

2          THE COURT:  Any objection?

3          MR. CHAN:  No objection.

4          THE COURT:  All right.

5          (Exhibit 31149 received in evidence.)

6   Q    BY MR. DILLMAN:  Now, this is a fold-out so we are

7   seeing half of it.  And up at the top I have highlighted

8   J-M Eagle.  The long -- and the other side is going to

9   say the longest lasting.  Up top here, it says, "100 plus

10  year lifespan of J-M Eagle plastic pipe means less

11  breakage and fewer replacements."

12          Do you see that?

13  A    Yes.

14  Q    And that is J-M's position; correct?

15  A    Yeah, absolutely.  Getting back to the, you know,

16  properly installed, properly this, properly that.

17  Q    Sure.  Talking about your pipe, it is a hundred

18  years?

19  A    Yes.  Yes.

20  Q    And then if you would turn to the next page.  "PVC

21  pipe offers a minimum service life of a hundred years for

22  water utilities."

23          That is J-M's position.  A minimum of 100

24  years; right?

25  A    If installed and operated properly, studies show

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    that it will last.

2    Q    Understood.  Understood.  I wasn't meaning to take

3    away your caveats of installation.

4    A    Okay.

5    Q    Do you recall that you were also designated by J—M

6    as the witness to testify on pricing of J—M's pipe?

7    A    Yes.

8    Q    You attempted to determine the price of the

9    plaintiffs' pipe; right?

10   A    Yes.

11   Q    And you attempted to determine the price of the

12   plaintiffs' pipe, didn't you, what they paid?

13   A    We made an attempt.

14   Q    You were not successful, were you?

15   A    I don't think it is possible to be successful.

16   Q    Because there is no way to tie J—M's pipe from any

17   particular manufacturer or factory to a job site;

18   correct?

19   A    That is true.  I mean, it could even be someone

20   else's pipe.  I have seen that before.

21   Q    Well, assuming that when the inspectors checked all

22   the pipe as it went by and checked the stamps and so on

23   that they didn't let slip in some competitor's pipe?

24   A    Happens all the time.

25   Q    One of the hazards of the trade; right?  You would

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

 1        MR. WATSON:  I think this is precisely how it

 2   interrelates.  Every pipeline either has or doesn't have

 3   these factors that are part of what the pipeline serves,

 4   how it works in the community, works with the

 5   environment.  Those are important features.

 6        THE COURT:  Is he going to say the costs are

 7   different depending upon certain things?

 8        MR. WATSON:  I think, your Honor, this goes to --

 9        THE COURT:  If he does, he can talk about it

10   directly.  You don't need this chart to get into that.

11   Again, he can talk about the cost of replacement, to the

12   extent that he can, and the cost of the pipe.

13        MR. LITMAN:  This is Harry Litman, your Honor.  If

14   your Honor's tentative remains, we are going to need to

15   show the jury that the replacement is a matter of the

16   sort of structural integrity of the pipe.  And I believe

17   that Mr. Watson is explaining how Mr. Cathcart is going

18   to speak to that.

19        MS. JANGHORBANI:  Your Honor, you already ruled

20   that the structural integrity of the pipe is not covered

21   by Mr. Cathcart's report and that that couldn't come in

22   through him.  I can pull your ruling at the beginning of

23   this case.

24        MR. WATSON:  That has never happened.

25        MS. JANGHORBANI:  It has.  So this is the thing,

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1    your Honor.  This is what we argued about at length in

2    connection with the motion in limine.  We talked about

3    how this threat of imminent, you know, failure and

4    catastrophic structural, blah, blah, blah.  He has done

5    nothing to assess the likelihood of failure of any of the

6    pipe.

7            He is expressing, and they said it in

8    writing -- he is expressing no views as to the strength

9    and durability of the pipe.  So now what they are going

10   to try to do is back door in through him, through these

11   factors the fact that if this pipe fails it is going to

12   be really, really bad.  That is not their theory anymore.

13   Their theory is now that they replace it when it fails.

14        THE COURT:  He also doesn't go there.

15        MR. WATSON:  Your Honor, if I may.  The theory of

16   the case, and it has already been presented to the jury,

17   that we believe a certain percentage of pipe will fail

18   early.

19        THE COURT:  That is fine.

20        MR. WATSON:  And this simply talks about how does

21   that pipe that is the 26 projects interrelate with the

22   systems we are in and the neighborhoods they are in.  And

23   that is important testimony for your Honor --

24        THE COURT:  You mean that some people are going to

25   assume that there is some pipe that is not connected to

1    the system?  I don't understand.  Is this water pipe

2    throughout these various areas?

3           MR. WATSON:  Some is more important, and some is

4    less important.  Some is in front of fire houses.

5           THE COURT:  That was specifically what I excluded.

6    She is right on that.  I remember that specifically.  So,

7    no, he doesn't go in there.

8           MS. JANGHORBANI:  Thank you, your Honor.

9           (The following proceedings were held in the

10          presence of the jury:)

11   Q    BY MR. WATSON:  Mr. Cathcart, let's change subjects

12   a bit.  Did you form an opinion on the cost of

13   replacement of the J-M pipe in the 26 projects?

14   A    Yes.

15   Q    How did you go about determining the cost of

16   replacement?

17   A    We did a detailed review of all of the engineering

18   drawings and specifications, the record drawings.

19   Q    Is that a process that you have done in the past?

20   A    Yes.

21   Q    Tell us about whether it is something you have done

22   often in the past or not often.

23   A    Whenever we are doing a cost estimate, we always

24   look at the engineering drawings and the specifications

25   to get all of the details that went into the project to

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1   make sure that we get accurate quantities and all of the

2   pieces of a project properly costed.

3   Q     And when you were looking at forming your opinion

4   as to the cost of replacement, what were you looking at

5   replacing?

6   A     Well, we were looking at replacing the pipe itself,

7   and then any other thing associated with the pipe that

8   would have to be removed and replaced.

9   Q     If we could pull up demonstrative 12, please.

10          Mr. Cathcart, what does this demonstrative

11  show?

12  A     This is a graphic showing what is really underneath

13  city streets, a lot of infrastructure that nobody ever

14  sees.  The blue pipe there would represent J-M pipe,

15  water pipe.  You have the big kind of whitish-gray

16  facilities that represent sewer system, manholes, and

17  storm drain manholes.  And then there is associated pipes

18  coming and going from all of those manholes.

19          The small blue line going from the blue

20  pipeline to the right goes to a fire hydrant, so that

21  supplies the fire hydrant with water in case of a fire.

22          The yellow line going to the left would

23  represent a small line that goes to an individual

24  service, so like your house or some commercial

25  establishment or business.

**UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA**

1    Q     BY MR. WATSON:  Let's look at slide 33, please.

2              Tell us what this is.

3    A     This is the one project for Calleguas Municipal

4    Water District, the Lake Bard project.  And the total

5    cost on that is $691,292.

6    Q     And slide 34, please.

7    A     And this is the same breakdown for Palmdale Water

8    District for the different projects.  And that total

9    amounts to $24,902,009.

10   Q     Let's look at slide 36.

11   A     And this is the City of Reno recycled water system,

12   two projects totaling 9,958,564.

13   Q     And then Norfolk, which is 37?

14   A     And Norfolk, the two composite projects total

15   $1,265,203.

16   Q     And then we have a summary slide, 38.

17             What does this show, Mr. Cathcart?

18   A     This just adds up all of those components that we

19   just talked about.  So the total replacement for all of

20   these entities would be $47,027,203.

21   Q     Is this the result of the multi -- hundred-page

22   spreadsheet that we looked at just a few pages of a

23   couple of minutes ago?

24   A     Yes.

25             MR. WATSON:  I would like to ask that 33 through

**UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA**

1            UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3              HONORABLE GEORGE WU

4          UNITED STATES DISTRICT JUDGE PRESIDING

5                    - - -

6
United States of America, et        )
7   al.,                            )
                    PLAINTIFFS,     )
8                                   )
VS.                                 )   NO. CV 06-00055 GW
9                                   )
J-M Manufacturing Co., Inc.,        )
10                  DEFENDANT,      )
   _____)
11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14             LOS ANGELES, CALIFORNIA

15           THURSDAY, OCTOBER 25, 2018

16      **PAGES 4601 - 4800/P.M. SESSION**

17             **VOLUME II OF II**

18      _____

19          DEBORAH K. GACKLE, CSR 7106
            U.S. Official Court Reporter
20             350 W. First Street
            Los Angeles, California 90012
21             (213) 894-8913

22

23

24

25

1          MR. HAVIAN:  I'm happy to let him review it, Your

2     Honor.

3          THE COURT:  All right.

BY MR. HAVIAN:

5     Q.   Dr. Folkman, I think in our binder there's a tab that has

6     your deposition in it.  So I think it may be at the back.

7     A.   I'm sorry.  This binder?

8     Q.   That's the binder, the good binder.  I think it's at the

9     back, maybe the last tab?

10    A.   I'm with you now.  Okay.

11    Q.   All right.  If you can go to page 79, I apologize for the

12    condensed transcript, I always hate these things myself.  The

13    print is small, but ...

14    A.   That's 78 through 81, is that what I'm reading, right?

15    Q.   That's correct.  Page 79 is in the lower left-hand corner.

16    A.   Okay.

17    Q.   I want you to just read from line nine to line 17.

18    A.   Okay.

19    Q.   Does that refresh your recollection that you became aware

20    in conferences that the consensus opinion in the PVC industry

21    was for an expected life of PVC of 100 years?

22    A.   Well, wording here is very important, and maybe I didn't

23    do so well in that deposition, but what I was referring to is

24    minimum life.

25    Q.   Okay.

1           Fair enough.

2           At least there's a consensus opinion about a minimum

3   life of 100 years?

4   A.   That is true.  Don't ask the ductal iron people.

5   Q.   I still stay away from them like the plague.

6           You were asked a question about design life, remember

7   you -- your counsel put up something from the AWWA publication

8   about design life and it said you shouldn't use short-term

9   tests when you're doing a design life, do you recall that?

10  A.   That was today?

11  Q.   That was today, yes.  I know it's --

12  A.   Well, I'm not exactly sure what you're referring to, but

13  maybe if you continue a little along maybe I can see where

14  you're going with this.

15  Q.   I don't have it handy.  I'll see if I can get it quickly

16  in a moment, but let me see if I can ask the question without

17  referring to it.

18  A.   Yeah.

19  Q.   When you're doing a design calculation and you're

20  designing a pipeline, you want to have the best information

21  possible, right?

22  A.   That's correct.

23  Q.   And so if you're doing design and you have long-term data

24  available to you, you want to use the long-term data, right?

25  A.   It's very difficult to estimate the life of a pipe, but to

                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA

1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3              HONORABLE GEORGE WU

4          UNITED STATES DISTRICT JUDGE PRESIDING

5                   - - -

6

United States of America, et      )
7  al.,                           )
                   PLAINTIFFS,    )
8                                  )
VS.                               )  NO. CV 06-00055 GW
9                                  )
J-M Manufacturing Co., Inc.,      )
10                  DEFENDANT,    )
   _____)

11

12

13     REPORTER'S TRANSCRIPT OF DAILY TRIAL PROCEEDINGS

14              LOS ANGELES, CALIFORNIA

15           TUESDAY, NOVEMBER 6, 2018

16        **PAGES 6,601 - 6,800/P.M. SESSION**

17

18              **VOLUME II OF II**

19     _____

20           DEBORAH K. GACKLE, CSR 7106
            U.S. Official Court Reporter
21             350 W. First Street
            Los Angeles, California 90012
22              (213) 894-8913

23

24

25

1   That's not the question before you.  We're only asking for what

2   is the value of the pipe that we got.  What is the value of the

3   pipe that we got.

4          I'll try to stay over this direction, Deborah.

5          Our answer to that question is the value we got was

6   zero.  Actually, the real answer is it's a negative value and

7   why is that?  Well, J-M made a point of the fact that water's

8   flowing through the pipe and that's true.  And you get some

9   value out of that and that's true.  But let's say instead of

10  the 43 percent failures within 100 years that Mr. Edwards

11  predicted and the 27 percent that Mr. Paschal suggested, some

12  lesser amount fails.  I don't know.  Ten percent, 15 percent,

13  maybe you're skeptical of those numbers.  But the cost of the

14  pipe compared to the huge expense of digging it up, even if

15  it's a small amount is going to dwarf the cost the pipe; the

16  cost of the pipe is a tiny fraction of what it costs to replace

17  the pipe.  So on balance is that pipe worth anything to us?

18  No, no.

19         What's the difference in value -- that's the question

20  the court has asked you to answer -- what is the difference in

21  value between what we paid and what we got?  And you heard

22  those plaintiffs testify if they had this to do over, they'd

23  pay zero for that pipe because, on balance, those failures are

24  going to swamp any benefit from when the pipe is actually in

25  the ground and carrying water.

# EXHIBIT 244

### *J-M's 20 Most Frequently Asked Questions (FAQ) Data Base on our Web Site*

Prepared by Product Assurance Department:   Steve West, Kaushal Rao and Hien Lam
Reviewed by Quality Assurance Department:   Jack Hwang and Joe Ponzo
Secondary Review by Uni-Bell:   Craig Fisher
Final Review by:   Barry Lin, Hank Lin, Johnny Mai and Kai Cheng

Most Recent Update:   September 25, 2002

**1)  Does J-M have a standard product warranty for its PVC pipes?**

Yes, J-M does have a standard product warranty for all of our PVC pipes. The terms and conditions are as follows:

### WARRANTY

J-M warrants that its standard products are manufactured in accordance with its applicable material specifications and are free from defects in workmanship and materials, using J-M's specifications as a standard.  Every claim under this warranty shall be deemed waived unless in writing and received by J-M within thirty (30) days of the date the defect was discovered, and within one (1) year of the date of the shipment. Claims for product appearance defects, such as sun bleached pipe etc., however, must be made within thirty (30) days of the date of the shipment. J-M must first be given an opportunity to inspect the product alleged to be defective in order to determine if it meets J-M specifications and if the handling, installation, and operating conditions have been satisfactory and in accordance with J-M recommended practices. Products sold by J-M, which are manufactured by others, are warranted only to the extent and limits of the warranty of the manufacturer. The limited and exclusive remedy for breach of the above warranty by J-M shall be the re-supply of a like quantity of non-defective product.  J-M shall not be liable for any INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, ANY EXPENSES FOR REMOVAL OR REINSTALLATION RESULTING FROM ANY DEFECT.  J-M MAKES NO OTHER REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, IN FACT OR IN LAW, INCLUDING, WITHOUT LIMITATION, THE WARRANTY OF MERCHANTABILITY AND WARRANTY OF

CASE NO. 5:06-cv-00055-GW-PJW
U.S. ex rel Hendrix v. J-M Mfg. Co., Inc. et al.

PLAINTIFFS' EX. 244

DATE_____   IDEN._____
DATE_____   EVID._____
BY_____
        Deputy Clerk

1



EXHIBIT
2 44
Cheng

JME00005199/1

FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THE LIMITED
WARRANTY SET FORTH HEREIN.

**2) What are J-M's recommendations for joining PVC pipe?**

J-M recommends that our pipe be installed such that the assembly line on the spigot is even with the bell. This also provides greater ease of inspection when verifying proper assembly from the top of the trench.

A joint that is assembled per our recommendations will exhibit a gap, in which the beveled end of the spigot is stopped short of being fully bottomed out in the bell. This gap should be in the allowed tolerance of ½" to 2.5". Studies have shown that this gap poses no significant effect in terms of head loss or clogging, and is supported by a proven history of fully functional lines. Although bottoming out the spigot into the neck of the bell may yield a joint that appears more attractive when televised, this joint is also more likely to exhibit leakage or breakage due to loss of flexibility or stress from over assembly. By assembling the joint so that the reference mark (or assembly mark) is even with the bell, typical variations in the field can be accommodated. The variations may result from expansion or contraction of the pipe, or the variations may result from deflection at the joint due to soil movement in the trench.

J-M's standard installation recommendations call for no axial deflection at the joint. This recommendation emphasizes the fact that any intentional change of direction should be accomplished through a fitting connection or by bending the barrel of the pipe rather than offsetting the pipe joint.

<u>J-M's procedures for installing Reiber and non-Reiber gaskets:</u>

If you have received a combined shipment of J-M pipe that contains both Reiber and non-Reiber gaskets, please note the following: non-Reiber and Reiber gaskets adhere to the same standards for the various types of J-M pipe. They are both of superior quality and J-M will stand behind them with a 100% warranty provided you follow our recommended installation procedures, which are:

1) When installing J-M pipe with the same type of gaskets, which means Reiber to Reiber pipe or non-Reiber to non-Reiber pipe, you should use the reference marks on the respective type spigot ends.

2) When installing two different types of gasketed pipe, J-M makes the following recommendations to account for the fact that the Reiber joint has a longer bell and reference mark when compared to the non-Reiber pipe:

   a) Non-Reiber Spigot to Reiber Gasketed Bell
      **Follow the non-Reiber pipe reference mark at the spigot end.**

2

JME00005199/2

b) Reiber Spigot to Non-Reiber Gasket Bell
**Do not insert the pipe all the way to the reference mark on the Reiber pipe spigot end. Instead, use the reference mark that is shown on the non-Reiber pipe. This will require some measurements from J-M's non-Reiber reference mark.**

By following the above recommendations, Customers will not experience joint problems such as over-assembly, damaged bells, or cracked bells.

Note: the minimum recommended temperature of PVC pipe during installation should exceed 40 degrees Fahrenheit.

**3) During the installation process, what is J-M's recommended direction for the bells?**

J-M's pipe bells can be laid either upstream or downstream. There is no significant hydraulic benefit for either direction, and therefore we leave the decision to the discretion of the installer. However, J-M recommends that the bell ends point in the direction of work progress to save extra effort. It is easier to insert the spigot into the bell than it is to push the bell over the spigot. This also reduces the risk of rubble being scooped under the gasket. The direction will not adversely affect the performance of the pipe.

**4) What are the lubrication procedures for J-M's PVC pipe?**

Lubricate the spigot end of the pipe, using the lubricant supplied. Be sure to cover the entire spigot end circumference WITH PARTICULAR ATTENTION PAID TO THE BEVELED END OF THE SPIGOT. Apply the coating with your hand, a cloth, a pad, a sponge or a glove.

CAUTION: Do not lubricate the bell, especially the gaskets. After spigot end is lubricated, do not allow it to touch the bedding material. Small pieces of stone or soil may stick to the lubricant and may become lodged between the spigot and rubber ring during assembly. This may cause the joint to leak.

**5) Can we join a PVC pipe to a ductile iron pipe?**

Just as PVC pipe with Cast Iron OD's can be joined to Mechanical Joints that were originally designed for use with Ductile Iron pipe, C900 PVC pipe can be joined directly to Ductile Iron pipe bells, and Ductile Iron pipe can be joined to C900 PVC pipe bells.

J-M has two precautions when joining these materials:

1. The bevel of the spigot should be made to look like the bevel of the product to which it is being joined. Make a Ductile Iron pipe bevel longer than that which is normally supplied on a Ductile Iron spigot, and make a PVC pipe bevel shorter than that which is normally supplied on a PVC pipe spigot. Use pipe beveled at the factory as a guide.

JME00005199/3

2.  The depth of insertion of the assembly should be adjusted to reflect the assembly mark found at the spigot end of the pipe whose bell you are using. Adjust the assembly mark to be shorter on a PVC spigot; and adjust the assembly mark to be longer on a Ductile Iron spigot.

**6)  What is the difference between a Reiber and a non-Reiber gasket?**

a.  <u>Reiber gasket.</u>  A steel wire or steel strip insert is incorporated in the gasket, which helps "lock-in" the gasket in the bell ring groove. This gasket is non-removable, and higher insertion forces may be encountered compared to the non-locked-in gasket.

b.  <u>Non-Reiber gasket.</u>  This non-locked-in gasket is typically pre-installed from our factory. Ensure that the ring groove is clean should this ring be removed and re-installed in the field.

Having indicated the above, both gasket designs conform to the same standards (gasket: ASTM F 477, and joint qualification: ASTM D 3139) and installation procedures for our Ring-Tite IPS PVC pipe. Joint preparation and assembly considerations include the following:

a.  Ensure the bell, gasket and spigot are clean prior to and during assembly.

b.  Ensure the gasket is seated evenly in the ring groove.

c.  Apply lubricant evenly and only on the spigot end. Applying lubricant on the gasket may introduce lubricant onto the ring groove, making the ring prone to displacement.

d.  Insert up to the reference mark only. Do not stab or "home" the spigot into the bell.

e.  Align the spigot during insertion, and be vigilant to undue resistance, which may indicate a dislodged gasket or incomplete lubrication.

Our joint designs have a proven history, and we assure you that our pipe will perform as intended when installed as recommended.

**7)  Why is over insertion of pipes at joints not recommended?**

If the joint is over assembled, in other words, the spigot is jammed into the neck of the bell, the flexibility of the joint is lost. Uneven settlement in the trench may cause an over assembled joint to leak – <u>do not assemble beyond the reference mark.</u> Proper assembly calls for insertion of the spigot end into the bell so that it is in contact with the gasket. Keep the pipe lengths in proper alignment. Brace the bell while the spigot end is pushed under the gasket, so that previously completed joints will not be further inserted. Push the spigot into the bell until the assembly mark on the pipe barrel is **flush** with the end of the bell. <u>Stabbing is not recommended and should be avoided.</u>

If undue resistance to insertion of the spigot end is encountered or the reference mark does not reach the flush position, disassemble the joint and check the position of the gasket. If it is twisted or pushed out of its seat, clean the gasket, bell and spigot end, reseat the gasket properly (using a factory installed gasket as a guide) and repeat the assembly steps. Be sure both lengths are in proper alignment during assembly. If the

4

gasket was not out of position, measure the distance between the reference mark and the spigot end. If necessary, relocate the reference mark if it is out of position.

Lastly, there should be no axial deflection at the joint. Bending the pipe, rather than deflecting the joints, should serve to accomplish small changes in direction.

### 8) What is J-M's allowable vertical deflection on gravity sewer pipe?

J-M's SDR 35 PVC sewer pipe has a minimum pipe stiffness of 46 psi. When installed in accordance with the recommendations in our installation guide, this pipe should have a maximum deflection limit for a non-pressure application of 7.5%. Note: this is for ring deflection of the pipe, not axial deflection at the joint.

### 9) What is J-M's recommended curvature for its gravity sewer pipe?

J-M does not recommend any deflection at the joint for any of our products. Uni-Bell's recommendation is that offset at the joint OR uniformly bending the pipe is allowable; however, Uni-Bell does not recommend both on the same length of pipe. Using our 8" SDR 35 sewer pipe as an example, the pipe can be uniformly curved along the barrel of the pipe. There is a minimum radius of curvature, which for this pipe is 200 feet. Per the following calculation, this allows curving across one 20-foot length piece of 5.73°.

Length of arc = $\pi$ r = (3.14) x (200 ft.) = 628 ft.

Curve per 20' length / 180° = length of one piece / length of arc

Curve per 20' length / 180° = 20 ft. / 628 ft.

Therefore: Curve per 20' length = 5.73°

*Please refer to the Minimum Radii of Curvature Chart (Exhibit A) on page 9 of this document for additional examples.

### 10) What is J-M's recommended curvature for its pressure pipe?

The pipe should be assembled above ground, in a straight line, then curved and laid in the trench. All curvature results from the bending of the pipe lengths. There is no deflection at the joint.

*Please refer to the Minimum Radii of Curvature Chart (Exhibit B) on page 10 of this document for examples.

### 11) What is the minimum cover for J-M's 4"-16" PVC pressure pipes?

Minimum cover is recommended to be one foot from the top of rigid road surfaces or the bottom of flexible road surfaces. At shallow depths of cover (1' - 3'), Class I or Class II

5

JME00005199/5

material per ASTM D2321 with a minimum of 95% Proctor density is recommended for
pipes ranging from 4"-16". Angular embedment material shall be no larger than 0.75
inches and rounded rock shall be no larger than 1.50 inches. Also, the maximum particle
size should be no greater than 10% of the pipe's diameter.

**12) What is the maximum recommended temperature of a fluid that is being passed
through J-M's PVC pipe?**

The maximum operating temperature for J-M's PVC pipe is 140 degrees Fahrenheit. For
cases where there is a temperature variation, special consideration should be given to the
thermal expansion and contraction of the pipe.

**13) What are ultraviolet effects on J-M's PVC pipes?**

All PVC pipes are formulated with additives to resist degradation from sunlight.
However an aesthetic change in color may develop when exposed outdoors for long
periods of time. This shading of color occurs only on the surface of the PVC pipe and is
of a very shallow depth, measured usually at less than 0.001 inch. In light of this, any
sun-bleached pipe supplied by J-M Manufacturing is covered under our standard product
warranty.

Pertaining to research on this issue, a study was conducted by the Uni-Bell PVC Pipe
Association to determine the effects of ultraviolet radiation on PVC pipe, in which pipe
was placed in racks throughout the United States for a period of two years. The results
revealed that both the tensile strength and the modulus of elasticity remained virtually
unchanged, while the impact strength remained well within the governing ASTM
requirements.

In conclusion, it has been determined that ultraviolet degradation will not have significant
adverse effects on the mechanical properties of underground formulated PVC pipe.
PVC pipe and gaskets can still be used after prolonged storage above ground under
normal conditions, and it is not necessary for the gaskets to be replaced unless there are
appreciable signs of degradation (such as cracking). Per the above, pipe can be stored up
to (but not limited to) two years above ground. Regarding the gasket, our standard
gaskets are formulated to withstand UV radiation under common storage practices of
PVC pipe.

**14) What is the life expectancy of a PVC pipe?**

PVC pipes have an excellent record for long time durability. Per a study performed by
Uni-Bell on this matter, the expected useful life for PVC pipe is predicted to be in excess
of 100 years.

**15) Explain the certification process for J-M's AWWA C900 Blue Brute PVC pipe?**

All classes of J-M's Blue Brute pressure pipe are UL 1285 listed for water mains as well as
being tested and certified to ANSI / NSF Standard 61. The PVC cell classification is defined

JME00005199/6

under ASTM D 1784 as 12454. The bell consists of an integral wall section with a factory installed, solid cross-section elastomeric gasket to allow for expansion and contraction at each joint. Joint design shall meet ASTM D 3139 performance testing requirements, with which the elastomeric gasket is manufactured in compliance with ASTM F 477. Each section of pipe with integral bell has been tested to four times the pressure class for a minimum of 5 seconds as a matter of routine quality control testing. J-M's Blue Brute pipe does not meet AWWA C-111; this standard is for Ductile Iron Pipe.

**16)  Does J-M's SDR 35 gravity sewer pipe meet the various required industry standards?**

J-M's gravity sewer pipe meets the requirements of ASTM D 3034 (46 psi pipe stiffness controlled) for sizes 4" through 15". Likewise, the cell classification of these products is 12454 or 13364 as defined in ASTM D 1784. The joint design meets ASTM D 3212 performance testing requirements, thereby assuring a watertight joint that does not exceed an infiltration / exfiltration allowance of 25 gallons / inch diameter / mile / day. The gasket for this joint assembly is made of an elastomeric gasket in compliance with ASTM F 477. Pipe sizes 4" through 15" contain a factory installed, locked-in gasket. Product should be installed in accordance with J-M's publication TR-614 B, "Green-Tite PVC Gravity Sewer Pipe Installation Guide".

**17)  To which product standards must J-M's AWWA C900 and C905 joints conform?**

Our C900 and C905 PVC pressure pipes must conform to the stringent requirements of the following standards: ASTM F 477 – *Standard Specification for Elastomeric Seals (Gaskets) for Joining Plastic Pipe*, and ASTM D 3139 – *Standard Specification for Joints for Plastic Pressure Pipes Using Flexible Elastomeric Seals.*

Per ASTM D 3139, these products must conform to the Internal Pressure Test where the product is subjected to 50% of the rated pressure for 60 minutes and 2.5 times the rated pressure for an additional 60 minutes. A Quick Burst Test is then conducted. Also, per ASTM D 3139, the pipe is subjected to a Vacuum Test in which the joint shall withstand a vacuum of 22 inches of mercury for one hour with no leakage. In addition, each piece of pipe is hydrostatically tested to 4 times the Pressure Class (C900) or 2 times the Pressure Rating (C905) for 5 seconds prior to shipment.

**18)  What is the pressure rating / pressure class for J-M's PVC pipe?**

The pressure rating of PVC pipe is established by dividing the maximum long-term pressure capacity of the pipe by the desired factor of safety, which is usually 2.0. The C900 pressure class is derived in a similar manner; however, a safety factor of 2.5 is used. Also note that a surge allowance is included within the safety factor. Although PVC pipe can withstand short-term hydrostatic pressure applications at levels substantially higher than the pressure rating or class, the allowable pressure is properly based on the product's long-term strength. Research and investigations have accumulated vast quantities of data that clearly substantiate the reliability of PVC pipe pressure rating and

7

JME00005199/7

pressure class values.  As specified in AWWA, C900 Pressure Class is defined as the "pipe's designated design capacity (psi) that corresponds with its recommended safe sustained operating pressure".  Pressure class designations include an allowance for pressure surges above the maximum sustained operating pressure caused by instantaneous velocity changes of 2 ft/sec.  Pressure class designations are based on long-term pressure rating at 73.4 degrees Fahrenheit.

### 19)  What is the proper procedure for pressure testing of J-M's pressure pipe?

The recommended maximum test pressure of installed PVC pressure pipe is 1.50 times the anticipated working pressure of the system; however, if the test pressure exceeds the rated pressure, the maximum test pressure should be the rated pressure. In addition, in no case should the test pressure exceed the rating of the valves or fittings, whichever is less. The typical test duration is 2 hours. Ensure that all the air is removed from the pipe prior to testing.

J-M does allow <u>testing</u> of the system to 50 psi above the rated pressure for C900 pipe only. For DR 14 C900 pipe, this would be 250 psi. Make sure that the valves, fittings, and thrust blocks will be able to handle the extra pressure. The AWWA C900 standard is conservative compared to all other PVC pipe standards regarding the allowable pressure of the pipe, but that does change the fact that a DR 14 pipe made to this standard is marked with an allowable rated pressure of 200 psi.

### 20)  What is the acceptable air testing procedure for J-M's SDR 35 gravity sewer pipe?

J-M's gravity sewer PVC pipe can be air tested per ASTM F 1417 – "Standard Test Method for Installation Acceptance of Plastic Gravity Sewer Lines Using Low-Pressure Air". Per this specification, testing pressures are regulated between 3.5 to 4.0 psig with a maximum allowable test pressure of 9 psig. It is not recommended that air-testing pressures exceed this limit due to worker safety issues.

JME00005199/8

# EXHIBIT 7690-18A





QUALITY • PERFORMANCE • LONGEVITY
WARRANTY
on JM Eagle
Plastic Pipe
GUARANTEED

# PLASTIC PIPE
## JM Eagle
### EXCLUSIVE ENGINEERED TECHNOLOGY

**JM Eagle products are the most highly engineered and technologically advanced in the industry for higher performance and trusted longevity.**

# PLASTIC PIPE vs. IRON PIPE

## BENEFITS OF PLASTIC

- It is the safe, long-lasting and stable solution for a modern infrastructure.
- Millions of miles of plastic pipe have been installed.
- It outlasts any other material.
- Strict industry standards confirm its strength, durability and longevity.
- Plastic doesn't corrode or collect sediment like iron pipe, and it keeps the water flowing without bursts, flooding or disruptions.

## THE JM EAGLE ADVANTAGE

- Plastic pipe from JM Eagle is of the highest quality.
- JM Eagle has invested millions in the most technically advanced equipment, as well as product research and development.
- JM Eagle's engineered products perform at the highest level and are the easiest to install.
- JM Eagle products meet the standards of AWWA and are certified by NSF and UL.

## JM EAGLE'S _____ WARRANTY

- JM Eagle stands behind the quality of its plastic pipe as its commitment to serving customers.
- JM Eagle's ___ warranty covers the design of its innovative engineered thermal plastic-pipe products[1].
- Products under warranty are Eagle Loc 900, AWWA C900, C905, C909 and C901/C906.
- JM Eagle products will maintain their performance for the next ____ or the company will replace them[2].
- No other manufacturer makes this claim.

[1] Plastic pipe certified to AWWA for water distribution and transmission and force sewer mains.
[2] See www.jmeagle.com for full details of warranty.

## ADVANCED HOLDING TECHNOLOGY

- Teams JM Eagle C900 pipe with new internal restraint technology for the simplest-to-install yet strongest-holding product available.
- Designed for sanitary sewer force mains and potable water distribution and transmission.
- Grips the joint from the inside of the pipe with a simple push.
- Prevents the corrosion associated with external restraints.
- Reduces installation and labor as much as 30 times over traditional methods.
- Can be used for open-trench, road bore and horizontal directional drilling installations.

*Meets AWWA C900, ASTM D1784 and UNI-B-13 Million Cycle Test.*

### Eagle Loc 900
Internal Joint Restraint System

## MOLECULAR ORIENTATION FOR LIGHT WEIGHT AND STRENGTH

- Molecularly oriented to be lighter yet stronger—as much as four times stronger than conventional PVC.
- The highest-performing, lightest-weight, most cost-effective pressure pipe for potable water and force main systems.
- Delivers HDB of 7,100 psi vs. HDB of 4,000 psi of conventional PVC pipe.
- Has a higher cyclic fatigue strength, greater impact strength and a larger interior diameter than conventional PVC.

*Meets AWWA C909 or ASTM F1483, and UL 1285; Gaskets meet ASTM F477; Joints meet ASTM D3139.*

### Ultra Blue
PVCO

## NEW TECHNOLOGY FOR A HIGHER-PERFORMING JOINT

- Engineered by JM Eagle for superior hold at the joint.
- Available in 4-inch to 60-inch diameters.
- Features a heavy-duty integral bell and dual-gasket spigot, a dual-crown corrugated exterior for greater pipe stiffness, and a hydraulically smooth interior for maximum efficiency.
- Offers a superior strength-to-weight ratio and flexible conduit design.
- Comes available with a full line of standard and custom fittings in either a soil-tight or watertight (10.8 psi) connection, as well as single-wall design.

*Meets 4"–10" AASHTO M252 and ASTM F2648; 12"– 60" AASHTO M294, ASTM F2306 and ASTM F2648; Gaskets meet ASTM F477; Joints meet ASTM D3212.*

### Eagle Corr PE

Plastic pipe exceeds iron pipe in durability, longevity and performance. Independent studies by the American Water Works Association Research Foundation and the Plastics Pipe Institute show PVC and PE, respectively, last longer than 100 years.

Not so with iron pipe. The National Research Council of Canada reports the following break rates per 100 km of water distribution pipe:



### WATER MAIN BREAKS BY MATERIAL

| Material | Breaks |
|---|---|
| Cast Iron | 35.9 |
| Ductile Iron | 9.5 |
| PVC | 0.7 |

0   5   10   15   20   25   30   35   40

Further, a study by the Los Angeles Department of Water and Power determined corroded cast-iron pipe was overwhelmingly to blame for a rash of breaks in 2009.

So when it comes to the benefits of plastic pipe over iron pipe, there's no comparison.

| | PLASTIC PIPE | IRON PIPE |
|---|---|---|
| Proven to last 100-plus years. | ✓ | Ø |
| Does not corrode. | ✓ | Ø |
| Does not collect tuberculin. | ✓ | Ø |
| Does not break down. | ✓ | Ø |
| Lightweight. | ✓ | Ø |
| Easy to install. | ✓ | Ø |
| Technologically engineered. | ✓ | Ø |
| Low break rate. | ✓ | Ø |
| External plastic bag needed in corrosive soils. | Ø | ✓ |

**REDACTED**

# EXHIBIT 31148



**J-M Manufacturing Company, Inc.**
9 PEACH TREE HILL ROAD, LIVINGSTON, NEW JERSEY 07039    TEL: 973-535-1633

February 9, 1998

Mr. Pete Rauch
Utility Superintendent
City of Monett
P.O. Box 110
Monett, MO 65708

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO: 5:06-cv-0555-GW-PJW
US ex rel Hendrix
VS. J-M Mfg Co., Inc.
PLAINTIFF'S EXHIBIT   **31148**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
                    Deputy Clerk

RE:    Quality Concerns
       J-M 18" F-679 Gravity Sewer Pipe
       Monett, MO

Dear Mr. Rauch,

This letter is to assure the City of Monett and Springler & Associates that J-M Manufacturing Company will stand behind this pipe, and to confirm that the J-M pipe as supplied to this project meets or exceeds the ASTM F-679 Specification.

The ripples noted on the inside diameter of some of these pipes do not affect the overall serviceability of the pipe.  They occur at times due to the extrusion process.

J-M Manufacturing Company observes industry practices in providing a one year product warranty.  The basis of the one year period is due to the nature of PVC pipe being such that manufacturing defects will surface almost immediately.  In order to give the City and its Engineer additional confirmation of J-M's confidence in this pipe, we are offering a three (3) year warranty for this project from this date.

PVC pipe is almost chemically inert.  It has been used successfully for over 50 years.  If installed properly and used for its intended service, PVC pipe can be conservatively estimated to have a useful service life of 100 years.

Should you require additional information, please do not hesitate to call upon us.

Respectfully,

Kai Cheng
AVP, Sales & Marketing

cc:    Mr. Kevin Springler, Springler & Associates
       Mr. Ken Kreikermeier, KGK and Associates, Inc.
       Mr. Alwyn Go, J-M Product Assurance

CONFIDENTIAL                                                                JMM 062436

# EXHIBIT 31149

# JM Eagle™

# THE LONGE

## A 100-PLUS-YEAR LIFE SPAN OF JM EAGLE PLASTIC PIPE MEANS LESS BREAKAGE, FEWER REPLACEMENTS.

Specifying, purchasing and installing pipe is something no municipality wants to go through in the same location more than once a century, much less once a decade. Pipe going in the ground is supposed to provide clean water and safe drainage for at least a couple of generations.

But it's not. Water mains and storm drains are breaking across the country, costing billions of dollars each year in repairs alone and wasting a significant quantity of drinking water, as well as often flooding and contaminating the environment. The cause: inferior pipe materials that corrode, break or build up sediment.

Case in point: the city of Los Angeles is allowing an exceptionally high number of breaks during the summer of 2009, the LA Department of Water and Power determined corroded cast-iron pipe was overwhelmingly to blame, and that they "tend to cause greater street damage than do breaks on other types of pipes."

Its report went on to read, "Physical examination of the pipe samples showed rust, corrosion pits, micro fractures and graphitization."

The LADWP estimates the city's water infrastructure to endure 70 to 100 years. This year, about 7.5 million feet of the infrastructure will fall into the expiration range. Officials estimate it will take 180 years to replace all the pipe in the city of Los Angeles.

### BETTER CHOICES

Cities like Los Angeles can lengthen the replacement cycle, as well as decrease corrosion and breakage

## JM EAGLE PRODUCTS AT WORK

## District proves that plastic beats iron

In 1975, Water District #1 of Johnson County thought plastic pipe might be the product of the future. So as a time capsule of sorts, employees of the suburban Kansas City, Kan., area buried a piece of Johns Manville (now JM Eagle) PVC pipe in the ground to see how it would hold up.

In 2008, the district dug up the pipe to see what kind of damage more than three decades of soaking in highly acidic soil had done.

"We cut it out and took it up to a certified lab to test," says Brian Schade, Water One's lead design engineer, "and after 33 years, it showed virtually no sign of age."

It's not the only time Water One, which encompasses 270 square miles and 16 cities, has put pipe to the test. JM Eagle Ultra Blue AWWA C909 pipe met intense scrutiny when the district was introduced to t a few years ago.

"We basically let (the Construction team) try to destroy the pipe," says Schade, describing the

JM EAGLE PLASTIC IS THE 100"-YEAR SOLUTION

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31149

DATE _____ IDEN.

DATE _____ EVID.

BY _____
      Deputy Clerk

# EST LASTING

along the way, by choosing JM Eagle plastic pipe products over other materials.

Research completed in 2009 by the Plastics Pipe Institute along with Jana Laboratories found that PE can last more than 100 years. And a 2007 study commissioned by the AwwaRF and conducted by Australia's Commonwealth Scientific and Industrial Research Organization found the same for PVC. It predicted that PVC pipe offers a minimum service life of 100 years for water utilities.

That AwwaRF study, titled "Long Term Performance of PVC Pipes," found no significant degradation or deterioration occurring to the pipe, and projected very good performance through 110 years.

## FEWEST BREAKS

How do the other products stack up? The National Research Council of Canada reports that the break rate for plastic water-distribution pipe is 0.7 breaks per 62 miles (100 km) each year, the rate for ductile iron is 9.5 breaks, and the rate for cast iron is 35.9 breaks.

It is estimated that 15 percent of treated water, or 2.2 trillion gallons, is lost to line breaks and leaks annually. And the federal government projects a $36 billion loss to the U.S. economy each year from corrosion in water and sewer pipes.

> **PVC pipe offers a minimum service life of 100 years for water utilities.**

So it is clear, when examining the longevity rates for plastic vs. other materials, plastic is the material that reduces the risk of flooding and contamination and saves cities time and resources. ∎

pressure testing, burst testing, tapping and rough handling to which the team subjected it. "They tested it out and put it through its paces."

"We filled it to 300 psi and had it lying on the ground and took a backhoe to it," explains Ernie Hamilton, assistant manager of construction. "We had to hit the pipe with the tooth on the bucket to break it."

McCorkendale Construction works with Water One. Superintendent Rick Lickteig is happy with the choice of plastic.

"We're basically using all PVC now, no ductile iron," says Lickteig. "It's simpler to lay PVC than ductile iron and you don't have to polywrap it. And I've noticed a significant drop in leaks in the pressure testing."

Schade agrees that plastic is the right product.

"What we're looking at is mitigating corrosion, and our soils are generally considered hot," says Schade, who keeps a piece of the 1975 sample at his desk. "We needed to pick a product that doesn't corrode and will provide a long-lasting infrastructure."



JMM 2000165



# THE HIGHE

## CONTINUAL TESTING AT EVERY STAGE OF JM EAGLE PRODUCTION DELIVERS PEACE OF MIND.

*"Plastic pipe is inferior to other products." "Plastic doesn't meet the construction codes of our district." "It's too risky to specify plastic pipe."*

These are just a few of the misconceptions about plastic pipe when it comes to quality and meeting industry standards. In fact, these statements couldn't be further from the truth.



Every piece of JM Eagle plastic pipe meets or exceeds one or more standards, including ASTM, AWWA, UL, FM, NEMA, CSA, NRCS and AASHTO.

To achieve the stamp of approval from these groups, each product has gone through rigorous physical testing, including acetone immersion, pipe stiffness, flattening, impact resistance, quick burst and hydrostatic proof, as well as a sustained pressure test for a minimum of 1,000 hours.

Standards for plastic pipe are equivalent to those for other products, including ductile iron, and call for the same quality controls. As long as these standards are written into municipal codes, as they usually are via the Uniform Building Code, they are considered acceptable for use.

## CODE CHECK: JM EAGLE PRODUCTS RISE TO THE STANDARDS


**Blue Brute™ (C900)**
Meets AWWA C900 and ASTM D1784 cell class 12454. Gaskets meet ASTM F477. Joints meet ASTM D3139.


**Big Blue™ (C905)**
Meets AWWA C905 and ASTM D1784 cell class 12454. Gaskets meet ASTM F477. Joints meet ASTM D3139.


**Ultra Blue™ PVCO**
Meets AWWA C909 or ASTM F1483 and UL 1285. Gaskets meet ASTM F477. Joints meet ASTM D3139.


**Gravity Sewer**
Meets ASTM D3034 (SDR 35 and 26) and ASTM F679 (PS46 and PS115) and ASTM D1784 cell class 12454 or 12364. Gaskets meet ASTM F477. Joints meet ASTM D3212.


**Ultra Corr™/Ultra Rib™**
Meets AASHTO M304 (ASTM F794 and F949). Gaskets meet ASTM F477. Joints meet ASTM D3212.


**Eagle Corr PE**
Meets AASHTO M252 and ASTM 2648 (3"–10"), AASHTO M294 and ASTM F2306 and F2648 (12"–60") and ASTM F477.

JMM 2000166

# ST QUALITY



### ALWAYS TESTED

Once accepted as meeting those standards and others, JM Eagle pipe is continually evaluated by third-party testers—including UL, NSF, FM, IAPMO, CSA and NETPEP—to ensure the quality of the pipe and that it's still making the grade.

> **Inspectors are always welcome to verify that every stick of JM Eagle pipe is of the highest quality.**

"A third-party auditor shows up every week unannounced to check the pipe," says Chuck Clark, plant manager at JM Eagle's Stockton, Calif., factory. "He goes everywhere, taking product from the line and from the yard, taking measurements and checking the pipe against all required specs and dimensions. It's a lot of physical testing, such as impact and stiffness, so when he comes, he's here all day long."

### CLOSE EXAMINATION

The auditor also examines test records, pipe measurement records and calibration on the equipment, as well as checks the mixer to verify a formulation complies with the standard. To complete the process, the auditor will also pull a sample from the line, give it a special stamp to prevent fraudulent switching and ship it back to the testing lab for further verification.

Mai Huynh, JM Eagle's manager of quality assurance, says inspectors are always welcome to verify that every stick of pipe is of the highest quality.

"We say what we do and we do what we say," Huynh says. "Whether the inspector is here or not, we'll do the same thing."

Even with production quality of plastic pipe assured, the determining factor in selecting plastic over other products most often boils down to specifier preference: What is the "safest" choice? What will best serve the district?

With JM Eagle's plastic meeting or exceeding all standards, as well as its proven durability and significantly longer life than other products, it's hard to imagine a district putting anything but JM Eagle plastic pipe in the ground. ∎



JMM 2000167

# JM Eagle™  THE MOST

**GREEN, SAFE AND RELIABLE, JM EAGLE'S PRODUCTS COME TO THE RESCUE WHERE OTHER PIPE MATERIALS HAVE FAILED.**

This is not the waterworks pipe of yesteryear that cracked, corroded and leaked, wasting clean water and contaminating the environment.

JM Eagle plastic pipe is made by the best companies in progressive cities that want to protect their water supply and that surround us, and specifiers who are looking for pipe that won't have to be replaced in their lifetime—or their grandchildren's.

What makes JM Eagle plastic pipe modern?

### PROTECTS CLEAN WATER

First, as opposed to potable water pipe products of the past that broke and allowed contaminants to enter, PVC pipe protects drinking water from outside contaminants that might otherwise leach into the pipes.

Research conducted at Iowa State University and funded by the Water Research Foundation (formerly AwwaRF) demonstrates that PVC is impervious to gasoline, BTEX (benzene, toluene, ethyl benzene and xylene), and TCE (trichloroethylene) in ground-water at the most commonly encountered contamination levels.

> **JM Eagle plastic pipe is friendly to the environment, from the production process to the final installation.**

JM Eagle PVC pipes do not react or corrode with water. NSF International has certified all PVC drinking-water pipes under its Standard 61, ensuring that drinking-water quality standards are preserved according to those set by the U.S. Environmental Protection Agency.

### GREEN MANUFACTURING AND USE

Second, JM Eagle plastic pipe is friendly to the environment, from the production process to the final installation. It requires lower amounts of water and lower temperatures to manufacture than ductile iron. It is completely recyclable. JM Eagle plastic-pipe plants meet stringent, audited air-quality standards. No chlorinated solvents are used in manufacturing. It uses less fuel to transport than iron and concrete pipe. And it requires less fuel-consuming heavy equipment during installation.

### PROTECTS THE ENVIRONMENT

Third, JM Eagle plastic pipe not only protects and conserves the water inside the pipe, it protects the surroundings outside the pipe because it rarely cracks or breaks, even under harsh conditions. In-

JMM 2000168

# SUSTAINABLE 3

tensive testing of PVC at Utah State University over 22 years demonstrated that under a constant strain condition PVC pipe will not fail.

In fact, JM Eagle plastic pipe has rescued cities across the country from water disasters with outright replacement or, when digging is too disruptive to the environment, slip-lining. Slip-lining pushes new PE through the broken and corroded pipe to create a new fresh, clean and reliable waterway. New technology in horizontal directional drilling us-

ing internally restrained PVC pipe also provides easy installation without disturbing surroundings, whether urban or rural.

As the sustainable building movement continues to gather steam, JM Eagle's plastic pipe is well-positioned for "green" water infrastructure projects. Its lower energy profile, minimal need for maintenance, water-conserving properties and recyclability make it an ideal material for municipalities looking to boost their environmental friendliness quotient. ■

## JM EAGLE PRODUCTS AT WORK

## Plastic saves Port of Tampa from aggressive iron eater



JMM 2000169

# JM Eagle™ THE LEADE

### DILIGENT ENGINEERING AT JM EAGLE DELIVERS PRODUCTS FOR BETTER PERFORMANCE AND EASIER INSTALLATION.



**Eagle Loc 900**

## ADVANCED HOLDING TECHNOLOGY

- Teams JM Eagle C900 pipe with new internal restraint technology for the simplest-to-install yet strongest-holding product available.
- Designed for sanitary sewer force mains and potable water distribution and transmission.
- Grips the joint from the inside of the pipe with a simple push.
- Prevents the corrosion associated with external restraints.
- Reduces installation and labor as much as 30 times over traditional methods.
- Can be used for open-trench, road bore and horizontal directional drilling installations.

*Meets AWWA C900 and ASTM D1784 cell class 12454; Gaskets meet ASTM F477; Joints meet ASTM D3139.*

**Ultra Blue**
AWWA C909 or
ASTM F1483

## MOLECULAR ORIENTATION FOR LIGHT WEIGHT AND STRENGTH

- The highest-performing, lightest-weight, most cost-effective pressure pipe for potable water and force main systems.
- Molecularly oriented to be lighter yet stronger—as much as four times stronger than conventional PVC.
- Delivers HDB of 7,100 psi vs. HDB of 4,000 psi of conventional PVC pipe.
- Has a higher cyclic fatigue strength, greater impact strength and a larger interior diameter than conventional PVC.

*Meets AWWA C909 or ASTM F1483, and UL 1285; Gaskets meet ASTM F477; Joints meet ASTM D3139.*



**Eagle Corr PE**
(Dual Wall)

## NEW TECHNOLOGY FOR A HIGHER-PERFORMING JOINT

- Engineered by JM Eagle for superior hold at the joint.
- Available in 4-inch to 60-inch diameters.
- Features a heavy-duty integral bell and dual-gasket spigot, a dual-crown corrugated exterior for greater pipe stiffness, and a hydraulically smooth interior for maximum efficiency.
- Offers a superior strength-to-weight ratio and flexible conduit design.
- Comes available with a full line of standard and custom fittings in either a soil-tight or watertight (10.8 psi) connection, as well as single-wall design.

*Meets AASHTO M252 and ASTM 2648 (4"–10"), AASHTO M294 and ASTM F2306 and F2648 (12"–60"), and ASTM F477.*

JMM 2000170

# R IN INNOVATION

## THE HDD ADVANTAGE FROM JM EAGLE

A West Point, Iowa, sanitary force main job called for 2,800 feet of 4-inch Eagle Loc 900, as well as tolerance for imperfect conditions. Heavy rains made for wet and muddy soils.

"Even in the adverse weather conditions we had to deal with," says Brian Lang, JM Eagle area sales manager, "the pipe installation went incredibly fast."

The Eagle Loc 900 was a material substitution, replacing one with a more compli-

cated internal joint restraint. The contractor buried the pipe 5 feet deep in 400-foot sections using an 8-inch reamer attached directly to the pulling head and pipe.

"The contractor thought it was easier than fighting the couplings and splines of the pipe originally specified," says Lang. "He said the pipe was easy to pull and he looks forward to using Eagle Loc 900 again."



## JM EAGLE EXCLUSIVE TECHNOLOGY PAYS FOR ITSELF

Northern Ohio Rural Water boasts the best-tasting water in the state. What makes it so clean? JM Eagle's Ultra Blue AWWA C909 molecularly oriented plastic pipe.

Although engineered to be lighter, its toughness is unbeatable, resulting in a dramatic drop in leaks and breaks. Contractors for the district enjoy ease in transporting and handling, and the district is enjoying labor savings in installation and fewer repairs.

NORW Distribution Superintendent Bryan Puder says the 2005 move to Ultra Blue has protected the water supply and benefitted residents.

"I can truly say we have not had a single problem with it," says Puder. "That's so critical because historically if there's a leaking pipe you have to dig it up, which means shutting off service to customers."



## UNIQUE BELL AND SPIGOT FROM JM EAGLE

Eagle Corr PE (Dual Wall) proved the product of choice at a recent 2,000-home new-development project in Mexicali, Baja California, Mexico.

Like its closest competitor, Eagle Corr PE met the ASTM and AASHTO standards, but when the local water commissioner saw the integral bell and dual-gasket spigot and understood the complexity of the project, he was sold on the product.

Installed were 6,160 feet of 60-, 48-, 36- and 18-inch Eagle Corr PE pipe.

"The high-water-level conditions called for a pipe that provides a secure, watertight joint and absolute durability," says DOT Sales Manager John Orkish. "Eagle Corr PE was the right drainage product here, and will be used more in this area from now on."



JMM 2000171

# JM Eagle™ THE COMPL

## INVESTMENTS IN TECHNOLOGY, ENGINEERING AND SERVICE MAKE JM EAGLE THE WISEST CHOICE IN PIPE PRODUCTS.

JM Eagle is the construction industry's only complete plastic-pipe manufacturer and the world's largest. With 300-plus extruders at its 22 plants across the country and a 2.2-billion-pound capacity, its resources provide an unmatched capability for new products, new materials, new applications and new processes.

In fact, in recent months, it has invested even more in increasing efficiencies and providing better customer service.

This service includes its ability to deliver PVC and PE products on the same truck and fill urgent orders with its fleet of Express Service Trucks that expedite product from plants across the country.

> **"JM Eagle consistently produces the highest quality pipe in the industry and is committed to ensuring ongoing product excellence."**



Significant investments in research and development have allowed JM Eagle to combine advanced product technology with state-of-the-art automation. JM Eagle consistently produces the highest quality pipe in the industry and is committed to ensuring ongoing product excellence.

Plastic pipe from JM Eagle is durable, long-lasting and resistant to corrosion, which means leaks and breaks are exceedingly rare. It costs less to transport because it is light. And the technology behind it means it can be used in innovative ways including horizontal directional drilling and pipe bursting, which not only reduce costs, too, but also minimize disruption to daily life.

### JM EAGLE MANUFACTURES PIPE FOR:

- MUNICIPAL WATER SYSTEMS
- AGRICULTURAL
- SANITARY SEWAGE SYSTEMS
- OIL & GAS DISTRIBUTION
- RURAL WATER SYSTEMS
- ELECTRICAL
- PLUMBING
- COMMUNICATIONS
- IRRIGATION
- DRAINAGE SYSTEMS

While much of the rest of the country scaled back during our recent economically challenging times, JM Eagle remained committed to maintaining this high level of excellence and superiority in product breadth, geographic reach and production capacity.

Pipe products don't come any stronger than plastic, and plastic pipe doesn't come any better engineered or more innovative than JM Eagle. Plastic pipe from JM Eagle can help rebuild our infrastructure that generations can rely on for years to come. ∎

JMM 2000172

# ETE

# MANUFACTURER

**5**

## Rebuild responsibly with plastic pipe from JM Eagle

Water system leaks and breaks here and there due to cracks and corrosion are often tolerated as part of life. But when we see the cumulative damage they wreak on our property, health and safety, as well as our dwindling clean-water supply, we get a better understanding of the widespread crisis we are experiencing with our infrastructure.

We are fortunate to have at our disposal the best materials, the most talented engineers and the strictest standards. Through the decades and centuries—and many construction booms—we have always tried to use what we understood to be the best methods and products available for the time. But today there are new technologies and better choices. In the field of water infrastructure, that choice is plastic. JM Eagle plastic pipe stands the test of time like nothing else.

A massive rebuilding effort is just around the corner. Post-World War II water infrastructure systems are reaching the end of their life spans. Long-awaited stimulus funds are making their way to municipalities that had been waiting for federal monies. And there has been a renewed emphasis on conservation, with less acceptance of corroded, leaking pipes that waste water.

As we replace the water infrastructure, it's important to be mindful of the legacy we are passing on to our future generations. Let's put a safe, reliable product in the ground to save them the trouble of putting up with breaks and leaks, as well as the cost of damage, repairs and replacing the pipe again.

A safe, reliable infrastructure isn't something we can take for granted. When we rebuild, let's do it right. Let's use JM Eagle plastic.

Sincerely,

Walter Wang
President & CEO
JM Eagle

JMM 2000173

# JM EAGLE

## ONLY AT JM EAGLE CAN YOU GET:

- The complete breadth of product
- The highest level of service
- Expedited deliveries
- All made-in-the-USA products
- The convenience of PVC and PE on one truck

The only complete manufacturer of plastic pipe.

HIGHEST SERVICE • PRODUCT BREADTH • EXPRESS DELIVERIES • MADE IN THE USA • PVC AND PE ON ONE TRUCK

PVC: Waterworks • Drainage • Electrical • Irrigation
PE: Utilities • Telecom • Plumbing
Oil & Gas • Municipal & Industrial
Communication Duct
ABS & PEX

800.621.4404
(Dial "2" for Sales)
www.JMEagle.com


U.S. DEPARTMENT OF COMMERCE
MBDA
MINORITY BUSINESS DEVELOPMENT AGENCY


U.S. GREEN
BUILDING COUNCIL
MEMBER


JM Eagle

JMM 2000174

# water
# INFRASTRUCTURE
magazine



**Spring Issue 2010**

## IN THE PIPELINE:
## Rebuilding America's Infrastructure

**INSIDE:**

Wastewater Pipe Advances

Case Study: Northern Ohio Rural Water

PVC Pipe Offers Sustainability Boost

A supplement to Staghito

# EXHIBIT 31150

**J-M Manufacturing Company, Inc.**

JMM. Building essentials for a better tomorrow.

- SITE MAP
- CONTACT US
- DISTRIBUTOR LOCATOR

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO: 5:06-cv-0555-GW-PJW
US ex rel Hendrix
VS. J-M Mfg Co., Inc.
PLAINTIFF'S EXHIBIT 31150
DATE _____ IDEN.
DATE _____ EVID.
BY _____ Deputy Clerk

Go Search

- OUR COMPANY
- PRODUCTS
- REQUEST A QUOTE
- NEWS & EVENTS
- CAREERS
- RELATED LINKS
- Building Materials
- PVC
- PE
- Warranty
- Downloads
- FAQ

# Frequently Asked Questions

- Does JMM Have a Standard Product Warranty For Its PVC Pipes?
- What Are JMM's Recommendations For Joining PVC Pipe?
- During The Installation Process, What Is JMM's Recommended Directions For The Bells?
- What Are The Lubrication Procedures For JMM's PVC Pipe?
- Can We Join A PVC Pipe To A Ductile Iron Pipe?
- What Is The Difference Between A Reiber And A Non-Reiber Gasket?
- Why Is Over Insertion Of Pipes At Joints Not Recommended?
- What Is JMM's Allowable Vertical Deflection On Gravity Sewer Pipe?
- What Is JMM's Recommended Curvature For Its Gravity Sewer Pipe?
- What Is JMM's Recommended Curvature For Its Pressure Pipe?
- What Is The Minimum Cover For JMM's 4"-16" PVC Pressure Pipes?
- What Is The Maximum Recommended Temperature Of A Fluid That Is Being Passed Through JMM's PVC Pipes?
- What Are Ultraviolet On JMM's PVC Pipes?
- What Is The Life Expectancy Of A PVC Pipe?
- Explain The Certification Process For JMM's AWWA C900 Blue Brute PVC Pipe.
- Does JMM's SDR 35 Gravity Sewer Pipe Meet The Various Required Industry Standards?
- To Which Product Standards Must JMM's AWWA C900 And C905 Joints Conform?

- Contact Us
- View Our Product Installation Guides
- View Our Product Load Charts

JME00270866/1

resist degradation from sunlight. However an aesthetic change in color may develop when exposed outdoors for long periods of time. This shading of color occurs only on the surface of the PVC pipe and is of a very shallow depth; measured usually at less than 0.001 inch. In light of this, any sun-bleached pipe supplied by JMM Manufacturing is covered under our standard product warranty.

Pertaining to research on this issue, a study was conducted by the Uni-Bell PVC Pipe Association to determine the effects of ultraviolet radiation on PVC pipe, in which pipe was placed in racks throughout the United States for a period of two years. The results revealed that both the tensile strength and the modulus of elasticity remained virtually unchanged, while the impact strength remained well within the governing ASTM requirements.

In conclusion, it has been determined that ultraviolet degradation will **not** have significant adverse effects on the mechanical properties of underground formulated PVC pipe.

PVC pipe and gaskets can still be used after prolonged storage above ground under normal conditions, and it is not necessary for the gaskets to be replaced unless there are appreciable signs of degradation (such as cracking). Per the above, pipe can be stored up to (but not limited to) two years above ground. Regarding the gasket, our standard gaskets are formulated to withstand UV radiation under common storage practices of PVC pipe.

Return to Questions

# What Is The Life Expectancy Of A PVC Pipe?

PVC pipes have an excellent record for long time durability. Per a study performed by Uni-Bell on this matter, the expected useful life for PVC pipe is predicted to be in excess of 100 years.

Return to Questions

# Explain The Certification Process For JMM's AWWA C900 Blue Brute PVC Pipe.

Confidential

# EXHIBIT 31151



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31151

DATE _____ IDEN.

DATE _____ EVID.

BY _____
             Deputy Clerk

# Long-Term Performance Prediction for PVC Pipes

Prepared by:
**Stewart Burn**, **Paul Davis**, **Tara Schiller**, **Bill Tiganis**, **Grace Tjandraatmadja**, **Mark Cardy**, **Scott Gould**, and **Paul Sadler**
Commonwealth Scientific & Industrial Research Organization (CSIRO), Australia
and

**Alan J. Whittle**
Iplex Pipelines Australia Pty Limited
35 Alfred Road, Chipping Norton, NSW 2170, Australia

Sponsored by:
**Awwa Research Foundation**
6666 West Quincy Avenue, Denver, CO 80235-3098
and

**Commonwealth Scientific & Industrial Research Organization (CSIRO)**
Limestone Avenue, Canberra, Australia

Published by:



Awwa
Research
Foundation
Advancing the Science of Water®

©2005 AwwaRF and CSIRO. All rights reserved.

**DISCLAIMER**

This study was jointly funded by the Awwa Research Foundation (AwwaRF) and the Commonwealth Scientific & Industrial Research Organization (CSIRO). AwwaRF and CSIRO assume no responsibility for the content of the research study reported in this publication or for the opinions or statements of fact expressed in this report. The mention of trade names for commercial products does not represent or imply the approval or endorsement of AwwaRF or CSIRO. This report is presented solely for informational purposes.

Copyright © 2005
by Awwa Research Foundation and
the Commonwealth Scientific & Industrial Research Organization

All Rights Reserved

Printed in the U.S.A.                    Printed on recycled paper

©2005 AwwaRF and CSIRO. All rights reserved.

# EXECUTIVE SUMMARY

Since the late 1970s, polyvinyl chloride pipes have been used in a significant number of new water distribution systems in North America. While premature fracture failures have been reported for (unplasticized) PVC-U pipes worldwide, with good design and installation practice, current performance standards indicate that water utilities should expect a minimum 50-year service life from a PVC pipe, with expert opinion suggesting that 100 years is a conservative estimate for a "properly designed and installed pipe".

Quantifying the in-service life expectancy for PVC pipes will enable greater confidence in their use and, as a natural outcome, will also influence long-term asset management and replacement planning strategies applied by water utilities.

The Awwa Research Foundation and CSIRO funded this study in order to be able to outline an approach to estimating in-service lifetimes for (unplasticised) PVC-U (commonly called PVC), (modified) PVC-M, and (oriented) PVC-O pipes, as well as the influence of manufacturing and installation practices on these lifetimes.

Pipe failure can occur by either causing water quality issues or by physical failure. These can occur due to chemical breakdown of the polymer structure, by structural failure of the pipeline, by fatigue, or by a crack growth mechanism leading to physical failure. The aim of this project was to asses the likelihood of chemical, fatigue, and physical failures of PVC pipes, and recommend processes to either estimate lifetimes under these processes or the steps that need to be taken to minimize the effects on lifetimes. As the factors determining structural failure (such as buckling) are well documented and generally rely on the changes of modulus with time, they were not included in this study.

For chemical failure, the requirements for water quality, ultra-violet (UV), and heat stabilizers were reviewed, and the necessary standards tests to ensure adequate lifetimes were researched and recommendations made. In the case of fatigue, most water distribution pipelines are not subjected to fatigue, except for the diurnal changes in pressure, which are usually benign. Fatigue is a special design case and, where it occurs, specific design criteria are required. Significant research has been carried out on the performance of PVC under fatigue situations and this study did not attempt to duplicate that research. However, the current research has been reviewed and design guides have been recommended for the North American market. For physical failures, the current performance requirements for manufacture have been reviewed and recommendations made. In addition, a fracture mechanics-based model to predict the conditions under which pipe failure will occur in service has been developed, and this has been calibrated against failure rates recorded in a number of North American and Australian utilities. This approach requires the fracture properties that govern failure in service to be quantified along with the expected loading conditions for a buried PVC pipe.

## CONCLUSIONS AND RECOMMENDATIONS

### Water Quality

Evidence to date indicates that metal stabilizers migrate into water from manufactured PVC pipes. Research on the toxicity of the metals used in the heat stabilizers has resulted in the setting of a maximum contaminant level of 0.010 mg/L (ppm) for lead in Australia and Europe, and a target level of 0 mg/L (ppm) in the USA (0.015 mg/L or ppm action level). Levels for organotin have not been established by the World Health Organization (WHO) and national

xxiii

©2005 AwwaRF and CSIRO. All rights reserved.

# EXHIBIT 31152



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31151

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

# Long-Term Performance Prediction for PVC Pipes

Prepared by:
**Stewart Burn**, **Paul Davis**, **Tara Schiller**, **Bill Tiganis**, **Grace Tjandraatmadja**, **Mark Cardy**, **Scott Gould**, and **Paul Sadler**
Commonwealth Scientific & Industrial Research Organization (CSIRO), Australia
and

**Alan J. Whittle**
Iplex Pipelines Australia Pty Limited
35 Alfred Road, Chipping Norton, NSW 2170, Australia

Sponsored by:
**Awwa Research Foundation**
6666 West Quincy Avenue, Denver, CO 80235-3098
and

**Commonwealth Scientific & Industrial Research Organization (CSIRO)**
Limestone Avenue, Canberra, Australia

Published by:



**Awwa
Research
Foundation**
Advancing the Science of Water®

©2005 AwwaRF and CSIRO. All rights reserved.

**DISCLAIMER**

This study was jointly funded by the Awwa Research Foundation (AwwaRF) and the Commonwealth Scientific & Industrial Research Organization (CSIRO). AwwaRF and CSIRO assume no responsibility for the content of the research study reported in this publication or for the opinions or statements of fact expressed in this report. The mention of trade names for commercial products does not represent or imply the approval or endorsement of AwwaRF or CSIRO. This report is presented solely for informational purposes.

Copyright © 2005
by Awwa Research Foundation and
the Commonwealth Scientific & Industrial Research Organization

All Rights Reserved

Printed in the U.S.A.

Printed on recycled paper

©2005 AwwaRF and CSIRO. All rights reserved.

# EXECUTIVE SUMMARY

Since the late 1970s, polyvinyl chloride pipes have been used in a significant number of new water distribution systems in North America. While premature fracture failures have been reported for (unplasticized) PVC-U pipes worldwide, with good design and installation practice, current performance standards indicate that water utilities should expect a minimum 50-year service life from a PVC pipe, with expert opinion suggesting that 100 years is a conservative estimate for a "properly designed and installed pipe".

Quantifying the in-service life expectancy for PVC pipes will enable greater confidence in their use and, as a natural outcome, will also influence long-term asset management and replacement planning strategies applied by water utilities.

The Awwa Research Foundation and CSIRO funded this study in order to be able to outline an approach to estimating in-service lifetimes for (unplasticised) PVC-U (commonly called PVC), (modified) PVC-M, and (oriented) PVC-O pipes, as well as the influence of manufacturing and installation practices on these lifetimes.

Pipe failure can occur by either causing water quality issues or by physical failure. These can occur due to chemical breakdown of the polymer structure, by structural failure of the pipeline, by fatigue, or by a crack growth mechanism leading to physical failure. The aim of this project was to asses the likelihood of chemical, fatigue, and physical failures of PVC pipes, and recommend processes to either estimate lifetimes under these processes or the steps that need to be taken to minimize the effects on lifetimes. As the factors determining structural failure (such as buckling) are well documented and generally rely on the changes of modulus with time, they were not included in this study.

For chemical failure, the requirements for water quality, ultra-violet (UV), and heat stabilizers were reviewed, and the necessary standards tests to ensure adequate lifetimes were researched and recommendations made. In the case of fatigue, most water distribution pipelines are not subjected to fatigue, except for the diurnal changes in pressure, which are usually benign. Fatigue is a special design case and, where it occurs, specific design criteria are required. Significant research has been carried out on the performance of PVC under fatigue situations and this study did not attempt to duplicate that research. However, the current research has been reviewed and design guides have been recommended for the North American market. For physical failures, the current performance requirements for manufacture have been reviewed and recommendations made. In addition, a fracture mechanics-based model to predict the conditions under which pipe failure will occur in service has been developed, and this has been calibrated against failure rates recorded in a number of North American and Australian utilities. This approach requires the fracture properties that govern failure in service to be quantified along with the expected loading conditions for a buried PVC pipe.

## CONCLUSIONS AND RECOMMENDATIONS

### Water Quality

Evidence to date indicates that metal stabilizers migrate into water from manufactured PVC pipes. Research on the toxicity of the metals used in the heat stabilizers has resulted in the setting of a maximum contaminant level of 0.010 mg/L (ppm) for lead in Australia and Europe, and a target level of 0 mg/L (ppm) in the USA (0.015 mg/L or ppm action level). Levels for organotin have not been established by the World Health Organization (WHO) and national

xxiii

©2005 AwwaRF and CSIRO. All rights reserved.

U.S. DISTRICT COURT - C.D. CAL.

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT   31152

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          Deputy Clerk



# AWWARF LOOKS AT PVC PIPES' LONG-TERM PERFORMANCE

**by Bob Walker, P.E.**
Executive Director

What can we expect in 110 years from PVC pipes installed today?

Sustainability considerations and asset management principles are driving the need for better performance information regarding the components employed in our water systems. In order to progress toward achieving sustainability, it is critically important to improve performance measurement and benchmarking. Through quantification of how well products and materials are performing, conclusions can be reached as to whether they are appropriately sustainable. Furthermore, performance data can be used to project longer-term performance and the overall life expectancy of individual asset components.





Considering the extensive and widespread use of PVC pipe by the drinking water industry, the American Water Works Association Research Foundation (AwwaRF) and the Australian Commonwealth Scientific and Industrial Research Organization

(CSIRO) co-funded a research project to evaluate the long-term performance of PVC water pipes. Actually, this was AwwaRF's fourth project that examined the performance of plastic pipes. Titles of the earlier reports are *Review of Water Industry Plastic Pipe Practices* (1987, #90516), *Water Utility Experience with Plastic Service Lines* (1992, #90953), and *Evaluation of Polyvinyl Chloride (PVC) Pipe Performance* (1994, #90644). PVC pipes scored very well in these previous evaluations.

AwwaRF's newest and most extensive report on PVC pipe is titled *Long-term Performance Prediction for PVC Pipes* (2005, #2879). The principal investigators were Stewart Burn, Paul Davis, Tara Schiller, Bill Tiganis, Grace Tjandraatmadja, Mark Cardy, Scott Gould, Paul Sadler, and Alan Whittle. The Project Manager from AwwaRF was Jian Zhang. Total funding for the project was $610,342.

The study's primary objectives were to benchmark the performance of PVC water pipes and develop a long-term performance prediction model under a range of conditions. The study also examined water quality issues, pipe standards, and fracture properties.

**CONTINUED ON PAGE 4**

# PVC PIPE *news*

**CONTINUED FROM PAGE 3**

Forty-four water utilities from the United States, Canada, and Australia were surveyed to obtain historical field performance data. In addition, historical data from twenty-one water utilities from the United Kingdom was reviewed. That data was analyzed to plot average failure rate per 100 miles/year vs. pipe age. To the extent possible, installation and operating conditions were also considered. Fracture properties were evaluated using single edge notch bend and C-ring tests.

PVC pipe failure rates in the U.S. and Canada were reported as being lower than those obtained from other nations. The maximum rate of failure reported by a U.S. water utility was 2.7 per 100 miles/year. This low failure rate also compares very favorably with the failure rates for other water pipe products as published in other reports.

The lower failure rate of North American PVC pipes is attributed to superior slow crack growth resistance and fracture toughness. PVC pipes manufactured in the United States and Canada



**PVC PIPE FAILURE RATES IN THE U.S. AND CANADA WERE REPORTED AS BEING LOWER THAN THOSE OBTAINED FROM OTHER NATIONS.**

exhibited an increased resistance to crack initiation, slow crack growth, fatigue crack growth, and ultimate brittle fracture when the researchers compared them with PVC pressure pipes manufactured outside of North America. The fracture toughness tests' surfaces exhibited greater ductility on the U.S. pipe samples. The researchers concluded that the North American pipes' increased resistance to fracture failure is due to better processing during manufacture, which results in better material fusion. This explains why North American PVC pipes out performed those manufactured elsewhere.



The researchers succeeded in developing a predictive failure model for PVC pipes. Since PVC pipes are not subject to aging from corrosion, the model assumes inherent defects in the pipe and variation in maximum defect size. The researchers developed a computer program to implement the model. Estimates of average failure rates vs. age for a range of operating conditions are included in the report. Perhaps the most significant result is that PVC pipe failure rates increase gradually with age, rather than accelerating as is the case with corrosion-prone metal pipes.

**THEIR MODEL PROJECTS THAT WATER UTILITIES SHOULD EXPECT A MINIMUM SERVICE LIFE OF 100 YEARS FROM PVC PIPE WHEN PROPERLY DESIGNED AND INSTALLED.**

Getting back to the question of what to expect from PVC water pipes after 110 years in service, the researchers carefully analyzed 40+ years of available in-service pipe performance information. Their model projects that water utilities should expect a minimum service life of 100 years from PVC pipe when properly designed and installed. From the relatively low failure rates that the researchers project for PVC pipes in service for up to 110 years, PVC pipe is arguably a best-practice option for achieving sustainable water distribution/transmission systems. Moreover, it is reasonable to expect that recent and continuing improvements in the manufacturing of PVC pipe will result in even lower failure rates than those predicted using historical data.

It is most gratifying to be able to point to yet another independent assessment of PVC pipes' excellent performance. This AwwaRF report will give the water industry greater confidence in PVC pipe use and have a very positive influence on long-term asset management and the achievement of sustainability.

# EXHIBIT 31153

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31153

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          Deputy Clerk

# Water Main Break Rates In the USA and Canada:
## A Comprehensive Study
## April 2012





Utah State University
Buried Structures Laboratory

Steven Folkman, Ph.D., P.E.



**Utah State**University

## MAJOR FINDINGS

The comprehensive nature of this study has provided several national-level metrics and rules of thumb which utilities can use for benchmarking purposes.

1. **This Survey Achieved Wide Participation**
   A total of 117,603 miles of pipe were reported by the 188 survey participants. This represents approximately 10% of the total length of water mains in the USA. This is one of the largest surveys conducted on water mains failures and the results give an accurate representation water main behavior in the USA and Canada.

2. **Nationwide One Mile of Installed Water Main Serves 264 People**
   While in urban areas the industry has assumed 325 people are served for 1 mile of distribution system pipe, this survey suggests a new national metric of 264 people served per 1 mile of pipe regardless of utility size. Also, 66% of all water mains are 8" or less in diameter and the range of 10" to 14" make up another 18% of all installed water mains.

3. **Most Utilities Use Several Kinds of Pipe Materials**
   80% of the installed water mains utilize a combination of Cast Iron (CI) at 28%, Ductile Iron (DI) at 28% and PVC pipe at 23%. This fact is supported by a relative low amount (13%) of utilities which avoid DI due to corrosion concerns.

4. **Pipe Material Use Differs by Region**
   Water main pipe material usage varies significantly over geographic regions (see Figure 9). The Northeast and North Central region of the USA (Regions 6 and 8 as illustrated in Figure 1) uses either CI or DI pipe for approximately 90% of its length. In Region 9, Canada, PVC pipe makes up 43% of the total.

5. **There is Considerable Scatter in Pipe Failure Rate Data**
   The water main break experiences of one utility may not represent another. Factors such as climate, installation practices, and soil corrosivity can greatly affect failure rates. Every utility should properly install pipe - regardless of material. In order to have an accurate water main break survey, a large number of respondents are required.

6. **PVC Pipe Has the Lowest Overall Failure Rate**
   When failures rates of Cast Iron, Ductile Iron, PVC, Concrete, Steel, and Asbestos Cement pipes were compared, PVC is shown to have the lowest overall failure rate.

7. **Corrosion is a Major Cause of Water Main Breaks**
   75% of all utilities have corrosive soil conditions and combined with a high portion of CI and DI pipes, one in four main breaks is caused by corrosion which is ranked the second highest reason for water main pipe failure. Northeast and North Central USA utilities (Region 6 and 8) will experience a higher percentage of corrosion breaks due to a higher concentration of CI and DI pipes (90%) installed.

8. **The Average Age of Failing Water Mains is 47 years old**
   43% of water mains are between 20 and 50 years old and 22% of all mains are over 50 years old. While pipe life can be estimated at over 100 years, actual life is affected by soil corrosivity and installation practices. Based on the detailed survey, the average expected life of pipe being put in the ground today is 79 years. For example, non-corrosive materials like PVC have an estimated life over 110 years (Burn, 2006). Regardless of the pipe material selected, installation practices will affect the actual life that can be achieved.

9. **The Average Supply Pressure is 77 psi with Pressure Fluctuations less than 20 psi.**
   Pressure events can contribute to water main breaks for pipes that have internal corrosion (tuberculation) or weakened areas due to external corrosion. Pressure is an important component to pipe design and material selection. A well-controlled system operated below design limits will lead to extended pipe life.

10. **The Use of Trenchless Technologies will continue to Increase**
    While 57% of utilities use some form of leak detection, fewer utilities have engaged in trenchless technologies like pipe relining, pipe bursting and directional drilling. Over 40% are considering pipe relining and pipe bursting in the future. Directional drilling is more widely accepted and has a higher satisfaction rating and as a result, 74% of utilities are considering it in the future.

11. **Over 8% of Installed Water Mains are Beyond Their Useful Life**
    This figure corresponds well with an EPA study (EPA, 2002) that shows the amount of pipe needing immediate replacement is growing rapidly. Improved asset management will be essential to all utilities to survive this trend.

6

**Water Main Break Rates in the USA and Canada: A Comprehensive Study**
April 2012 Utah State University Buried Structures Laboratory | Steven Folkman, Ph.D., P.E.

# EXHIBIT 31154

# Validation of PVC Pipe's Long Life Performance and Recent Developments Regarding Utah State University's (USU) 2012 Water Main Break Rates Study

Dr. Steven Folkman

Uni-Bell Annual Meeting

Apr. 22-24, 2013

Newport Beach, California



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT    31154

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk



**UtahState**
University

# Summary

- Analytical studies estimate properly installed PVC pipe life to exceed 100 years

- Quality control tests of "dug-up" PVC pipes, some up to nearly 50 years old, show they are still meeting their design goals

- These and other results will be assembled in a formal report



# EXHIBIT 31155

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31155

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk



# PVC PIPE
## LONGEVITY
## REPORT

Affordability & The 100+ Year Benchmark Standard

**A Comprehensive Study on
PVC Pipe Excavations, Testing, & Life Cycle Analysis**

**UTAH STATE UNIVERSITY**
BURIED STRUCTURES LABORATORY
**STEVEN FOLKMAN, Ph.D., P.E.**

UtahStateUniversity

MAY 2014



## THE PRIMARY RESEARCHER

## DR. STEVEN FOLKMAN

Dr. Steven Folkman is a registered Professional Engineer, a member of American Society for Testing and Materials (ASTM) F17 Plastic Piping Systems, a member of AWWA and a member of the Transportation Research Board Committee on Culverts and Hydraulic Structures, and has oversight of the prestigious Utah State University's (USU) Buried Structures Laboratory. The Buried Structures Laboratory at USU has been involved in analysis and testing of all kinds of pipe and associated structures for over 50 years. Previous directors include Dr. Reynold Watkins and Dr. Al Moser who are internationally recognized experts. Dr. Moser and Dr. Folkman are coauthors of the widely used text *Buried Pipe Design* (McGraw Hill, 3rd Edition). Dr. Folkman's expertise includes structural dynamics, linear and nonlinear finite element analysis utilizing soil/structure interaction, and testing. The USU buried structures laboratory is recognized as one of the laboratories in the United States capable of performing large scale tests on buried pipes. It is from this expertise and background that the excavation reports were reviewed and additional quality control testing was conducted in 2012 and 2013 to complete this comprehensive study.



OLD MAIN @ Utah State University

# EXECUTIVE SUMMARY

In 2012, The Utah State University's Buried Structures Laboratory published a comprehensive study based on statistical results of water main breaks in the US and Canada. The findings of the research demonstrated that PVC pipe has the lowest rate of main breaks of pipe materials considered in the study, which included ductile iron, cast iron, steel, concrete, and asbestos cement.

This study continues to explore the elements of PVC reliability and longevity through the comprehensive research on PVC pipe testing results. Pipe experts from around the world have contributed to the documented evidence of PVC pipe longevity through excavations and testing. These dig-up or pipe excavation reports are from "in service" pipes with operational conditions. Non-operational pipe dig-up testing offers very limited performance data.

This comprehensive study reviews past PVC dig-up reports and presents new quality control testing results that continue to validate the performance and longevity of PVC pipe used in water networks. A second component to this research addresses the fundamental challenge of affordability for utilities facing the difficult process of replacing the buried infrastructure which is at the end of its service life.

Life cycle cost analysis is presented as a financial decision tool for pipe replacement selection by applying the findings of reliability and longevity research and testing. This combination of pipe examination and testing data in conjunction with previous pipe break studies supports PVC as a sustainable pipe material, confirming a 100+ year benchmark as an industry standard.

# MAJOR FINDINGS

The comprehensive nature of this study has provided several national recommendations and rules of thumb which utilities can use for benchmarking and procurement purposes.

**1** Dig-up test results in the U.S. and around the world indicate that PVC pipe can be expected to provide reliable service in excess of 100 years.

**2** The average water main is failing at 47 years. Corrosion is the major cause.

**3** Utilities using non-corrodible pipe materials are able to reduce the number of water main breaks.

**4** Many utilities still have the ability to reduce water main breaks and to reduce O&M costs by utilizing non-corrodible pipes in their replacement and procurement strategies.

**5** Internationally, PVC dig-up reports support the previous findings of PVC having the lowest water main break-rate.

**6** Improved installation and inspection practices have been shown to contribute to lower failure rates and increased pipe longevity and affordability.

**7** Dig-up studies on PVC pipe materials around the world report no degradation after decades of operational service.

**8** Recently excavated PVC pipes, some nearly 50 years old, were tested by Utah State University and met all applicable standards. They are expected to easily exceed 100 years of service life.

**9** PVC pipes offer a high degree of resilience in freezing conditions and after 25 years meet virtually all new pipe requirements.

**10** PVC pressure pipes exhumed after being in operation for almost 30 years have not suffered any loss of strength. All tested pipes would be expected to exceed a 100 year life under normal operating conditions.

**11** After over 35 years of operation, PVC pipes have virtually no change in mechanical properties due to ageing. Both ductility and resistance to internal pressure are still on the same level as new pipes.

**12** Based on stress regression, slow crack growth and fatigue testing, the service life of PVC pressure pipe should exceed 100 years.

**13** The Water Research Foundation reported that 100 years is a conservative estimate for a properly designed and installed PVC pipe.

**14** Life cycle costing provides a basis to financially evaluate pipe selection over a 100 year period.

**15** Including the realistic costs of corrosion control mitigation* for ductile iron pipes over the 100 year period for all pipe sizes is critical in developing a comparable evaluation of PVC pipe costs and ductile iron pipe costs.

\* *Corrosion mitigation methods approved by the National Association of Corrosion Engineers*

>>> **7**

# AUSTRALIAN TESTING DEMONSTRATES **NO PIPE DEGRADATION** AFTER 30 YEARS

The testing methodology used by Stahmer (10) takes into consideration the field performance of the PVC pressure pipes as well as the actual testing based on the Australian Standards. The pipes which were exhumed in 1996 after 25 years of operation were subjected to the following tests:

**1** Resistance to flattening was carried out by placing short sections of pipe between parallel plates and deflecting to 40% of the original diameter. The sections were then inspected for any damage or fracture. Test Method: Australian Standard AS 1462.2

**2** Resistance to impact was performed using a weight falling 2 m. A failure is recoded if there was any fracture evident in the specimen at the conclusion of the test. The size of the weight varies with the size of the pipe in the manner described in the product standard. Test Method: Australian Standard AS 1462.3

**3** The dispersion of the resin in the pipes was assessed on samples approximately 0.02 mm thick under low power magnification.

**4** Tensile properties of the PVC were determined on four pipe samples, using the average of five determinations for each. Test Method: ASTM D638M.

**5** The fracture toughness of the pipes was determined using the notched C-ring method. For each of the pipes tested, a series of C-rings was prepared and tested under a range of applied stresses. The stress and time-to-failure were recorded for each and the fracture toughness versus the time-to-failure was plotted. Test Method: Australian Standard Draft No. 2570.

It was reported that these PVC pressure pipes were installed in a variety of terrains including sandy soil and solid limestone. The performance was reported to have been satisfactory in all situations. In addition, the pipes in the system traverse both roads and rail lines. In neither instance was the pressure class of the pipe upgraded to accommodate the dynamic loads imposed by passing road traffic or trains. Nevertheless, no failures have been reported as a consequence of dynamic loading.

The long-term performance of the system has been clearly dependent upon the initial pipe quality, handling and installation. *Degradation of the PVC material has not occurred.* For the four pipes tested, both the tensile strength at yield and elongation-at-break were essentially the same. Moreover, the results are the same as expected for contemporary pipes tested at the time of manufacture. Thus it can be concluded there has been *no degradation in the strength or elongation characteristics of the PVC during the service life of the pipes. The exhumed pipes have not suffered any loss of strength as a consequence of operating under pressure for almost 30 years.*

These results showed there was no deterioration in the fracture toughness during a service life approaching 30 years. A number of studies have been made of exhumed PVC pipes in order to test the premise that material degradation is neither occurring nor adversely affecting potential service life. The findings of the Australian pipe testing support the earlier works by Lancashire (11), Bauer (12) and Alferink et al (13).

Numerous studies on the fatigue failure characteristics of PVC pipe have been conducted. In 2005 Whittle and Teo (14) summarized previous research and conducted rotating beam experiments with notched PVC specimens and were able to match fatigue failure test results from pressure cycling PVC pipes. Their results show that an endurance limit exists in PVC-U pipes such that stress amplitudes less than 2.5 MPa (362 psi) would have negligible effect on the life of a pipe. This stress range is well below that expected in a typical municipal water system.

The Water Research Foundation funded a study published in 2005 titled "Long-Term Performance Predictions for PVC Pipes," Burn, et. al. (7). This report has a comprehensive review of methods to analyze the expected life of PVC pipe. *They report that 100 years is a conservative estimate for a "properly designed and installed pipe."* A detailed survey was sent out to 44 water utilities in Australia, Canada, and the USA. Of the 44 participants, 17 water utilities provided detailed data. This provided a benchmark for failure models developed. Fracture mechanics-based models were produced to predict the conditions under which pipe failure will occur in service. These models were calibrated against failure rates recorded in a number of North American and Australian utilities.



# UNITED KINGDOM & EUROPEAN STUDIES RESULT IN PIPE LIFE IN EXCESS OF 100 YEARS

In 1985, Lancashire (11) investigated whether the performance of PVC-U pipe is affected by time in service. Lancashire studied PVC water pipes exhumed after 4 to 16 years' service and concluded that ageing was not a significant factor influencing the performance of the pipes. Material quality, particularly good gelation and small size of inclusions, was found to have the overwhelming influence on performance. The pipes were 4 inch, Class C (operating pressure 9 bar) from a single manufacturer. They performed stress regression testing and concluded that initial pipe quality is the overriding influence in determining pipe performance. *All of the pipes tested would be expected to exceed a 100 year life under normal operating conditions.*

In 1996, Alferink et al (13) tested exhumed PVC pressure pipes ranging up to 37 years of age. It was concluded there was virtually no change in the mechanical properties of the pipes due to ageing. The report summarized results of testing a total of 19 pipe samples. The tensile tests showed that the material modulus does not decrease with pipe age.  There did not appear to be any changes in tensile strength and impact strength with pipe age. Stress regression testing showed that PVC pipes after 35 years of service still were meeting CEN stress regression requirements. They concluded that "old PVC water pressure pipes still fulfill the most important functional requirements. *Ductility and resistance to internal pressure have been virtually unaffected by ageing, and are still on the same level as for new pipes.*"

Hülsmann (15) in 2004 reported tests on some of the first PVC pipes installed in Germany. One set of tests examined 15 pipe specimens exhumed after being in use for 23 years. They ranged in diameter from 20-48 mm (0.787-1.890 in) and were subjected to long term hydrostatic pressure testing. The testing was completed at 60°C and then the Arrhenius equation was used to scale the results back to 20°C. The extrapolation of the stress regression data was taken out to $10^6$ hours (114 years). Hülsmann concluded that under realistic conditions in the Bitterfeld location and at 4-5 bar (58-83 psi) water pressure, it may be assumed that another 100 years of safe operation could be expected. An additional nine pipe specimens, 4 coming from a 32.5 mm (1.28 in) pipe and 5 coming from a 25.2 mm (1.0 in) pipe, were in operation as potable water pipes for 53 years at 4-5 bar (58-83 psi) operation pressure.

The 9 samples were subjected to long term hydrostatic pressure tests at 60°C. An extrapolation of the stress regression data was to $10^6$ hours (114 years). They concluded these pipes would last another 100 years of operation even at 7 bar (102 psi) and 60°C (140°F) operating conditions.

If the temperature is between 20-40°C (68-104°F) and the operating pressure is doubled to 8-10 bar (116-145 psi), *the pipe would easily operate for 100 years as a potable water pipe with a safety factor of 1.5.*

The following year in 2005, Boersma and Breen (16) examined chemical and physical ageing of PVC pressure pipe. They defined chemical ageing by a change in the chemical structure of a polymer and physical ageing as a change in the physical structure. He notes that "Chemical ageing at 15°C seems not to have a significant influence on the quality of PVC water distribution pipes."  Physical ageing was investigated by examining the free volume relaxation by measuring yield stress. Accelerated aging of PVC pipe at 60°C leads to an increase in yield stress and thus yield stress is an indication of the pipe age. However, measured yield strength of pipes in service up to 30 years does not show any trends indicating changes in yield strength with pipe age. They concluded that "Physical ageing at 15°C seems not to have a significant influence on the quality of water distribution pipes." They also tested PVC pipes for stress regression, slow crack growth, and fatigue and concluded *that the service life of high quality PVC should exceed 100 years.*

In 2006, Breen (17) studied five excavated pressure pipe specimens produced between 1959 and 1997 with pipe diameters between 160 and 400 mm (6.3 and 15.7 inch). He performed chemical and physical ageing tests on the PVC along with tensile, burst test, slow crack growth, impact test, and fatigue measurements.  He concluded that the "existing PVC tap water pipe systems in the Netherlands will operate for at least 100 years provided that the internal and external loads do not result in hoop stresses which will exceed 12.5 MPa and that no micro-crack and mechanical damages are present in the PVC pipes."

# NORTH AMERICAN STUDIES STATE THAT **100 YEARS IS A CONSERVATIVE ESTIMATE**



**FIGURE 1 :** PHOTO OF SAMPLE #3 PRIOR TO STRUCTURAL INTEGRITY TESTING

Moser and Kellogg in 1994 (18) published an AWWARF funded survey of water utilities and performed impact and acetone immersion tests on 59 PVC pipe samples from 16 different utilities that were being installed in 1992. The samples provided came from ten different PVC pipe manufacturers. All of the samples passed the acetone immersion test and only four samples failed the impact tests. The survey results found some evidence of early PVC pipe failure but these problems usually occurred in the first year of operation and were usually attributed to improper pipe installation.

Moser and Folkman (19) reviewed previous studies of fatigue failure in PVC pipe and guidelines to prevent failures. They also conducted numerous pressure cycling tests of 6-inch PVC pipe and combined their results with previously reported data. Their results are currently the design guidelines presented in the AWWA C900 standard in Appendix B.

In 2013, Folkman and Barfuss (20) reported on quality control tests on PVC pipe that had been in use for a number of years. The pipes tested are summarized in Table 1 and had been in continuous use for between 20 and 49 years. Note that sample #1 was manufactured under an early commercial standard CS 256. In 1964, the CS 256 standard became ASTM D2241. The tests included pipe dimensions, acetone immersion, and pressure tests. The burst pressure test was used for samples #1 and #2 that were manufactured to CS 256 and ASTM D2241 standards and the hydrostatic integrity test was applied to sample #3 which was made to the AWWA C905 standard. Table 2 lists the specifications used for these quality control tests. All three samples passed all of the quality control tests. Figure 1 is a photograph of Sample #3 prior to the hydrostatic integrity test.

**TABLE 1 :** Description of PVC Pipe Tested at USU

| | SAMPLE #1 | SAMPLE #2 | SAMPLE #3 |
|---|---|---|---|
| **SIZE, DR** | 4 INCH, SDR21 | 4 INCH, SDR21 | 24 INCH, DR18 |
| **USAGE** | WATER MAIN | WATER MAIN | SEWER FORCEMAIN |
| **MANUFACTURING STANDARD** | CS 256 | ASTM D2241 | AWWA C905 |
| **YEAR INSTALLED AGE** | 1964 | 1987 | EARLY 1990'S |
| **YEAR EXCAVATED** | 2012 | 2012 | 2012 |
| **YEARS IN SERVICE** | 49 YEARS | 26 YEARS | ~20 YEARS |

**TABLE 2 :** Quality Control Test Specifications

| TEST | TEST CONDITIONS | APPLICABLE STANDARDS |
|---|---|---|
| **PIPE DIMENSIONS** | 6 SPECIMENS @ 8 POINTS | AWWA C905 & ASTM D2122 |
| **ACETONE IMMERSION** | 8 SAMPLES | ASTM D2152 |
| **BURST PRESSURE** | 1 SPECIMEN, 630 PSI IN 60 SEC | ASTM D2241 & D1599 |
| **HYDROSTATIC INTEGRITY** | 1 SPECIMEN, 470 PSI IN 60 SEC | AWWA C905 & ASTM D1599 |

# DIG-UP TEST RESULTS SUMMARY

Accelerated ageing studies all indicate that PVC pressure pipe can be expected to provide reliable service in excess of 100 years. Accelerated ageing tests provide the best estimates a laboratory can provide for longevity. Validation of PVC expected long-term performance with exhumed samples provides confidence to the end user. With many installations of PVC pipe reaching 50 years with no indication of loss of capacity, this provides further validation of PVC pipe's long life.

Examples can be found of PVC pipe failures with very short life spans. When an early PVC failure occurs, it has been the experience of the author that there will be two possible causes. The failure could be due to a defective pipe usually caused by incomplete gelation of the PVC. Quality control tests by manufacturers on each lot of pipe should prevent this occurrence. The primary cause of early PVC pipe failure is improper installation procedures. Regardless of the pipe material chosen, a quality installation procedure will provide enhanced pipe life.



# SEWER PIPE STUDIES

Bauer (22) tested PVC sewer pipe exhumed after 15 years of service and in 1990 reported on tests that no measurable degradation of the material occurred in this period. In particular it was reported that there was *no embrittlement and no decrease in modulus or pipe stiffness.*

Meerman (23) in 2008 conducted inspections of sewer pipe up to 25 years old. A number of pipes were recovered from their service sites and subjected to a range of visual, microscopic and other test to assess their condition. The tests included: visual and microscopic inspections, geometrical analysis and deformations, and surface roughness and degradation. He concluded that the existing PVC sewer pipe systems will operate for at least 100 years.



# CONCLUSIONS AND RECOMMENDATONS

Our water and sewer underground infrastructure is now in decline after decades of service. The signs of distress surface daily as water mains break, creating floods and sink holes. The loss of service is more than an inconvenience, causing significant social and economic disruptions at ever increasing costs. The downturn of the economy has also given rise to new issues on the affordability of water services when the total price tag of regulatory issues and replacement costs are considered. These issues create a more complex environment for utility management, including an increased amount of public awareness and a greater demand for transparency and accountability. In an effort to provide solutions to these new utility business requirements, additional processes and tools are needed as part of the underground pipe infrastructure evaluation and selection process. This effort requires the attention of elected officials, the support of utility management and the involvement of engineering, financial and procurement resources to develop a new program for sustainability and affordability.

The first phase of gathering evidence of new solutions involved a study of pipes to quantify the occurrences of failing underground pipe networks namely water main break rates. Water main break rates are calculated for all pipe materials used in the transport of water to create a measurement to judge pipe performance and durability. Water main break rates can vary year to year and by utility. However, in aggregate, break rates produce a compelling story which can aid our prudent decision making as it relates to repairing and replacing our underground pipes.

The second phase to further support the water main break evidence involves reports and studies on "in service," excavated pipe testing. These results further the development of a case for performance and longevity review as well as contributing to financial costs analysis tools. Within the framework of this collective data including life cycle costs and asset management practices, many new standards of pipe evaluation selection can be performed. This methodology provides for greater understanding and acceptance of alternative materials to be used in the underground networks necessary to withstand corrosion and other environmental challenges facing every utility to some degree. Many utilities have fallen short in producing appropriate cost and life cycle comparison of pipe performance. This has occurred when insignificant statistical sampling is used, poor installation practices are assumed as local standards, modeling activities do not take into consideration the difference in material mechanics, and cost analysis omits the operational and maintenance cost of corrosion control programs both internal and external to the pipe.

As these recommendations continue to become accepted best practices for effectively managed utilities in both private and public operations, the nation as a whole can rebuild its basic water and sewer infrastructure and stand as a national treasure of innovation and industry with performance and longevity to extend beyond the next 100 years. This process can be achieved by applying correct tools and methodologies which can quantify the costs and demonstrate efforts towards achieving more affordable infrastructure choices without sacrificing quality or performance. The combination of research, testing, and analysis results in confirming a 100+ year benchmark standard for PVC pipes.

# EXHIBIT 31156

U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
CASE NO: 5:06-cv-0055-GW-PJW
US ex rel Hendrix
VS. J-M Mfg Co., Inc.
PLAINTIFF'S EXHIBIT 31156
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Proceedings of the 17th Plastic Pipes Conference
PPXVII
September 22-24, 2014, Chicago, Illinois, USA

# VALIDATION OF THE LONG LIFE OF PVC PIPES

Steven Folkman
Utah State University
Logan, UT, USA

## ABSTRACT

*Several analytical studies have estimated that PVC pipe can have a useful life of over 100 years. The earliest widespread use of PVC pipes was in Germany in the late 1930's. These early pipes lacked proper extrusion technology. Extrusion technology was greatly developed during the 1950's and 1960's. Use of PVC pipe in the USA started in the early 1960's. It was desired to try to validate the expected long life of PVC pipe. Recently, Utah State University conducted several tests on PVC pipes that had been in use between 20 and 49 years. The tests conducted include acetone immersion and burst pressure or hydrostatic integrity tests. The purpose of these tests was to examine if the pipe still met the quality control standards that were in place when they were manufactured. The results show that when the material has proper gelation, all of the quality control tests were successfully passed. This paper will also review these test results along with testing done by other researchers examining the long life expectancy of PVC pipe.*

## INTRODUCTION

In the United States and Canada, underground water infrastructure was installed during three main time periods because of the population growth in the 1800s, 1900–1945, and post 1945. Pipes made of iron constructed in each of these three eras will all start to fail at nearly the same time over the next couple of decades due to the corrosion of the iron pipes. Additionally, the life span of the materials used since the 1960's has changed. Grey cast iron pipes are no longer manufactured and the new ductile iron material has been made thinner to reduce costs, but as a result, the pipe life expectancy has become shorter with each new investment cycle (1). In 2013, the American Society of Civil Engineers issued a USA Infrastructure Report Card and gave an overall "D" grade to drinking water and wastewater infrastructure which included the piping infrastructure. In an update to the "Dawn of Replacement" (2), AWWA has published "Buried No Longer" which states "More than a million miles of pipes are nearing the end of its useful life and approaching the age at which it needs to be replaced" (3). These water pipe replacement costs combined with projected expansion costs will exceed $1 trillion over the next couple of decades. The cost of underground pipe infrastructure is only 60% of the US water industry's total funding requirement. In additional, sewer and storm drain funding needs also drive up the cost burden on rate payers. Municipalities continue to struggle with balancing water service affordability against the rise in service interruptions and declining water quality. With the introduction of piping materials such as PVC, utilities were able to address the issue of iron pipe degradation due to corrosion.

Infrastructure asset management is an approach which can help utilities bring together the concepts, tools, and techniques to manage assets at an acceptable service level at the lowest life-cycle cost. Asset management practices applied to underground infrastructure help utilities understand the timing and costs associated with replacement activities. The knowledge gained from these efforts also helps in the development of effective pipe material selection through comparative financial analysis called "life cycle costing" as part of the replacement strategies and funding plans. Understanding the longevity of a pipe improves the ability for management to make better infrastructure investment decisions with improved affordability results for customers.

Copyright © 2014 by PPCA

steel and asbestos cement pipes. Corrosion was indicated as the primary cause of failure. PVC currently represents about 23% of the total length of pipe installed in US water systems. PVC dominates the rural water systems and the sewer underground infrastructure. The report also found that 8.4% of water mains are described as beyond their useful life.  The average age of failing water mains is 47 years.

## THE DIG-UP REPORTS: EVIDENCE OF PERFORMANCE AND LONGEVITY

Dig-up reports have occurred globally, but mainly occurring in Australia, Europe, Canada and the United States. In these reports, the pipes were subjected to a range of mechanical tests in order to assess whether there had been any deterioration during their service. Dig-up reports are valuable because they show results from pipe installed by contractors and in use for decades. Laboratory testing has a difficult time simulating real world installation and operation conditions.

## UNITED KINGDOM AND EUROPEAN STUDIES

In 1985, Lancashire (10) investigated whether the performance of PVC-U pipe is affected by time in service. Lancashire studied PVC water pipes exhumed after 4 to 16 years' service and concluded that ageing was not a significant factor influencing the performance of the pipes. Material quality, particularly good gelation and small size of inclusions, was found to have the overwhelming influence on performance. The pipes were 4 inch, Class C (operating pressure 9 bar) from a single manufacturer. They performed stress regression testing and concluded that initial pipe quality is the overriding influence in determining pipe performance.  All of the pipes tested would be expected to exceed a 100 year life under normal operating conditions.

In 1996, Alferink et al (11) tested exhumed PVC pressure pipes ranging up to 37 years of age. It was concluded there was virtually no change in the mechanical properties of the pipes due to ageing. The report summarized results of testing a total of 19 pipe samples. The tensile tests showed that the material modulus does not decrease with pipe age.  There did not appear to be any changes in tensile strength and impact strength with pipe age. Stress regression testing showed that PVC pipes after 35 years of service still were meeting CEN stress regression requirements. They concluded that "old PVC water pressure pipes still fulfill the most important functional requirements.  Ductility and resistance to internal pressure have been virtually unaffected by ageing, and are still on the same level as for new pipes."

Hülsmann (12) in 2004 reported on tests of some of the first PVC pipes installed in Germany. One set of tests examined 15 pipe specimens were exhumed after being in use for 23 years. They ranged in diameter from 20-48 mm (0.787-1.890 in) and were subjected to long term hydrostatic pressure testing. The testing was completed at 60°C and then the Arrhenius equation was used to scale the results back to 20°C. The extrapolation of the stress regression data was taken out to $10^6$ hours (114 years). Hülsmann concluded that under realistic conditions in the Bitterfeld location and at 4-5 bar (58-83 psi) water pressure, it may be assumed that another 100 years of safe operation could be expected.  An additional nine pipe specimens, 4 coming from a 32.5 mm (1.28 in) pipe and 5 coming from a 25.2 mm (1.0 in) pipe, were in operation as potable water pipes for 53 years at 4-5 bar (58-83 psi) operation pressure. The 9 samples were subjected to long term hydrostatic pressure test at 60°C. An extrapolation of the stress regression data was to $10^6$ hours (114 years). In conclusion, these pipes would last another 100 years of operation even at 7 bar (102 psi) and 60°C (140°F) operating conditions. If the temperature is between 20-40°C (68-104°F) and the operating pressure is doubled to 8-10 bar (116-145 psi), the pipe would easily operate for 100 years as a potable water pipe with a safety factor of 1.5.

The following year in 2005, Boersma and Breen (13) examined chemical and physical ageing of PVC pressure pipe. They defined chemical ageing by a change in the chemical structure of a polymer and physical ageing as a change in the physical structure. He notes that "Chemical ageing at 15°C seems not to have a significant influence on the quality of PVC water distribution pipes."  Physical ageing was investigated by examining the free volume relaxation by measuring yield stress. Accelerated aging of PVC pipe at 60°C leads to an increase in yield stress and thus yield stress is an indication of the pipe age. However, measured yield strength of pipes in service up to 30 years does not show any trends indicating changes in yield strength with pipe age. He concluded that "Physical ageing at 15°C seems not

3

Copyright © 2014 by PPCA

to have a significant influence on the quality of water distribution pipes." They also tested PVC pipes for craze initiation, stress regression, slow crack growth, and fatigue and concluded that the service life of high quality PVC should exceed 100 years.

In 2006, Breen (14) studied five excavated pressure pipe specimens produced between 1959 and 1997 with pipe diameters between 160 and 400 mm (6.3 and 15.7 inch).  He performed chemical and physical ageing tests on the PVC along with tensile, craze initiation, burst test, slow crack growth, impact test, and fatigue measurements.  He concluded that the "existing PVC tap water pipe systems in the Netherlands will operate for at least 100 years provided that the internal and external loads do not result in hoop stresses which will exceed 12.5 MPa and that no micro-crack and mechanical damages are present in the PVC pipes."

## AUSTRALIAN TESTING SHOWS NO PIPE DEGRADATION AFTER 30 YEARS

The testing methodology used by Stahmer and Whittle (15) takes into consideration the field performance of the PVC pressure pipes as well as the actual testing based on the Australian Standards. The pipes which were exhumed in 1996 after 25 years of operation were subjected to the following tests:

- Resistance to flattening per Australian Standard AS 1462.2
- Resistance to impact per Australian Standard AS 1462.3
- The dispersion of the resin in the pipes was assessed on samples approximately 0.02 mm thick under low power magnification.
- Tensile properties of the PVC were determined on four pipe samples, using the average of five determinations for each.
- The fracture toughness of the pipes was determined using the notched C-ring method per Australian Standard Draft No. 2570.

It was reported that these PVC pressure pipes were installed in a variety of terrains including sandy soil and solid limestone. The performance was reported to have been satisfactory in all situations. In addition, the pipes in the system traverse both roads and rail lines. In neither instance was the pressure class of the pipe upgraded to accommodate the dynamic loads imposed by passing road traffic or trains. Nevertheless, no failures have been reported as a consequence of dynamic loading. The long-term performance of the system has been clearly dependent upon the initial pipe quality, handling and installation. Degradation of the PVC material has not occurred. For the four pipes tested, the tensile strength at yield and elongation-at-break were essentially the same. Moreover, the results are the same as expected for contemporary pipes tested at the time of manufacture. Thus it can be concluded there has been no degradation in the strength or elongation characteristics of the PVC during the service life of the pipes. The exhumed pipes have not suffered any loss of strength as a consequence of operating under pressure for almost 30 years.

These results imply there has been no deterioration in the fracture toughness during a service life approaching 30 years. A number of studies have been made of exhumed PVC pipes in order to test the premise that material degradation is neither occurring nor adversely affecting potential service life. The findings of the Australian pipe testing support the earlier works by Lancashire (10), Alferink et al (11) and Bauer (16).

Numerous studies on the fatigue failure characteristics of PVC pipe have been conducted. In 2005 Whittle and Teo (17) summarized previous research and conducted rotating beam experiments with notched PVC specimens and were able to match fatigue failure test results from pressure cycling PVC pipes.  Their results show that an endurance limit exists in PVC-U pipes such that stress amplitudes less than 2.5 MPa (362 psi) would have negligible effect on the life of a pipe.  This stress range is well below that expected in a typical municipal water system.

The Water Research Foundation funded a study published in 2005 titled "Long-Term Performance Predictions for PVC Pipes," Burn, et. al. (9).  This report is a comprehensive review of methods to analyze the expected life of PVC pipe. They report that 100 years is a conservative estimate for a "properly designed and installed pipe." A survey was sent out to 44 water utilities in Australia, Canada, and the USA. Of the 44 participants, 17 water utilities provided detailed data. Fracture mechanics-based

                    Copyright © 2014 by PPCA

It is significant to note that this was the second round of testing performed on sample #1. In 1987 Eckstein (22) reported that samples of this pipe was excavated in 1987 after 22 years of use and subjected to chemical extractant tests for water quality, stress regression tests per ASTM D1598 and D2837, acetone immersion testing per ASTM D2152, flattening tests per ASTM D2412, and impact resistance tests per ASTM D2444. All of these quality control tests were passed. The latest round of testing of sample #1 verifies that the ability of the 49 year-old pipe to perform its intended purpose has not changed. The pipe has the same water pressure capacity it had when it was first installed 49 years previously.

## DIG-UP TEST RESULT SUMMARY
Accelerated ageing studies all indicate that PVC pressure pipe can be expected to provide reliable service for in excess of 100 years. Accelerated ageing tests provide the best estimates a laboratory can provide for longevity.  Validation of PVC expected long term performance with exhumed samples provides additional confidence to the end user.  With many installations of PVC pipe reaching 50 years with no indication of loss of capacity, this provides further validation of PVC pipe's long life.

Examples can be found of PVC pipe failures with very short life spans. When an early PVC failure occurs, it has been the experience of the author that there will be two possible causes. The failure could be due to a defective pipe usually caused by incomplete gelation of the PVC. Quality control tests by manufacturers on each lot of pipe should prevent this occurrence. The primary cause of early PVC pipe failure is improper installation procedures. Regardless of the pipe material chosen, a quality installation procedure will provide enhanced pipe life.

## SEWER PIPE STUDIES
Bauer (16) tested PVC sewer pipe exhumed after 15 years of service and in 1990 reported on tests that no measurable degradation of the material occurred in this period. In particular it was reported that there was no embrittlement and no decrease in modulus or pipe stiffness.

Meerman (23) in 2008 conducted inspections of sewer pipe up to 25 years old. A number of pipes were recovered from their service sites and subjected to a range of visual, microscopic and other test to assess their condition. The tests included: visual and microscopic inspections, geometrical analysis and deformations, and surface roughness and degradation. He concluded that the existing PVC sewer pipe systems will operate for at least 100 years.

## CONCLUSION AND RECOMMENDATIONS
Our water and sewer underground infrastructure is now in decline after decades of service. The signs of distress surface daily as water mains break, creating floods and sink holes. The loss of service is more than an inconvenience, causing significant social and economic disruptions at ever increasing costs. The downturn of the economy has also given rise to new issues on the affordability of water services when total price tag of regulatory issues and replacement costs are considered. These issues create a more complex environment for utility management, including an increased amount of public awareness and a greater demand for transparency and accountability. In an effort to provide solutions to these new utility business requirements, additional processes and tools are needed as part of the underground pipe infrastructure evaluation and selection process. Many utilities have fallen short in producing appropriate cost and life cycle comparison of pipe performance. When PVC pipes are included in life cycle costing with accurate expected life assumptions, utilities will see significant possible savings.

As previously mentioned, the average age of a failing water main is 47 years. This is unacceptable and unsustainable. Studies on the expected life of PVC pipe from researchers around the world consistently has confirmed a 100+ year benchmark for PVC pipes. These results are based on "dig-up" studies of pipe in use and installed by contractors. All pipe installations, regardless of the pipe material, require a quality installation. Attention to installation will pay dividends in terms of extended life.

## ACKNOWLEDGMENTS
Partial support of this project was provided by Uni-Bell PVC Pipe Association.

                     Copyright © 2014 by PPCA

# EXHIBIT 31157

PLAINTIFF'S TRIAL EXHIBIT
CASE NO. 5:06-cv-00055-GW-PJW
US ex rel Hendrix
VS. J-M Mfg Co., Inc.
PLAINTIFF'S EXHIBIT 31157
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



Sustainable**Solutions**
CORPORATION

**IERE**
Institute for Environmental
Research & Education

Chair, Independent Expert Review Panel
PVC Pipe LCA/Standards ISO 14040 Series
& EPD/ISO 14025 Standard

**NSF Sustainability**
*Sustainability Assured*

Verified LCA Conformity to Product
Category Rule and ISO 14025

# APRIL 2017

# LIFE CYCLE ASSESSMENT OF PVC WATER AND SEWER PIPE AND COMPARATIVE SUSTAINABILITY ANALYSIS OF PIPE MATERIALS

This study evaluates underground pipe infrastructure in the context of providing sustainable water and sewer service over a 100-year period: (1) with minimal risk of degrading water quality; (2) while reducing the costs of operations, maintenance and repair; and (3) by taking into consideration the variables which can influence pipe performance and service-level expectations. The report also provides relevant data which can assist utility officials with their asset management plans and life cycle cost assessments for different pipe materials.



# 1.0

## KEY FINDINGS OF THE PVC PIPE LCA AND SUSTAINABILITY REVIEW OF PIPE ATTRIBUTES

The *Life Cycle Assessment of PVC Water and Sewer Pipe and Comparative Sustainability Analysis of Pipe Materials* study combines two major components of sustainability analysis. First, this study documents the cumulative embodied energy of PVC pipe for each of its life cycle stages from cradle-to-grave. This creates a common platform to both discuss and compare aspects of the product's carbon footprint and its environmental impacts in scientific terms.

The second component takes into consideration the elements which can influence pipe performance and service level expectations. While manufacturers suggest a pipe life expectancy based on testing and manufacturing processes, utilities typically select a different service life in the installed environment. Service life is determined by design features, operational conditions, environmental conditions both inside and outside the pipe, and intended use. This study recognizes this fact and develops a performance-based service life for each pipe material. This performance-based service life in the installed environment focuses on the pipe's ability to deliver a sustained level of high water quality in a cost-effective manner. In order to accomplish this, the major pipe materials and environmental and sustainability variables were considered. This includes an in-depth review of the two most common water pipe materials – PVC and ductile iron – as well as the specific attributes of other pipe materials. Sustainability, in terms of consistent water quality and delivery through underground pipe infrastructure, includes the variables of corrosion risk, climate impacts and energy costs. When determining a pipe material's service life, a 100-year system design life is used. When all of these elements are combined, monetized costs can be applied to better compare the results. The following provides highlights of key findings of the overall study.

### 1.1 PVC Pipe's LCA Meets ISO Standards and the PVC Pipe EPD Provides Transparent Disclosure of the Environmental Impacts

► The PVC pipe LCA provides a comprehensive and transparent life cycle assessment and sustainability review to the North American water and sewer industry.

► The PVC pipe LCA contains the required cradle-to-grave life cycle stages which include:

▷ Extraction and processing of raw materials

▷ Manufacturing

▷ Transportation and distribution

▷ Installation, use and maintenance

▷ Recycling and final disposal

► By including the impacts throughout the product life cycle, the LCA provides a comprehensive view of the environmental aspects of the product and an accurate picture of the environmental tradeoffs in product selection.

► Pipe life cycle assessments are based on a minimum 100-year design life benchmark due to the very long asset life of pipe infrastructure.

► LCA is a more comprehensive and transparent analysis of the environmental impacts of a product throughout its life and is a much better indicator of environmental performance than single attribute claims like recycled content. Some materials, like metal, require large amounts of energy to recycle; and in the process emit additional toxic emissions compared to non-recycled primary metal production.

12

LIFE CYCLE ASSESSMENT OF PVC WATER AND SEWER PIPE AND COMPARATIVE SUSTAINABILITY ANALYSIS OF PIPE MATERIALS

Case study: Life Cycle Assessment of PVC Water and Sewer Pipe and Comparative Sustainability Analysis of Pipe Materials: Page ID #:140828

► The Institute for Market Transformation to Sustainability's SMaRT Certification for ductile iron and vitrified clay pipes (VCP) does not provide complete transparency for environmental certification.

  ▷ No life cycle environmental information about the products is disclosed, preventing comparability with other pipe materials.

  ▷ Without transparent disclosure of environmental impact data, it is not clear if ductile iron pipe corrosion mitigation treatments such as cement lining and other additives to reduce corrosion are included in the analysis or certification of the pipe.

  ▷ SMaRT Certification requires that dioxins are not produced during manufacturing; however, the manufacturing of ductile iron pipe produces dioxins.

## 1.2 Pipe Service Life Assumptions Are Critical in Life Cycle Analysis

► When evaluating the sustainability of piping products for life cycle design, it is important to understand and evaluate the life cycle impacts of all materials used in the piping system.

► This PVC pipe LCA study supports the efforts of asset management best practices and concepts that strive to reduce the life cycle costs of underground water, sewer and storm sewer assets while maintaining performance and reliable service levels, protecting water quality and minimizing water main breaks, water loss, infiltration and pavement repairs.

► Pipe manufacturers market various pipe materials with an estimated life. This "estimated" life does not represent the point at which pipe performance may begin to fail to meet intended service levels.

► This study considers the various literature and manufacturers' estimated pipe life, but it also incorporates the practical evidence of industry pipe failure trends and dig-up studies to attribute a real-life pipe performance age to be used in the 100-year evaluation period.

  ▷ As an example, iron pipe has been used in water distribution systems for over 100 years. With up to an 80% water loss, the pipe's practical service life expired decades before. When a pipe is operated beyond its service life, the results are: higher costs for water treatment and pumping, increased customer water bills, more property damage claims, and risk to both water quality for customer and trust for public officials.

► This study provides some examples of 50-, 75- and 100-year service lives to assist utility operators in understanding the modeling assumptions used in this study.

► PVC pipe is assigned a 100-year service life based on 60 years of experience, extensive industry studies, dig-up field samples and historical data demonstrating low failure and water main break rates.

► A study of exhumed PVC sewer pipe estimated its service life between 100 and 300 years.

► PVC water pipe break rates reduce with time, whereas failures in corrosion-prone iron and concrete pipes increase over time, resulting in higher operating and maintenance costs.

► Based on data from existing literature and industry pipe failure trends, ductile iron (DI) and high density polyethylene (HDPE) pipes with thinner walls are not expected to last for 100 years due to internal/external corrosion and oxidation/ strain creep, respectively.

  ▷ For instance, thicker-walled cast iron pipe is often cited as having a 75- to 100-year physical life, yet during a good portion of the time it is in use, the pipe's performance may have significantly degraded because of internal and external corrosion and tuberculation, thereby impacting water quality and driving up pumping costs. Therefore, these pipes were operated inefficiently well past their service life.

► DI, like PVC, has been used for water and wastewater infrastructure for about 60 years. For this study, DI pipe is assigned a 50-year service life based on failure data of DI pipes and the fact that new ductile iron pipes have much thinner walls than older iron pipes and lack independent dig-up and pipe material testing studies.

► Metallic pipe systems require extensive condition assessment, corrosion surveys, corrosion protection systems and water quality testing.

► Since there is very little data on the actual longevity and performance of newer HDPE pipe with thinner walls, a 50-year service life was assumed due to the potential for oxidation, strain creep and reduced Safety Factor.

13

Case ID #:140829

Comparing LCA data is also difficult due to the inherent uncertainty and differences in parameters and data.

## 2.2.1 NSF/ANSI Standard 61 Certification Verifies No Vinyl Chloride Leaching from PVC Pipe

The EPA has found no instances of vinyl chloride leaching from gasketed PVC pipes manufactured in North America for water transmission and distribution in sizes 4 to 60 inches. According to a 2002 EPA study on permeation and leaching, some ungasketed (solvent cemented) PVC pipes less than 2 inches in diameter manufactured in the U.S. prior to 1977 experienced vinyl chloride leaching. However, no instances of vinyl chloride leaching from any North American PVC pipe manufactured post-1977 have ever been cited.[4]

It is important to understand what vinyl chloride leaching means and how it is regulated. U.S. states require public water supply products in contact with drinking water to be certified to NSF/ANSI 61 Drinking Water System Components - Health Effects. The standard was developed to measure and limit levels of chemical contaminants and impurities that are indirectly imparted to drinking water from products, components and materials used in drinking water systems. This standard sets a limit for the amount of residual vinyl chloride contained in PVC pipe and fittings and ensures all drinking water health and safety requirements are met. However, monitoring for vinyl chloride in water systems can be challenging since studies have shown that vinyl chloride can be a disinfection byproduct from chlorinated treatment systems.[5]

NSF/ANSI 61 requires residual vinyl chloride monomer (RVCM) measured in PVC pipe that is sold and installed in the U.S. to consistently be below 0.2 parts per billion, which is one-tenth of the EPA's allowable level for drinking water. Modern PVC pipe consistently tests "Non-Detect" for vinyl chloride monomer.[6] NSF International led the development of the American national standards for all materials and products that treat or come in contact with drinking water. In 1990, the EPA replaced its own drinking water product advisory program with the NSF International standards.

## 2.2.2 PVC Pipe Longevity

The application of incorrect pipe characteristics, combined with a lack of PVC pipe system design knowledge, has understated the longevity of PVC pipe service lives. The American Water Works Association's *Buried No Longer* report inaccurately published a PVC pipe service life based on 1960-1970s perceptions.[7] Those perceptions have been disproven through extensive research, studies, and testing of PVC pipe life and performance.[8][9][10][11][12] The actual life expectancy of PVC water and sewer pipe has been found to be in excess of 100 years. Inaccurate pipe performance and life expectancy can overstate water asset management pipe replacement costs.[13] For water utilities with asset management programs, an inaccurate pipe life assumption will distort maintenance strategies, asset management plans and cost projections, resulting in overstated infrastructure replacement funding projections. This drives rate increases and a misalignment of long-term bond financing.

## 2.3  Redefining Sustainability and Water Quality

This comprehensive sustainability review sets a new benchmark standard with both clarity and transparency for U.S. and Canadian water, wastewater and stormwater pipe manufacturers, utility engineers and elected officials. It also redefines sustainability planning for underground pipe infrastructure.

Sustainability is the ability to maintain a certain level of performance, a resource or an operation for the long term. Sustainability includes an evaluation and focus on economic, environmental and social performance for an organization or a product. By considering the social and environmental features of a product, in addition to its financial and economic aspects, a balance can be met. Sustainability concerns are increasing as more than 50% of U.S. municipal water and wastewater infrastructure is nearing the end of its service life. According to a 2002 congressional study, corrosion costs U.S. water and wastewater systems over $50.7 billion annually. Since January 2000, the financial impact of corrosion on U.S. water and sewer infrastructure is more than $700 billion and climbing.[14] With over 300,000 water main breaks per year over the next ten years, municipal utilities have set the stage for over $532 billion in capital improvements to address deteriorating piping networks, sewer overflows and rising population demands for new water supplies.[15]

19

# 7.0

## PVC PIPE USE-PHASE AND PERFORMANCE

Underground water and sewer pipe infrastructure has a very long design life. The costs are significant to build these critical assets and are even greater if the pipe must be replaced during the system's design life. The system design process should focus on a long-term sustainable service life of products.

## 7.1    Pipe Life with a 100-Year Benchmark

The service life of PVC is expected to exceed 100 years.[51,52,53] Based on over 60 years of field experience and laboratory testing, a 100-year service life is used for PVC in this study. The service life of a product is the time over which the product can be used economically. The new standard or goal of a sustainable service life for underground pipe infrastructure is considered to be 100 years. When determining a pipe's service life, external and internal pipe performance measures and service levels must be taken into account. It is recommended that all future LCAs related to underground pipe materials use this 100-year benchmark.

In order to distribute potable water during its expected service life, water is pressurized and pumped through the pipe to be delivered to a destination at a specified volumetric flow rate. By traveling through the pipe, the water creates friction against the pipe walls causing pressure loss over the pipe distance. This friction requires pumping power to overcome this pressure head loss, adding significant costs to a system. This study analyzed the environmental impacts of this pumping energy. The average U.S. electrical grid was used to model these environmental impacts over a 100-year design life.

Table 7.1 and Figure 7.1 show the environmental impacts of the cradle-through-installation of 8-inch PVC DR25 pipe compared to the use-phase impacts for 100 years of pumping energy at a constant water flow of 336 gallons per minute (gpm), with a pump energy efficiency of 75%. The flow rate of 336 gpm is equal to a flow velocity of 2 feet per second (fps) in an 8-inch PVC DR25 pipe. Because water demand is based on volumetric flow rate, the same flow rate of 336 gpm was used for comparison of all the 8-inch PVC DR25 pipe alternatives. The same methodology was used for comparison of the 8-inch PVC DR18 and the 24-inch PVC DR25 pipe alternatives.

The use phase of the pipe life cycle dominates as the primary cause of environmental impacts of PVC pipe with the exception of smog which is primarily caused by production of electricity and burning of fuel in the pipe installation equipment and from raw materials extraction and production.





**FIGURE 8.1 : APPLYING THE "BATHTUB" THEORY TO DETERMINING PIPE SERVICE LIFE**

- - - - - - **Early "Infant Mortality" Failure**
———— **Observed Failure Rate**
———— **Constant (Random) Failures**
· · · · · · **Wear Out Failures**

One consideration in determining pipe service life includes the application of the bathtub theory. The bathtub theory is a function of the probability of failure with time and can take into consideration pipe failure data and field samples.

**41**

Another component of determining a service life is to assign a value to the various pipe materials for comparison purposes, which includes going beyond manufacturers' marketing claims and reviewing additional sources to better understand the expected service level of a pipe. The combination of performance and service delivery are critical in order to assign a value.[61] This takes into consideration when water main breaks begin to occur, water quality issues arise, or pipe degradation (internal and/or external) is a concern and needing attention. In these circumstances the pipe has effectively met its service life as a low cost managed asset and now its total life cycle cost or total cost of ownership will begin to drastically increase.

## 8.4.1 Service Life for Each Pipe Material

For the purposes of this 100-year modeling and evaluation of sustainable underground water infrastructure, the following pipe service lives have been assigned as shown in Table 8.3.

General Consideration for Assigning Pipe Lives:

▶ Historical failure/replacement data

▶ Average soil conditions in the U.S.

▶ Pipe thickness

▶ Corrosion rates

▶ Brittleness

▶ Water loss and infiltration

**TABLE 8.3 : SERVICE LIFE ASSUMPTIONS OF SELECTED PIPES FOR COMPARISON**

| Pipe Lives Before Replacement for LCA | | |
|---|---|---|
| Pipe Material | Standard | Service Life (Years) |
| PVC | AWWA C900 | 100 |
| PVC | AWWA C905 | 100 |
| PVC | ASTM D3034 | 100 |
| PVC | ASTM F679 | 100 |
| PVC | ASTM F794 | 100 |
| DI | AWWA C151 | 50 |
| DI | AWWA A746 | 50 |
| HDPE | AWWA C906 | 50 |
| HDPE | ASTM F2306 | 50 |
| PCCP | AWWA C301 | 75 |
| PP | ASTM F2736 | 50 |
| VCP | ASTM C700 | 50 |
| NRCP | ASTM C14 | 50 |

Refer to Section 9 for detailed discussion on assigned service lives.

### 8.4.2  PVC Pipe 100-Year Service Life

PVC has a service life of over 100 years for water, wastewater, and storm water applications, because it is not subject to corrosion. PVC has over 60 years of successful in-service pipe performance. The May 2014 *PVC Pipe Longevity Report: Affordability and the 100+ Year Benchmark Standard* by Dr. S. Folkman examined the lives of PVC water and wastewater piping.[62] The conclusions of this study were that the combination of research, field dig-ups, testing and analysis confirmed a 100+ year benchmark standard for PVC pipes. In Europe, dig ups and testing after 70 years of use confirm that PVC pipe will last in excess of 170 years.[63] According to the article, *Predicting the Residual Life of PVC Sewer Pipes* by A.J. Whittle and J. Tennakoon, a study based on the testing of exhumed PVC sewer pipe, the additional life expectancy for the PVC sewer pipe studied is a minimum of about 100 years and a "best value" of almost 300 years.[64] PVC sewer pipes that were also dug up and tested in Europe had similar results.[65] *An Examination of Innovative Methods Used in the Inspection of Wastewater Systems*, published by the Water Environment and Reuse Foundation (WERF) stated, "If a utility has primarily PVC pipes, it would be pointless to invest in an inspection system designed to measure the amount of wall loss due to corrosion."[66] Likewise, when a metallic pipe's complete unit cost is used, the total price tag would increase for both the capital cost and the operations and maintenance expenditures when corrosion control program costs are added. Pipe selection will drive the cost either up or down for a local community.[67]

### 8.5  Factors Influencing Service Lives of Water Pipes

There are many factors which influence the actual life of underground water infrastructure. Corrosion, in its various forms, is the leading cause of pipe failure in North America, creating a host of corrosion-related issues which impact service delivery and water quality. Other factors include oxidation induced failures caused by disinfection products used in water systems, excessive infiltration or exfiltration due to corrosion or leaking joints, and loss of flow capacity or greater pumping costs due to increased friction in the pipe or buildup of biosolids/tuberculation inside the pipe.

### 8.5.1  External Corrosion

Corrosion is the major risk and cause of water main breaks and pipe failures in the U.S. and needs to be considered when designing piping systems. The risk of various types of corrosion will always exist (climate change will only exacerbate this problem) and will always need to be monitored. Iron pipe corrosion will adversely impact water quality.[68] According to *Water Main Break Rates in the USA and Canada: A Comprehensive Study* by Dr. S. Folkman, 75% of all utilities have corrosive soil conditions.[69] The map in Figure 8.2 shows the potential for corrosion in the United States.



**FIGURE 8.2 : U.S. CORROSIVE SOILS MAP (CONUS POTENTIAL FOR STEEL CORROSION)**

**Steel Corrosion Potential**
- High
- Low
- Moderate

Case ID #.140833

Leakage from water infrastructure results in approximately 2.2 trillion gallons of water loss each year.[70] Most of this leakage is due to corroded and broken pipes. Corrosion and leakage increase pumping energy, can cause bacteria and other organisms to grow, and may result in the leaching of metals into the water supply. Studies estimate that PVC pipe has a life expectancy of over 100 years.[71] One reason for this longevity is that PVC pipe is resistant to both internal and external corrosion. In high pH soils, metal pipes are likely to corrode and fail well before the manufacturers' published life expectancy.

Ductile iron is most likely to fail between a 21 and 40-year period. Pits or holes from corrosion were identified as the largest cause of ductile iron pipe material failures. The service life of ductile iron pipe corresponds to impacts of low to moderate soil corrosion on unprotected pipe. Likewise, concrete pressure pipe also fails most commonly between 21 to 40 years, indicating that corrosive soils influence the service life of concrete as well. According to B. Cohen in *Fixing America's Crumbling Underground Water Infrastructure*, the early thicker-walled ductile iron pipes were expected to last 50-75 years.[72] However, a study of a utility in Wisconsin shows that 79% of DI pipes installed between 1953 and 1982 lasted only 25-50 years.[73] The National Research Council (NRC) was requested by the U.S. Bureau of Reclamation to evaluate the reliability of ductile iron pipe with polyethylene encasement and cathodic protection for a 50-year service life. The NRC concluded: "the committee does not find that the studies of DIPRA confirm that DI pipe with PE can meet the expected reliability of over 50 years of service life." [74]

In soils where there is a potential for corrosion, metal pipes such as ductile iron will need frequent replacement. According to a 2011 study by the AWWA Water Research Foundation, ductile iron pipes with the thinnest walls (representing the majority of metallic pipes sold) in moderately corrosive soils have a life expectancy of only 11 to 14 years.[75] If the same corrosion-prone pipe materials are used in high-risk soil and locations, and the pipe is replaced every 15 years over the course of 100 years, then the pipe would need to be replaced up to 7 times. This increases the embodied environmental impacts and the costs of the system commensurably by up to 7 times.

> *Corrosion, in its various forms, is the leading cause of pipe failure in North America, creating a host of corrosion-related issues which impact service delivery and water quality.*

## 8.5.2  Internal Corrosion

**Corrosion from Wastewater Sources**

Corrosion not only occurs from the external surroundings of a pipe, but may also occur internally from sewage, wastewater or other fluids or gases inside the pipe. For example, wastewater and sewage "…contain significant levels of biological and organic materials, including many bacteria that remain active in the waste streams. From a corrosion point of view, the most important types of bacteria are those that metabolize sulfur compounds because this microbiological activity can produce acidic chemicals that are corrosive to concrete and steel or iron. Some bacteria also oxidize ferrous ions to ferric ions, which makes the local environment more corrosive to carbon steel." [76]

The most common way these microorganisms affect wastewater streams is by growing colonies, creating a local environment that is acidic enough to dissolve concrete and to corrode steel and ductile iron. Another important commercial problem, due to the action of *Thiobacillus ferrooxidans* in particular, is the formation of highly insoluble, ferric oxyhydroxide mounds that can clog steel or iron pipes. Gaseous hydrogen sulfide ($H_2S$), the familiar "rotten egg" odor, is also formed, which acidifies surface moisture in headspaces of enclosed or covered structures, causing acidic corrosion of concrete or metal surfaces. $H_2S$ and oxygen combine to form polythionic acids – a weak form of sulfuric acid.

The wastewater industry takes corrosion and public health issues very seriously. An independent industry survey on wastewater collection pipe materials that provide the highest public benefits once in service was conducted in 2010 and 2012 and published in the *Trenchless Technologies Pipe Materials Guide* (the *Guide*).[77] The wastewater industry responded that longevity and service life were the most important factors in choosing pipe. Wastewater engineers consider pipe to not only be a transport medium but also an important public health barrier to possible contamination. Due to internal corrosive and caustic conditions, the *Guide* ranked PVC as the most commonly used pipe which achieves the longest service life over all other pipe materials including brick, clay, concrete, fiberglass, polymer concrete, polyethylene, cast iron, ductile iron and steel. PVC has been around for decades, and its non-corrosive material characteristics have made it widely accepted in the wastewater industry.[78]

43



**FIGURE A.2 : NRC CANADA PVC AND DI PIPE BREAK RATES**

74

A survey by Utah State University's Buried Structures Laboratory found that: [153]

▷ The average age of a failed pipe in the U.S. and Canada is 47 years.

▷ The cause for pipe failure depends on the pipe material.

▷ Corrosion does not cause PVC pipe failures.

▷ PVC pipe failures reduce with time.

▷ Ductile iron pipe failures increase with time due to corrosion.

"The failure rates are influenced by various factors like soil conditions, depth of installation, internal loads (operating and surge pressure), external loads (traffic and frost), temperature changes and bedding conditions."[154] PVC pipe has the lowest industry failure rates in the U.S. and Canada.[155]

Iron pipe fails primarily due to corrosion. According to a 2011 study by the AWWA Water Research Foundation, ductile iron pipes with the thinnest walls (representing the majority of metallic pipes sold) in moderately corrosive soils have a life expectancy of only 11 to 14 years.[156] "With corrosive soils affecting 75% of all U.S. water utilities, coupled with significant iron pipe wall thickness reductions over

the last century, iron pipe longevity has plummeted."[157] The AWWA Water Research Foundation confirms the life expectancy of PVC water pipes in excess of 110 years and a European study determined PVC pipe's longevity at 170 years.[158][159] Also, a new study by Utah State University's Buried Structures Laboratory supports PVC as a sustainable pipe material with a service life in excess of 100 years.[160]

▶ **Pressure Pipe Water Loss**

Water loss in pressure pipes has long been recognized and accounted for in water systems. Pipes subject to corrosion have had leakage from pitted pipe and leaking joints that have generated unmetered water loss and have created saturated trench lines. In the past repairs were undertaken only when the leaks reached the severity to create a pressurized stream above ground or caused a pavement failure. Unfortunately, there is little documentation of historic leak rates for the different pipe materials used in distribution systems. There is, however, documentation on failure rates of different pipe materials. The study *Water Main Break Rates in the USA and Canada: A Comprehensive Study* was used to identify the water main break loss volume per 100 feet.[161] Based on the water main break rates per 100 miles per year identified in the study, the water loss per 100 feet of pipe per year was calculated assuming a 240-minute time to shut off a break and a flow rate roughly equivalent to the flow produced at 2 feet per second (fps). The annual volume loss due to water main breaks for each pipe material was then converted to the 100-year embodied energy for the lost water using 1,410 kWh/million gallons determined by the study, *Embodied Energy of Lost Water: Evaluating the Energy Efficiency of Infrastructure Investments.*[162]

Water loss related to main breaks was considered in this study for the embodied energy calculations for pressure pipes. Water main breaks can have great variations in volume of water loss due to the size of the break and the time before the break is discovered and shut off. While there are many variables to take into consideration for leaks and breaks, for the purposes of this study the flow rate was assumed to be common to all pipe alternatives within each pressure class based on the volumetric flow rate for PVC pipe at 2 fps of velocity. As stated previously, all pipe break rate data to calculate water loss are listed in Figure A.1. The break rates used for DI pipe for this study are conservative per Table A.1 which shows that other studies assign a much higher break rate for ductile iron pipes.[163][164][165] Table A.2 provides the data, calculations and results for the 100-year water loss embodied energy for each pipe material.

# EXHIBIT 31158

**TNO Science and Industry**

UNITED STATES DISTRICT COURT CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT  31158

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                    Deputy Clerk

De Rondom 1
P.O. Box 6235
5600 HE  Eindhoven

**TNO report**

www.tno.nl

**MT-RAP-06-18693/mso**

T  +31 40 265 00 00
F  +31 40 265 03 01
info-IenT@tno.nl

Expected lifetime of existing PVC water
distribution systems
Management summary

| | |
|---|---|
| Date | May 15, 2006 |
| Author(s) | J. Breen |
| SponsorsAssignor | TNO co-fin.<br>Kiwa, Dyka, Pipelife, Wavin, LVM, Shin Etsu, Solvin |
| Project number | 007.63549 |
| Number of pages | 16 (incl. appendices) |

All rights reserved. No part of this report may be reproduced and/or published in any form by print, photoprint, microfilm or any other means without the previous written permission from TNO.

All information which is classified according to Dutch regulations shall be treated by the recipient in the same way as classified information of corresponding value in his own country. No part of this information will be disclosed to any third party.

In case this report was drafted on instructions, the rights and obligations of contracting parties are subject to either the Standard Conditions for Research Instructions given to TNO, or the relevant agreement concluded between the contracting parties. Submitting the report for inspection to parties who have a direct interest is permitted.

© 2006 TNO

TNO report | MT-RAP-06-18693/mso

*TNO cofinancing*

# Expected lifetime of existing PVC water systems; summary

## Issue

PVC water systems of Dyka, Pipelife and Wavin have been applied for several decades for the distribution of tap-water in the Netherlands. A test procedure was developed in the past to guarantee the lifetime of 50 years. Although it is common knowledge that the lifetime of PVC water systems will exceed 50 years under most service conditions, no fundamental evidence is available and procedures to quantify the residual lifetime of existing systems are not available.

The 50 years service period will be reached within some years for the PVC systems installed in the nineteen sixties in the Netherlands. The water companies are thus faced with the dilemma replacement or rehabilitation of PVC water systems in service for more than 50 years.

## Description of activities

An investigation was started on the residual lifetime expectance of existing PVC water systems in the Netherlands at TNO Science and Industry in co-operation with the producers of PVC water distribution systems Dyka, Pipelife and Wavin, the PV material manufacturers LVM, Shin-Etsu and Solvin and Kiwa as representative of the water companies.

No procedure was available for the quantification of the residual lifetime of existing PVC water pipes. The existing assessment methods for the 50 years lifetime start with newly produced PVC pipes. On the one hand, initial properties are determined and on the other hand long tem properties. The latter are obtained by performing experiments at elevated temperatures. This procedure is less appropriate for the existing PVC water systems, because exposure to elevated temperatures can counteract degradation processes occurred over the years. Moreover, initial properties, material properties, additives and processing will interfere with the evolution of the degradation processes.

The degradation processes, which influence the lifetime of the existing PVC water systems, have been evaluated and procedures have been developed to accelerated the degradation processes as representative as possible. The relevant degradation processes and the expected degradation after a service period of several decades have been compiled. The critical levels of the functional properties have been defined in combination with the installation, the soil conditions and service conditions. Methods to determine the functional properties have been worked out together with accelerated methods to quantify the evolving degradation processes. A residual lifetime has been determined for the PVC pipes studied from the experimental results obtained and applied extrapolation methods.

## Results and conclusions

The lifetime of a plastic product is determined by the intrinsic properties of the polymer applied, the processing of the polymer into a product and the final operation conditions. Although PVC is not very sensitive for chemical degradation, the chemical structure of a PVC polymer can deteriorate. The chemical reactions involved will ultimately result in chain scission and decrease of the functional properties. PVC is most vulnerable for chemical degradation during the processing from powder into a product. Chemical degradation is neutralized by the presence of a stabilization package. The remaining fraction of active stabilizer found the PVC pipes studied was sufficient to protect the corresponding PVC water pipe against chemical degradation for at least 100 years in the given application.

It was well-known that the processing of PVC powder into a PVC product is an essential step to realize optimum properties. However, a reliable method to determine the quality of the processing was developed in the nineteen seventies – nineteen eighties. The knowledge was obtained on the optimum level of gelation for the given application. A gelation level between 60 and 85 % will result in an optimum in properties as fracture toughness, strength, crack resistance and impact strength. Some materials from the nineteen seventies and nineteen eighties studied showed lower levels of gelation and a dramatic decrease in crack resistance after an accelerated physical ageing.

The expected residual lifetime of most of the PVC water pipes studied is at least 100 years, provided that the pipes are properly applied and that damages in the PVC pipe walls are less than 1 mm in depth.

The reliability of the lifetime of PVC water systems is strongly related to the uncertainty about the future loadings to be experienced by the PVC pipes. External loadings and non-uniform soil settlements can cause enormous local stresses in a PVC pipe and preliminary failure. A lifetime of less than 10 years is possible when a calamity occurs.

## Applicability

The results of this investigation are applicable for the long term assessment of the functional properties of PVC water systems, but also for other plastic distribution systems.

The owners and managers of water distribution systems now have methods to determine the crack resistance of parts of the existing PVC water distribution systems.

TNO report | MT-RAP-06-18693/mso

*TNO cofinancing*



Fig. 4.2 Measured vertical deflections after well (top) and poor (bottom) compaction.

The mechanical degradation was investigated within this project on specimens cut from excavated and recently produced PVC pipes as received and after accelerated ageing by tensile, craze initiation, burst test, slow crack growth, impact test and fatigue measurements. These measurements resulted in critical stress levels for damage initiation and growth. A reliable prediction on the (residual) lifetime is then possible provided that the operation conditions, external loads and internal stresses are estimated correctly and included in the prediction model.

The expected lifetime exceeds 100 years under the conditions that the stress in the PVC pipe wall will never exceed 12.5 MPa and no crack initiation or other mechanical damages have occurred in the PVC pipe yet.

All PVC systems studied will operate for at least 100 years under normal conditions with exception of some of the excavated PVC pipes studied from the nineteen seventies and nineteen eighties. Those exceptions can still have a lifetime of more than 100 years provided that they are operated under mild conditions, i.e. low water pressure, insignificant water pressure fluctuations, no digging activities, no installation of new connections or other stress raising phenomena.

As soon as the calculated curve representing the slow crack growth intersects the range of stresses as a result of operation conditions (e.g. water pressure), leakage of the PVC pipe system is predicted as a result of through the wall crack growth.

Figure 5.1 is representative for some of the PVC water pipes studied from the nineteen seventies and nineteen eighties.



Fig. 5.2 Schematic illustration of results of slow crack growth measurements for good quality PVC pipes.

Figure 5.2 represents a PVC pipe of good quality and is representative for most of the PVC water pipes excavated and studied. Here a certain gap remains between critical stress level for crack initiation and crack growth and the stresses due to external and internal loads. No failure is expected within a forthcoming period of 100 years, provided that calamities can be excluded.

# 6     Summary and conclusions

The TNO project "Long term performance prediction of existing PVC water distribution systems" was co financed by the partners Kiwa, Dyka, Pipelife, Wavin, LVM, Shin-Etsu and Solvin. Procedures to quantify the current situation and a model to predict the residual lifetime of existing PVC pipes were developed after some fundamental studies.

The ageing processes in the PVC pipe wall are of a chemical or physical nature. Although its nature is physical, the mechanical ageing process is considered independently. The mechanical degradation process is dominated by the initiation and the growth of crazes and cracks.

The chemical degradation rate in buried PVC pipes can be neglected provided that the existing PVC pipe systems all contain a considerable amount of non-consumed stabilizers. Therefore, it is concluded that the residual lifetime of PVC water distribution pipes is not limited by chemical degradation.

The physical ageing rate in the PVC pipe wall is a self retarding process, which will slowly evolved at soil temperatures in the range of 5-15 °C.
The influence of physical ageing is moderate for well-gelled PVC pipes. The resistance for slow crack growth will decrease very slowly in time.
The influence of physical ageing can become significant for poorly-gelled PVC pipes. The resistance to slow crack growth, which is already low for poorly-gelled PVC pipes, was shown to decrease significantly upon physical ageing.

The loading history can have resulted in some micro-cracks in the PVC pipe wall. The presence of micro-cracks in some of the excavated PVC pipes studied resulted in a reduction of the resistance to impact and fatigue loads.

In summary, it is concluded that the existing PVC tap water pipe systems in the Netherlands will operate for at least 100 years provided that the internal and external loads do not result in hoop stresses which will exceed 12.5 MPa and that no micro-cracks and mechanical damages are present in the PVC pipes.
The residual lifetime of existing PVC water pipe systems in particular when the PVC pipe is of marginal quality can be reduced by among others fatigue loads, the presence of micro-cracks and non-uniform ground settlements. Some of the excavated PVC water pipes from the nineteen seventies and nineteen eighties showed some marginal quality.

# EXHIBIT 31159

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT  31159

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

# 70 years of experience with PVC pipes

Thomas Hülsmann, European Vinyl Corporation (Deutschland) GmbH
Reinhard E. Nowack, ALPHACAN Omniplast GmbH

The demand for PVC has increased continuously in line with social development. Today, worldwide consumption is approaching 30 million tonnes per annum [1] and global growth is expected to be more than 4 % per annum. A significant proportion of this growth will be in PVC pipes, which make up about 27% of the market for PVC in Europe [2].

PVC pipes are used in a wide variety of applications, such as sewage, potable water, drainage and gas. In these areas plastics pipes often replace traditional materials. PVC continues to dominate the global plastics pipes market. In Europe, PVC use in pipes was 1.5 million tonnes, in 2002.

The roots of industrial PVC pipe production date back to the 1930`s. The first pipes were produced in 1934 in the Bitterfeld-Wolfen chemical industry area. These pipes were used for different applications such as potable water pipes, transparent food contact pipes (brewery applications) as well as industrial pipes (chemical laboratory and plant applications). The annual pipe production capacity reached about 480 to 600 tonnes in 1941 [3].

In parallel to the increasing production volumes the first standards for plastic pipes were developed and products were made to meet them.

Although the plastics industry is a relatively young materials segment, the production of industrial volumes of PVC polymer and PVC-U pipes is now about 70 years old, which is close to the predicted service lifetime of 100 years for PVC pipe applications.

After the reunification of East and West Germany in 1989 and the involvement of Omniplast with pipe production in Bitterfeld, it was possible to excavate and test PVC-U pipes from the early production years, as they were still in use in 1992/3.

A comprehensive series of tests on several of these old pipes and pipes produced in Troisdorf in the 1930´s and 1950´s was carried out, and the results compared against the current norms. The results provide an excellent basis on which to compare the data from the original long term pressure tests with actual results from 60 year old pipes.

This is not only an interesting reflection of the history of PVC pipe production and application as well as a confirmation of the long term performance predicted 60 years ago, but it is also an important contribution to future PVC pipe developments.

Although the "Bitterfeld pipes" from 1935 to 1940 are all different and were used in different areas, the variation in results is very similar to variation seen in the FNK round robin tests done in 1966 on one production batch; these also showed a variation of 3 decades in the burst pressure test [3]. Therefore the results of all single pipes from the Bitterfeld production have been compiled in one hydrostatic pressure test diagram (figure 4).

A comparison of the data from the pressure test with the requirements of the first standards (DIN 8061 and 8062) from 1941 indicate that even pipes from the first production years met these long term requirements although the results are below today's requirements and typical contemporary data (figure 4, line DIN 8061).

An extrapolation of the regression data from the early pipes results in data at $10^5$ h and burst stresses of 5 N/mm$^2$ and 4 N/mm$^2$ for the mean and lower confidence limit respectively. Even if the data are extrapolated to $10^6$ h (ca. 114 years) it results in minimum burst stress of 4.5 N/mm$^2$ and 3.5 N/mm$^2$ respectively. This indicates that, for example, pipe sample No. 14 at a safety factor of 1.5 and operating conditions of 11 bar and 40°C would last for more than 100 years. But this pipe has already been in use since 1938, i. e. for about 53 years, therefore the remaining lifetime is at a minimum another 50 years, based on the extrapolated 60°C-data. Under realistic conditions in Bitterfeld of 12 to 20°C and 4 to 5 bar it may be assumed that another 100 years of safe operation could be expected.



Figure 4:     60°C long term hydrostatic burst pressure test of 10 Bitterfeld pipes (samples B: 5.1 – 15.3)

8

The two pipe samples from production and use in Bitterfeld (samples C 24.1 – 25.5) were in operation as potable water pipes in houses for 53 years at 4 to 5 bar operating pressure. These 9 pipe samples were used for hydrostatic burst pressure tests at 60°C (table 3). The regression line from the long term hydrostatic pressure diagram, extrapolated to $10^6$ h indicates that a hoop stress of 2.8 N/mm$^2$ is predicted (figure 5). This demonstrates that these pipes would last another 100 years of operation even at 7 bar and 60°C operating conditions. If these data are plotted into an "Arrhenius diagram" then at temperatures between 20°C and 40°C, these pipes would last another 100 years operating at 9 to 14 bar with a safety factor of 1.5. This means that, even if the operating pressure was doubled to 8 or 10 bar this pipe would easily last the 100 years as a potable water pipe with a safety factor of 1.5.



Figure 5:      60°C long term hydrostatic burst pressure test of 2 Bitterfeld pipes (samples C: 24.1 – 25.5)

### 3.   Summary and outlook

All the results, even from the first produced PVC-U pipes which have a service life of about 50 years, demonstrate in an impressive way the excellent durability of these plastic pipes.

The development of PVC polymers, compound recipes and processing machinery for pipes production today results in much better long term performance of PVC-U pipes compared to the early PVC-U pipes, which is reflected also in the newer standards.

The best reflection of the positive experience and long term performance is the fact that, globally, PVC pipes are the most widely used plastics pipes.

9

# EXHIBIT 31160

# Long term performance prediction of existing PVC water distribution systems

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31160

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

**TNO Science and Industry**

A Boersma, **J Breen**



# Conclusions

- *Prediction service life of currently produced PVC water distribution pipes with the high quality control procedures on material, processing and stabilisation applied by Dyka, Pipelife and Wavin*

  *> 100 years*

- *Provided: good control during construction activities and service e.g.*
  - *Back fill of soil*
  - *Soil settlements*
  - *Water pressure*
  - *Magnitude and occurrence of water hammer*
  - *Ground works*



# Conclusions

- *Residual service life of PVC water distribution pipes in service not restricted to 50 years*

- *Residual service time determined by:*
  - *Material properties*
  - *Stabiliser package*
  - *External load of soil and traffic*
  - *Water pressure (water hammer)*
  - *Ground works*
  - *New connections*
- *Unforeseen conditions*



# EXHIBIT 31293

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31293

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

### HENDRIX V. J-M MANUFACTURING COMPANY, INC.
### PRESENT VALUE OF PROJECTED REPLACEMENT COST ESTIMATES

|       |                                      | HDB Test Results |            | QB Tests Results |
|-------|--------------------------------------|------------------|------------|------------------|
|       |                                      | 3830             | 3830       | 3830             |
|       |                                      | LTHS             | UCL        | LTHS             |
|       |                                      | (b)              | (c)        | (e)              |
| (1)   | Total Replacement Costs              | 47,027,203       | 47,027,203 | 47,027,203       |
| (2)   | Expected Failure Rate                | 27.27%           | 18.18%     | 43.87%           |
| (3)   | Expected Costs                       | 12,825,601       | 8,550,401  | 20,630,597       |
| (4)   | Avg Minimum Future "Useful Life"     | 21.31            | 58.24      | 28.96            |
| (5)   | Minimum Duration of Liabilities      | 7.31             | 44.24      | 14.96            |
| (6)   | Present Value Expected Costs         | 10,332,269       | 2,312,129  | 13,257,766       |
| (7)   | Expense Provision                    | 1,823,342        | 408,023    | 2,339,606        |
| (8)   | Indicated Policy Premium             | 12,155,611       | 2,720,151  | 15,597,372       |

NOTES:

(1) Total Replacement Cost for the Five Plaintiffs as presented in the Arcadis report.

(2) Percentage of Failing Pipe based on the Paschal (HDB) and Edwards (QB) test results.

(3) = Row (1) x Row (2).

(4) Represents Avg Time to Failure based on the Paschal (HDB) and Edwards (QB) test results.

(5) = Row (4) - Time Since Installation (14.0 years).

(6) = Row (3) x (1.0 + ROI) ^ [-Row (5)]; where ROI = 3.0%.

(7) = Row (8) - Row (6).

(8) = Row (6) / (1.0 - 15.0% Expense Provision).

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO: 5:06-cv-0555-GW-PJW
US ex rel Hendrix
VS. J-M Mfg Co., Inc.
PLAINTIFF'S EXHIBIT 31293-A
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

SGL-11
RENO
10/30/18

**HENDRIX V. J-M MANUFACTURING COMPANY, INC.**
**PRESENT VALUE OF PROJECTED REPLACEMENT COST ESTIMATES**

| | | HDB Test Results | | QB Tests Results |
|---|---|---|---|---|
| | | 3830 | 3830 | 3830 |
| | | LTHS | UCL | LTHS |
| | | (b) | (c) | (e) |
| (1) | Total Replacement Costs | 9,958,564 | 9,958,564 | 9,958,564 |
| (2) | Expected Failure Rate | 27.27% | 18.18% | 43.87% |
| (3) | Expected Costs | 2,715,972 | 1,810,648 | 4,368,772 |
| (4) | Avg Minimum Future "Useful Life" | 21.31 | 58.24 | 28.96 |
| (5) | Minimum Duration of Liabilities | 7.31 | 44.24 | 14.96 |
| (6) | Present Value Expected Costs | 2,187,980 | 489,620 | 2,807,488 |
| (7) | Expense Provision | 386,114 | 86,404 | 495,439 |
| (8) | Indicated Policy Premium | 2,574,094 | 576,024 | 3,302,927 |

NOTES:

(1) Total Replacement Cost for Reno Plaintiff as presented in the Arcadis report.

(2) Percentage of Failing Pipe based on the Paschal (HDB) and Edwards (QB) test results.

(3) = Row (1) x Row (2).

(4) Represents Avg Time to Failure based on the Paschal (HDB) and Edwards (QB) test results.

(5) = Row (4) - Time Since Installation (14.0 years).

(6) = Row (3) x (1.0 + ROI) ^ [-Row (5)]; where ROI = 3.0%.

(7) = Row (8) - Row (6).

(8) = Row (6) / (1.0 - 15.0% Expense Provision).

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO: 5:06-cv-0555-GW-PJW
US ex rel Hendrix
VS. J-M Mfg Co., Inc.
PLAINTIFF'S EXHIBIT 31293-B
DATE _____ IDEN.
DATE _____ EVID.
BY _____
          Deputy Clerk

SGL-11
CALLEGUAS
10/30/18

**HENDRIX V. J-M MANUFACTURING COMPANY, INC.**
**PRESENT VALUE OF PROJECTED REPLACEMENT COST ESTIMATES**

|  |  | HDB Test Results | | QB Tests Results |
|---|---|---|---|---|
|  |  | 3830 | 3830 | 3830 |
|  |  | LTHS | UCL | LTHS |
|  |  | (b) | (c) | (e) |
| (1) | Total Replacement Costs | 691,292 | 691,292 | 691,292 |
| (2) | Expected Failure Rate | 27.27% | 18.18% | 43.87% |
| (3) | Expected Costs | 188,534 | 125,689 | 303,266 |
| (4) | Avg Minimum Future "Useful Life" | 21.31 | 58.24 | 28.96 |
| (5) | Minimum Duration of Liabilities | 7.31 | 44.24 | 14.96 |
| (6) | Present Value Expected Costs | 151,883 | 33,988 | 194,887 |
| (7) | Expense Provision | 26,803 | 5,998 | 34,392 |
| (8) | Indicated Policy Premium | 178,685 | 39,986 | 229,279 |

NOTES:

(1) Total Replacement Cost for Calleguas Plaintiff as presented in the Arcadis report.

(2) Percentage of Failing Pipe based on the Paschal (HDB) and Edwards (QB) test results.

(3) = Row (1) x Row (2).

(4) Represents Avg Time to Failure based on the Paschal (HDB) and Edwards (QB) test results.

(5) = Row (4) - Time Since Installation (14.0 years).

(6) = Row (3) x (1.0 + ROI) ^ [-Row (5)]; where ROI = 3.0%.

(7) = Row (8) - Row (6).

(8) = Row (6) / (1.0 - 15.0% Expense Provision).

SGL-11
PALMDALE
10/30/18

**HENDRIX V. J-M MANUFACTURING COMPANY, INC.**
**PRESENT VALUE OF PROJECTED REPLACEMENT COST ESTIMATES**

| | | HDB Test Results | | QB Tests Results |
|---|---|---|---|---|
| | | 3830 | 3830 | 3830 |
| | | LTHS | UCL | LTHS |
| | | (b) | (c) | (e) |
| (1) | Total Replacement Costs | 24,902,009 | 24,902,009 | 24,902,009 |
| (2) | Expected Failure Rate | 27.27% | 18.18% | 43.87% |
| (3) | Expected Costs | 6,791,457 | 4,527,638 | 10,924,386 |
| (4) | Avg Minimum Future "Useful Life" | 21.31 | 58.24 | 28.96 |
| (5) | Minimum Duration of Liabilities | 7.31 | 44.24 | 14.96 |
| (6) | Present Value Expected Costs | 5,471,179 | 1,224,326 | 7,020,299 |
| (7) | Expense Provision | 965,502 | 216,058 | 1,238,876 |
| (8) | Indicated Policy Premium | 6,436,682 | 1,440,384 | 8,259,175 |

NOTES:

(1) Total Replacement Cost for the Palmdale Plaintiff as presented in the Arcadis report.

(2) Percentage of Failing Pipe based on the Paschal (HDB) and Edwards (QB) test results.

(3) = Row (1) x Row (2).

(4) Represents Avg Time to Failure based on the Paschal (HDB) and Edwards (QB) test results.

(5) = Row (4) - Time Since Installation (14.0 years).

(6) = Row (3) x (1.0 + ROI) ^ [-Row (5)]; where ROI = 3.0%.

(7) = Row (8) - Row (6).

(8) = Row (6) / (1.0 - 15.0% Expense Provision).

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT 31293-C

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT  31293-D

DATE _____ IDEN.

DATE _____ EVID.

BY _____
               Deputy Clerk

SGL-11
SOUTH TAHOE
10/30/18

## HENDRIX V. J-M MANUFACTURING COMPANY, INC.
## PRESENT VALUE OF PROJECTED REPLACEMENT COST ESTIMATES

|  |  | HDB Test Results | | QB Tests Results |
|---|---|---|---|---|
|  |  | 3830 | 3830 | 3830 |
|  |  | LTHS | UCL | LTHS |
|  |  | (b) | (c) | (e) |
| (1) | Total Replacement Costs | 10,210,135 | 10,210,135 | 10,210,135 |
| (2) | Expected Failure Rate | 27.27% | 18.18% | 43.87% |
| (3) | Expected Costs | 2,784,582 | 1,856,388 | 4,479,135 |
| (4) | Avg Minimum Future "Useful Life" | 21.31 | 58.24 | 28.96 |
| (5) | Minimum Duration of Liabilities | 7.31 | 44.24 | 14.96 |
| (6) | Present Value Expected Costs | 2,243,252 | 501,989 | 2,878,410 |
| (7) | Expense Provision | 395,868 | 88,586 | 507,955 |
| (8) | Indicated Policy Premium | 2,639,120 | 590,575 | 3,386,365 |

NOTES:

(1) Total Replacement Cost for South Tahoe Plaintiff as presented in the Arcadis report.

(2) Percentage of Failing Pipe based on the Paschal (HDB) and Edwards (QB) test results.

(3) = Row (1) x Row (2).

(4) Represents Avg Time to Failure based on the Paschal (HDB) and Edwards (QB) test results.

(5) = Row (4) - Time Since Installation (14.0 years).

(6) = Row (3) x (1.0 + ROI) ^ [-Row (5)]; where ROI = 3.0%.

(7) = Row (8) - Row (6).

(8) = Row (6) / (1.0 - 15.0% Expense Provision).

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO: 5:06-cv-0555-GW-PJW

US ex rel Hendrix

VS. J-M Mfg Co., Inc.

PLAINTIFF'S EXHIBIT  31293-E

DATE _____ IDEN.

DATE _____ EVID.

BY _____
            Deputy Clerk

## HENDRIX V. J-M MANUFACTURING COMPANY, INC.
### PRESENT VALUE OF PROJECTED REPLACEMENT COST ESTIMATES

|  |  | HDB Test Results | | QB Tests Results |
|---|---|---|---|---|
|  |  | 3830 | 3830 | 3830 |
|  |  | LTHS | UCL | LTHS |
|  |  | (b) | (c) | (e) |
| (1) | Total Replacement Costs | 1,265,203 | 1,265,203 | 1,265,203 |
| (2) | Expected Failure Rate | 27.27% | 18.18% | 43.87% |
| (3) | Expected Costs | 345,055 | 230,037 | 555,038 |
| (4) | Avg Minimum Future "Useful Life" | 21.31 | 58.24 | 28.96 |
| (5) | Minimum Duration of Liabilities | 7.31 | 44.24 | 14.96 |
| (6) | Present Value Expected Costs | 277,976 | 62,205 | 356,682 |
| (7) | Expense Provision | 49,055 | 10,977 | 62,944 |
| (8) | Indicated Policy Premium | 327,030 | 73,182 | 419,626 |

NOTES:

(1) Total Replacement Cost for Norfolk Plaintiff as presented in the Arcadis report.

(2) Percentage of Failing Pipe based on the Paschal (HDB) and Edwards (QB) test results.

(3) = Row (1) x Row (2).

(4) Represents Avg Time to Failure based on the Paschal (HDB) and Edwards (QB) test results.

(5) = Row (4) - Time Since Installation (14.0 years).

(6) = Row (3) x (1.0 + ROI) ^ [-Row (5)]; where ROI = 3.0%.

(7) = Row (8) - Row (6).

(8) = Row (6) / (1.0 - 15.0% Expense Provision).