ADAM PAUL LAXALT
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**
**(AND OTHER PLAINTIFFS/ATTORNEYS AS LISTED ON THE DOCKET)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel*. JOHN HENDRIX,<br><br>Plaintiffs,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>Defendants. | Case No. ED CV-06-00055-GW(PJWx)<br><br>Hon. George H. Wu<br><br>**JOINT STIPULATION RE: MODIFYING SCHEDULE FOR EXEMPLAR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:  December 21, 2020<br>Time:  8:30 a.m.<br>Location:  Courtroom 9D |

**REQUEST FOR MODIFIED SCHEDULE**

This Joint Stipulation and request is made and entered into by and between Exemplar Plaintiffs and Defendant J-M Manufacturing Company, Inc. ("J-M") by and through their respective counsel.

**IT IS HEREBY STIPULATED AND AGREED** by and between Exemplar Plaintiffs and J-M, and the Court's approval is requested, that the schedule for Exemplar Plaintiffs' motion for attorneys' fees be modified.  Presently, the schedule is the following (*see* ECF No. 2904):

- November 2, 2020 – Exemplar Plaintiffs' deadline to file motion
- November 23, 2020 – J-M's deadline to file papers in response
- December 7, 2020 – Exemplar Plaintiffs' deadline to file reply papers
- December 21, 2020 at 8:30 a.m. – Hearing on motion

The parties request that the schedule be modified to the following:

- November 4, 2020 – Exemplar Plaintiffs' deadline to file motion
- November 25, 2020 – J-M's deadline to file papers in response
- December 9, 2020 – Exemplar Plaintiffs' deadline to file reply papers
- December 21, 2020 at 8:30 a.m. – Hearing on motion

**Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.**

Respectfully submitted,

DATED: November 2, 2020   By:   /s/ Susan K. Stewart

ADAM PAUL LAXALT
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov

1
STIPULATION RE: MODIFYING SCHEDULE FOR

Attorney General's Office
100 North Carson Street
Carson City, Nevada  89701-4717
Telephone: (775) 684-4173
Facsimile: (775) 684-1108

*Attorneys for State of Nevada*

DATED: November 2, 2020    By:      /s/ Elizabeth J. Sher

ELIZABETH J. SHER *(Admitted Pro Hac Vice)*
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey  07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

CYNTHIA E. HUDSON
Chief Deputy Attorney General of Virginia
PETER BROADBENT
Assistant Attorney General
PBroadbent@oag.state.va.us
OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF VIRGINIA
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 786-6055
Facsimile: (804) 786-1991

ERIC R. HAVIAN (State Bar No. 102295)
ehavian@constantinecannon.com
HARRY P. LITMAN (State Bar No. 127202)
hlitman@verizon.net
CONSTANTINE CANNON LLP
150 California Street, Suite 1600
San Francisco, California 94111
Telephone:  (415) 639-4001
Facsimile:  (415) 639-4002

2
STIPULATION RE: MODIFYING SCHEDULE FOR

|   |   |   |
|---|---|---|
| | KIRK DILLMAN (State Bar No. 110486) | |
| | kdillman@mckoolsmithhennigan.com | |
| | McKOOL SMITH HENNIGAN P.C. | |
| | One California Plaza | |
| | 300 South Grand Avenue, Suite 2900 | |
| | Los Angeles, CA 90071 | |
| | Telephone: (213) 694-1200 | |
| | Facsimile: (213) 694-1234 | |

*Attorneys for Commonwealth of Virginia*

DATED: November 2, 2020    By:        /s/ David Bernick

DAVID BERNICK *(Admitted Pro Hac Vice)*
dbernick@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

DATED: November 2, 2020    By:        /s/ Paul S. Chan

EKWAN E. RHOW (State Bar No. 174604)
erhow@birdmarella.com
PAUL S. CHAN (State Bar No. 183406)
pchan@birdmarella.com
MARC E. MASTERS (State Bar No. 208375)
mmasters@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Defendant J M Manufacturing Company, Inc. dba JM Eagle*