ADAM PAUL LAXALT
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**
**(AND OTHER PLAINTIFFS/ATTORNEYS AS LISTED ON THE DOCKET)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel*. JOHN HENDRIX,<br><br>                    Plaintiffs,<br><br>           v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>                    Defendants. | Case No. EDCV-06-0055-GW-PJWx<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING REQUEST RE: MODIFYING SCHEDULE FOR EXEMPLAR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:  December 21, 2020<br>Time:  8:30 a.m.<br>Location:  Courtroom 9D |

# ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Joint Stipulation Regarding Modifying Schedule for Exemplar Plaintiffs' Motion for Attorneys' Fees, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Joint Request is hereby **GRANTED**;
2. Plaintiffs' attorney fees' motion shall be filed no later than November 4, 2020.
3. J-M's opposition to Plaintiffs' motion shall be filed no later than November 25, 2020.
4. Plaintiffs' reply in support of its motion shall be filed no later than December 9, 2020.
5. The hearing on the motion shall remain scheduled for December 21, 2020 at 9:30 a.m.

IT IS SO ORDERED.

DATE: November 5, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE