UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 06-55-GW-PJWx | Date | April 1, 2021 |
|---|---|---|---|
| Title | *United States of America, et al. v. J-M Manufacturing Company, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth J. Sher | David M. Bernick |
| Kirk Dillman | Paul S. Chan |
| Eric R. Havian | |
| Harry Litman | |
| Ellen Head | |
| Peter Broadbent | |
| Susan K. Stewart | |

**PROCEEDINGS:     HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Court hears further argument. For reasons stated on the record, the hearing is continued to April 12, 2021 at 11:00 a.m. The parties are to file a joint scheduling report by noon on April 7, 2021.

|  | 1 | : | 30 |
|---|---|---|---|
| Initials of Preparer | JG | | |