AARON FORD
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-4173
Fax: (775) 684-1108

**Attorneys for State of Nevada**
**(AND OTHER PLAINTIFFS/ATTORNEYS AS LISTED ON THE DOCKET)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel.* JOHN HENDRIX,<br><br>Plaintiffs,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>Defendants. | Case No. ED CV-06-00055-GW(PJWx)<br><br>Hon. George H. Wu<br><br>**JOINT REPORT RE: SCHEDULE FOR PLAINTIFFS' SAMPLE SUBMISSION FOR ATTORNEYS' FEES APPLICATION**<br><br>Date: April 12, 2021<br>Time: 11:00 a.m.<br>Location: Courtroom 9D |

This Joint Report is submitted by Exemplar Plaintiffs and Defendant J-M Manufacturing Company, Inc. ("J-M") by and through their respective counsel, reflecting the parties' joint proposal for Plaintiffs' submission of a sample attorneys' fee template for the Court's consideration.

1. On April 16, 2021, Plaintiffs will submit to the Court and to J-M a sample attorneys' fee application ("Application") for the fourth quarter of 2012 (October 1, 2012-December 31, 2012). The sample will consist of (a) a detailed summary of the tasks performed during that quarter, the timekeepers who performed them, and the total hours each timekeeper reported during that time period; and (b) the detailed daily time records for that quarter from Phillips & Cohen, Day Pitney, and McKool Smith Hennigan from which the summary was derived. Plaintiffs reserve the right to redact the daily time records to the extent they would otherwise reveal privileged information relevant to the ongoing litigation.

2. On April 23, 2021, J-M will submit to the Court its comments on Plaintiffs' Application in terms of format and efficacy, but not the merits of the individual time entries themselves. J-M reserves its right to challenge the individual time entries before the Special Master and the Court at the appropriate time.

3. The Court will hold a hearing during the week of April 26, 2021 to address the parties' submissions and the guidance to be provided to the Special Master.

4. Prior to April 16, the parties will enter into a written stipulation that will (a) preserve all applicable privileges as to Plaintiffs' Application; (b) acknowledge that the production of any materials related to the Application will not constitute a waiver of any such privilege or protection; and (c) limit the use of any such fee-related information to the Application process.

**Local Rule 5-4.3.4(a)(2)(i) Compliance:** Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.

Respectfully submitted,

DATED: April 7, 2021     By:     */s/ Susan K. Stewart*

AARON FORD
Attorney General
SUSAN K. STEWART (State Bar No. 174985)
Deputy Attorney General
SStewart@ag.nv.gov
Attorney General's Office
100 North Carson Street
Carson City, Nevada  89701-4717
Telephone: (775) 684-4173
Facsimile: (775) 684-1108

*Attorneys for State of Nevada*

DATED: April 7, 2021     By:     */s/ Elizabeth J. Sher*

ELIZABETH J. SHER *(Admitted Pro Hac Vice)*
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey  07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

ERIN ASHWELL
Chief Deputy Attorney General of Virginia
PETER BROADBENT
Assistant Attorney General
PBroadbent@oag.state.va.us
OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF VIRGINIA

202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 786-6055
Facsimile: (804) 786-1991

ERIC R. HAVIAN (State Bar No. 102295)
ehavian@constantinecannon.com
HARRY P. LITMAN (State Bar No. 127202)
hlitman@verizon.net
CONSTANTINE CANNON LLP
150 California Street, Suite 1600
San Francisco, California 94111
Telephone:  (415) 639-4001
Facsimile:  (415) 639-4002

KIRK DILLMAN (State Bar No. 110486)
kdillman@mckoolsmithhennigan.com
McKOOL SMITH HENNIGAN P.C.
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Attorneys for Commonwealth of Virginia*

DATED: April 7, 2021         By:          */s/ David Bernick*

DAVID BERNICK *(Admitted Pro Hac Vice)*
dbernick@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

DATED: April 7, 2021         By:          */s/ Paul S. Chan*

EKWAN E. RHOW (State Bar No. 174604)
erhow@birdmarella.com

3
JOINT REPORT

| | |
|---|---|
| 1 | PAUL S. CHAN (State Bar No. 183406) |
| | pchan@birdmarella.com |
| 2 | MARC E. MASTERS (State Bar No. 208375) |
| 3 | mmasters@birdmarella.com |
| | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
| 4 | DROOKS, LINCENBERG & RHOW, P.C. |
| 5 | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California  90067-2561 |
| 6 | Telephone:  (310) 201-2100 |
| 7 | Facsimile:  (310) 201-2110 |
| 8 | |
| | ***Attorneys for Defendant J M Manufacturing Company,*** |
| 9 | ***Inc. dba JM Eagle*** |