# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Central District of California |
| U.S. District Court case number: | 5:06-cv-00055 |
| Date case was first filed in U.S. District Court: | 01/17/2006 |
| Date of judgment or order you are appealing: | 10/14/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Commonwealth of Virginia, Calleguas Municipal Water District
Palmdale Water District, South Tahoe Public Utility District, State of Nevada, Relator John Hendrix

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number? ____

Was there a previous appeal in this case?  ☉ Yes  ○ No

If Yes, what is the prior appeal case number?  13-1104 (10th Circuit)

Your mailing address:

One Jefferson Road

| City: | Parsippany | State: | NJ | Zip Code: | 07054 |
|---|---|---|---|---|---|

Prisoner Inmate or A Number (if applicable): ____

| **Signature** | s/ Elizabeth J. Sher | **Date** | Nov 15, 2021 |
|---|---|---|---|

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Calleguas Municipal Water District
> Palmdale Water District, South Tahoe Public Utility District
> Relator John Hendrix (continued below)

Name(s) of counsel (if any):

> See Attachment A

Address: See Attachment A

Telephone number(s): See Attachment A

Email(s): See Attachment A

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> J-M Manufacturing Company, Inc.

Name(s) of counsel (if any):

> See Attachment B

Address: See Attachment B

Telephone number(s): See Attachment B

Email(s): See Attachment B

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                                    1                                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Commonwealth of Virginia

Name(s) of counsel (if any):

> See Attachment C

Address: See Attachment C

Telephone number(s): See Attachment C

Email(s): See Attachment C

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   2                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

State of Nevada

Name(s) of counsel (if any):

Susan K. Stewart

Address: 100 North Carson Street, Carson City, Nevada  89701-4717

Telephone number(s): (775) 684-4173

Email(s): SStewart@ag.nv.gov

Is counsel registered for Electronic Filing in the 9th Circuit?  ☐ Yes  ☒ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*

# ATTACHMENT A

Counsel for Appellants Calleguas Municipal Water District, Palmdale Water District, South Tahoe Public Utility District, and Relator John Hendrix


ELIZABETH J. SHER
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey  07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

ERIC R. HAVIAN
ehavian@constantinecannon.com
HARRY P. LITMAN
hlitman@verizon.net
CONSTANTINE CANNON LLP
150 California Street, Suite 1600
San Francisco, California 94111
Telephone:  (415) 639-4001
Facsimile:  (415) 639-4002

KIRK DILLMAN
kdillman@mckoolsmithhennigan.com
McKOOL SMITH HENNIGAN P.C.
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

110301677.1

## **ATTACHMENT B**

Counsel for Appellee J-M Manufacturing Company, Inc.

DAVID BERNICK
David.bernick@kirkland.com
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800


EKWAN E. RHOW
erhow@birdmarella.com
PAUL S. CHAN
pchan@birdmarella.com
MARC E. MASTERS
mmasters@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

# **ATTACHMENT C**

Counsel for Appellant Commonwealth of Virginia

ERIN ASHWELL, Chief Deputy Attorney General of Virginia
PETER BROADBENT, Assistant Attorney General
PBroadbent@oag.state.va.us
OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF VIRGINIA
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 786-6055
Facsimile: (804) 786-1991

ELIZABETH J. SHER
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

ERIC R. HAVIAN
ehavian@constantinecannon.com
HARRY P. LITMAN
hlitman@verizon.net
CONSTANTINE CANNON LLP
150 California Street, Suite 1600
San Francisco, California 94111
Telephone: (415) 639-4001
Facsimile: (415) 639-4002

KIRK DILLMAN
kdillman@mckoolsmithhennigan.com
McKOOL SMITH HENNIGAN P.C.
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

ELIZABETH J. SHER *(Admitted Pro Hac Vice)*
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

**Attorneys for Relator, Commonwealth of Virginia,
Calleguas Municipal Water District, Palmdale Water District,
and South Tahoe Public Utility District
(AND OTHER PARTIES/ATTORNEYS AS LISTED ON THE DOCKET)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA ex rel. JOHN HENDRIX,<br><br>Plaintiffs,<br><br>v.<br><br>J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation,<br><br>Defendants. | Case No. EDCV 06-0055-GW-PJWx<br><br>Hon. George H. Wu<br><br>**FINAL JUDGMENT**<br><br>Date: October 6, 2021<br>Time: 9:30 a.m.<br>Location: Courtroom 9D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, this matter began by way of a qui tam and False Claims Act ("FCA") complaint filed under seal on behalf of the United States of America, the States of California, Delaware, Florida, Nevada, and Tennessee, and the Commonwealths of Massachusetts and Virginia by relator John Hendrix against J-M Manufacturing Company, Inc. ("J-M") and Formosa Plastics Corporation, U.S.A. ("Formosa Plastics") on January 17, 2006 (ECF No. 1); and

WHEREAS, the seal was lifted, and real parties were allowed to intervene as of February 4, 2010; and

WHEREAS, the Court bifurcated the proceeding as to the elements of falsity, materiality, and scienter on the one hand, and damages on the other, on December 7, 2011 (ECF No. 551); and

WHEREAS, the operative Fifth Amended Complaint was filed on December 27, 2011 (ECF No. 568); and

WHEREAS, Calleguas Municipal Water District, the Commonwealth of Virginia for the City of Norfolk, Palmdale Water District, South Tahoe Public Utility District, and the State of Nevada for the City of Reno were designated as "Exemplar Plaintiffs" as of December 22, 2011, for purposes of a Phase One liability trial and also potentially for a Phase Two trial as to "actual damages" and civil penalties under the applicable state FCA statutes (ECF No. 566); and

WHEREAS, the claims of the remaining intervened plaintiffs and real parties in interest were stayed pending entry of final judgment on the Exemplar Plaintiffs' claims; and

WHEREAS, Plaintiffs, Relator John Hendrix, and Formosa Plastics reached a "global settlement" on July 16, 2013 (ECF No. 1742), which was approved by the

Court on January 16, 2014 (ECF Nos. 1839, 1846), and Formosa Plastics was dismissed from this case with prejudice; and

WHEREAS, the Phase One trial on the elements of falsity, materiality, and scienter as they related to Exemplar Plaintiffs' claims took place from September 13, 2013 to November 14, 2013, resulting in a unanimous jury verdict on all claims of the Exemplar Plaintiffs (the "Phase One Verdict"); and

WHEREAS, the Phase Two jury trial on the Exemplar Plaintiffs' actual damages claims took place from October 9, 2018 through November 14, 2018, resulting in a mistrial due to a hung jury, as the jury was unable to agree on any award of actual damages; and

WHEREAS, during the Phase Two trial, the parties agreed that the issue of statutory damages/civil penalties would be tried to the Court; such matter was decided by the Court thereafter (ECF No. 2904); and the Court issued an award as to civil penalties as indicated, *infra*; and

WHEREAS, J-M filed a renewed motion for judgment as a matter of law on December 12, 2018, *inter alia*, as to the issue of actual damages (ECF No. 2809); and the Court granted that motion on June 5, 2020 concluding that "Plaintiffs failed to provide evidence at the Phase Two trial from which a reasonable jury could make a finding of an award of actual damages under the FCA that would not be erroneous as a matter of law, be totally unfounded and/or be purely speculative" (ECF No. 2880);

And good cause appearing therefore;

IT IS HEREBY ADJUDGED AND ORDERED THAT:

(1) Final Judgment is awarded to the Exemplar Plaintiffs (and the Relator John Hendrix, but only insofar as to his involvement with the Exemplar Plaintiffs' claims, if any) against Defendant J-M Manufacturing Company, Inc. based upon the Phase One Verdict and the award of civil penalties, as follows: $6,000 to Calleguas

Municipal Water District; $48,000 to Palmdale Water District; $78,000 to South Tahoe Public Utilities District; $16,000 to the Commonwealth of Virginia for the City of Norfolk; and $14,000 to the State of Nevada for the City of Reno; and

(2) This Judgment is deemed final as to the Exemplar Plaintiffs (and the Relator John Hendrix, but only insofar as to his involvement with the Exemplar Plaintiffs' claims, if any) pursuant to Fed. R. Civ. P. 54(b), there being no just reason for delay inasmuch as the Court wishes to have the Ninth Circuit's determinations as to decisions already made in the lawsuit before proceeding to adjudicate the claims of the remainder of the plaintiffs; and

(3) the Exemplar Plaintiffs' application for attorney's fees and costs related to obtaining and defending the Jury Verdict is hereby stayed and will be due no earlier than 90 days after the Ninth Circuit issues its ruling on any appeal that is taken from this Final Judgment.

IT IS SO ORDERED.

DATE: October 14, 2021

_____
Honorable George H. Wu
UNITED STATES DISTRICT JUDGE