Name & Address:

Paul S. Chan / Shoshana E. Bannett
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>                      PLAINTIFF(S)<br><br>        v.<br><br>J-M MANUFACTURING COMPANY, INC. dba JM EAGLE, et al.,<br><br>                    DEFENDANT(S). | CASE NUMBER:<br>5:06-cv-00055-GW-PJW<br><br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged: **(List Documents)**

1. Defendant J-M Manufacturing Company, Inc.'s Stage 1 Brief on Reasonable Hourly Rates
2. Declaration of Rick Flyer
3. Declaration of André E. Jardini

**Reason:**

☐    Under Seal

☐    In Camera

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☒    Per Court order dated:  November 7, 2024

☐    Other:

| November 12, 2024 | /s/ Paul S. Chan |
|---|---|
| Date | Attorney Name |
| | Paul S. Chan |
| | J-M Manufacturing Company, Inc. |
| | Party Represented |
| | Defendant |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING