ELIZABETH J. SHER *(Admitted Pro Hac Vice)*
esher@daypitney.com
DAY PITNEY LLP
1 Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

**Attorneys for Relator and Various Intervenors**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA *ex rel*. JOHN HENDRIX, | Case No. EDCV 06-0055-GW-MARx<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AS FAIR, ADEQUATE, AND REASONABLE** |
| Plaintiffs, | Date: June 5, 2025<br>Time: 8:30 a.m.<br>Location: Courtroom 9D |
| v. | |
| J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware corporation, | |
| Defendants. | |

122537876

1

## **ORDER**

On June 5, 2025, the Joint Motion for Approval of Settlement as Fair

Adequate, and Reasonable filed by Relator, the Intervening Plaintiffs set forth on

Exhibit A, and Defendant J-M Manufacturing Co., Inc. ("J-M") came on for a

regularly scheduled hearing, the Honorable George H. Wu presiding.  Appearances

are reflected in the record.

Having duly considered the Joint Motion for Approval of Settlement and all

objections and other papers, if any, arguments of counsel, and all other matters

presented to the Court in relation thereto, and otherwise being fully informed and

good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1.    The Settlement Agreement entered into between Relator, the

Intervening Plaintiffs, and J-M, a copy of which was submitted to the Court on May

8, 2025, as Exhibit A to the Supplemental Declaration of Eric R. Havian, Esq. (Dkt.

3357-1), together with all transactions preparatory or incident thereto, is found to be

fair, reasonable, and adequate under all of the circumstances and is hereby approved.

2.    The Parties to the Settlement Agreement are hereby authorized and

directed to comply with and to consummate the Settlement in accordance with its

terms and provisions.

/ /

/ /

/ /

1
[PROPOSED] ORDER APPROVING SETTLEMENT

122537876

3.    The Parties to the Settlement Agreement are hereby given leave to file the (1) "Proposed Order of Dismissal with Prejudice of Claims Against J-M", as called for by the Settlement Agreement and a copy of which is attached as Exhibit B to the Settlement Agreement; and (2) a "Stipulation of Dismissal with Prejudice" by all Intervening Plaintiffs and Relator, as called for by the Settlement Agreement.


DATED: June 9, 2025

_____
HON. GEORGE H. WU,
United States District Judge

2
[PROPOSED] ORDER APPROVING SETTLEMENT

122537876

# EXHIBIT A

## LIST OF PLAINTIFF INTERVENORS

Alameda County Water District

Castaic Lake (now known as Santa Clarita Water Agency)

Chino, City of

Colton, City of

Corona, City of

Dulin San Ramon Services District

Elsinore Valley Municipal Water District

Helix Water District

Irvine Ranch Water District

Livermore, City of

Moulton Niguel Water District

Nevada, State of

New Mexico, State of

North Marin Water District

Oxnard, City of

Padre Dam Municipal Water District

Paradise Irrigation District

Pomona, City of

Rancho California Water District

Ripon, City of

Sacramento, City of

San Buenaventura, City of

San Diego, County of

San Diego, City of

[PROPOSED] ORDER APPROVING SETTLEMENT

122537876

1    **<u>EXHIBIT A (CONT'D)</u>**

2    San Jose, City of

3    Santa Cruz, City of

4    Santa Maria, City of

5    Santa Rosa, City of

6    Soquel Creek Water District

7    Spring Valley Sanitation District

8    Sweetwater Authority

9    Vallejo, City of

10   Virginia, Commonwealth of

11   Western Municipal Water District

12   Yountville, Town of

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   <center>4</center>

<center>[PROPOSED] ORDER APPROVING SETTLEMENT</center>

28

122537876